IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

ABENGOA BIOENERGY       Case No.    16-10446
BIOMASS OF KANSAS LLC ,

       Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Danielle Pham, Trial Attorney for the U. S. Department of Justice, hereby enters her appearance as counsel for the United States of America.

All pleadings, notices and documents should be served at the following address: Danielle A. Pham, U.S. Department of Justice, Civil Division, Commercial Litigation Branch, P.O. Box 875, Ben Franklin Station, Washington, D.C. 20044-0875 or via email to danielle.pham@usdoj.gov.

Dated: March 30, 2016            Respectfully submitted,

                                         BENJAMIN C. MIZER
                                         Principal Deputy Assistant Attorney General

                                         BARRY R. GRISSOM
                                         United States Attorney

                                         RUTH A. HARVEY
                                         Director

/s/ Danielle A. Pham
DANIELLE A. PHAM
CA BAR NO. 269915
VICTOR W. ZHAO
MARGARET M. NEWELL
Civil Division, Commercial Litigation Branch
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
T: (202) 514-7451
F: (202) 514-9163
danielle.pham@usdoj.gov
ELECTRONICALLY FILED

CERTIFICATE OF MAILING

      I hereby certify that on March 30, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all registered CM/ECF participants.

                                                         s/Danielle A. Pham
                                                         Danielle A. Pham
                                                         Trial Attorney