IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ABENGOA BIOENERGY BIOMASS | ) | |
| OF KANSAS LLC, | ) | Case No. 16-10446 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**RESPONSE AND OBJECTION OF ICM, INC.
TO DEBTORS EMERGENCY MOTION FOR EXPEDITED HEARING**

COMES NOW ICM, Inc. and for its response to debtor's emergency motion for expedited hearing (Docket No. 28) alleges and states as follows:

1. ICM, Inc. is a secured creditor by virtue of a mechanic's lien against this defendant's real estate located in Stevens County, Kansas.

2. ICM rejects the notion presented in the debtor's emergency motion that "time is of the essence" because the debtor does not want to respond to the involuntary petition or that "judicial economy and efficiency" will be best served by scheduling the debtor's motion for hearing "before debtor is required to file its answer." The debtor has essentially answered the involuntary petition by filing its motion to convert. The debtor will not be prejudiced by allowing its creditors reasonable notice to review and if desired respond to its motion to transfer.

3. The debtor is a single asset Kansas limited liability company. The single asset is a bioenergy plant located in Stevens County, Kansas. this plant has been shuttered since approximately November of 2015. The plant has never been fully operational. The current status of the debtor's assets do not support expediting a hearing on the debtor's

In the United States Bankruptcy Court
for the District of Kansas
In Re Abengoa Bioenergy Biomass
 of Kansas LLC,
Case No. 16-10446, Chapter 7
Response to Motion to Expedite Hearing
Page 2

motion to transfer venue.

4. Expediting a hearing or the debtor's motion to transfer venue is prejudicial to creditors and their ability to receive notice of the debtor's motion and to evaluate the need to respond.

5. Debtor's motion does not present sufficient justification to rush to a hearing on debtor's motion to transfer venue and should be denied.

WHEREFORE, ICM, Inc. prays that the debtor's motion to expedite hearing on the debtor's motion to transfer venue be denied; and for such other and further relief as the Court deems just and proper.

/s/ Thomas J. Lasater
Thomas J. Lasater, Reg. No. 11440
FLEESON, GOOING, COULSON & KITCH, L.L.C.
P.O. Box 997
Wichita, Kansas 67201
Telephone: (316) 267-7361
E-Mail: tlasater@fleeson.com
Attorneys for ICM, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2016, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the Office of the U.S. Trustee and to all parties receiving electronic notice.

/s/ Thomas J. Lasater