**SO ORDERED.**

**SIGNED this 8th day of April, 2016.**





Robert E. Nugent
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC,<br><br>Debtor. | Case No. 16-10446-7<br>Chapter 7 |

### ORDER CONVERTING THE INVOLUNTARY CHAPTER 7 CASE
### TO A VOLUNTARY CHAPTER 11 CASE

This matter having been presented to the Court upon the Motion of Abengoa Bioenergy Biomass of Kansas, LLC (the "Debtor"), seeking an Order under 11 U.S.C. § 706(a), converting this bankruptcy case to a case under Chapter 11 of the Bankruptcy Code (Doc. 26) (the "Motion")[1]; and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having considered the Motion and any objection thereto; and for good cause shown,

**IT IS HEREBY ORDERED** that:

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

In the United States Bankruptcy Court for the District of Kansas
In Re: Abengoa Bioenergy Biomass of Kansas, LLC
Bankruptcy Case No. 16-10446-7
Order Converting the Involuntary Chapter 7 Case to a Voluntary Chapter 11 Case

Page 2

1. The Motion is GRANTED as set forth herein

2. The Debtor's Chapter 7 bankruptcy case is hereby converted to a bankruptcy case under Chapter 11 of the Bankruptcy Code.

3. The conversion of this Chapter 7 bankruptcy case to a Chapter 11 bankruptcy case constitutes an order for relief under Chapter 11 of the Bankruptcy Code in accordance with section 348 of the Bankruptcy Code.

IT IS SO ORDERED.

# # #

Order submitted by:

ARMSTRONG TEASDALE LLP

By: s/ *Christine L. Schlomann*
Christine L. Schlomann, KS # 18712
2345 Grand Blvd., Suite 1500
Kansas City, MO 64108
(816) 472-3153
Fax: (816) 221-0786
cschlomann@armstrongteasdale.com

Richard A. Chesley (ILL 6240877)
R. Craig Martin, Esq. (DE 005032)
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-3430
richard.chesley@dlapiper.com
craig.martin@dlapiper.com

PROPOSED CO-COUNSEL FOR THE DEBTOR