

7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No. 2023815
File No. 35943

*Questions about your account?* Contact us at
*accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

# REMITTANCE COPY
### Please return with payment

| Matter | Matter Name | Fees | Disbursements | Total |
|--------|-------------|------|---------------|-------|
| 1 | Bankruptcy Representation | 47,028.50 | 1,465.75 | 48,494.25 |

**TOTAL AMOUNT DUE:**            **48,494.25**

## ** PAYMENT IS DUE UPON RECEIPT **

**Please Remit Payment To:**
ARMSTRONG TEASDALE LLP
Department Number 478150
P.O. Box 790100
St. Louis, MO 63179-9933



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No. 2023815
File No. 35943

*Questions about your account?* *Contact us at*
*accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

## SUMMARY OF INVOICE # 2023815

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2016

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 1 | Bankruptcy Representation | 47,028.50 | 1,465.75 | 48,494.25 |
| | **TOTAL AMOUNT DUE** | | | **48,494.25** |

**\*\* PAYMENT IS DUE UPON RECEIPT \*\***



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No. 2023815
File No. 35943 / 1

## 1 - BANKRUPTCY REPRESENTATION

FOR SERVICES RENDERED THROUGH APRIL 30, 2016:

| Fee Summary | | | |
|---|---|---|---|

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| *B110 - Case Administration* | | | | |
| 03/23/16 | E. Edelman | 1.40 | 336.00 | Review filings in the Kansas and Nebraska bankruptcy cases. |
| 03/28/16 | D. Going | 0.40 | 230.00 | Conference with R. Engel re status of Kansas involuntary bankruptcy commencement of new cases. |
| 03/30/16 | E. Edelman | 2.10 | 504.00 | Review and analyze Ch. 11 petitions filed by ABBK and affiliates in Delaware. |
| 03/30/16 | R. Engel | 1.30 | 747.50 | Receipt and review of petitions for Ch. 15 and Ch. 11s or affiliated initiatives. |
| 03/31/16 | R. Engel | 1.20 | 690.00 | Receipt and review of first day pleadings in released DE cases. |
| 04/05/16 | C. Schlomann | 0.50 | 227.50 | Conference call with R. Engel and DLA Piper counsel re ABBK case and hearing April 7 in Wichita. |
| 04/05/16 | C. Schlomann | 1.00 | 455.00 | Review draft pleadings sent by DLA re hearing April 7. |
| 04/05/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with R. Chesley re suggested modifications to pleadings. |
| 04/05/16 | C. Schlomann | 0.20 | 91.00 | Email to all counsel re suggested changes to pleadings. |
| 04/05/16 | C. Schlomann | 0.40 | 182.00 | Telephone conferences with Judge Berger and Judge Nugent's courts to determine if April 7 hearing will be heard in Wichita or Kansas City, Kansas. |
| 04/05/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to R. Chesley email re negotiations with attorney for CoOp. |
| 04/07/16 | E. Edelman | 0.20 | 48.00 | Review and analyze recent Ch. 11 filings in Delaware by related Debtor entity. |
| 04/08/16 | E. Edelman | 1.00 | 240.00 | Research Delaware Ch. 11 filings of ABBK and related entities. |
| 04/08/16 | C. Schlomann | 0.20 | 91.00 | Review Orders received from bankruptcy court re required filings in case in Wichita and forward same to R. Chesley, R. Engel and C. Martin. |
| 04/11/16 | C. Schlomann | 0.40 | 182.00 | Review orders and entries of appearance received from court. |
| 04/12/16 | E. Edelman | 1.30 | 312.00 | Review and analyze filings in Ch. 11 Delaware cases of ABBK and related Debtor entities. |
| 04/14/16 | E. Edelman | 0.30 | 72.00 | Review and analyze filings in Ch. 11 proceedings in Delaware on ABBK. |
| 04/14/16 | C. Schlomann | 0.20 | 91.00 | Telephone call from attorney for CRB Builders re hearing April 13. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No. 2023815
File No. 35943 / 1

| | | | | |
|---|---|---|---|---|
| 04/15/16 | C. Schlomann | 0.10 | 45.50 | Email to client to confirm Notice parties and addresses. |
| 04/18/16 | R. Engel | 2.80 | 1610.00 | Review of issues raised relating to contracted relationships between ABBK, ABHT and ATH re ECP contracts and construction of Hugoton plant. |
| 04/18/16 | S. Williams-Umstead | 0.30 | 34.50 | Draft Motion for Leave to Appear Pro Hac Vice, Affidavit and Order for C. Martin and forward to DLA Piper paralegal to complete Affidavit. |
| 04/18/16 | S. Williams-Umstead | 0.20 | 23.00 | File Motion for Leave to Appear Pro Hac Vice with the Court and upload Order |
| 04/19/16 | E. Edelman | 4.70 | 1128.00 | Draft application for retention of special counsel and supporting declaration of R. Engel for ABBK Delaware proceeding. |
| 04/19/16 | C. Schlomann | 0.50 | 227.50 | Review real estate contract and prepare Acknowledgment of Satisfaction of conditions. |
| 04/22/16 | R. Engel | 4.30 | 2472.50 | Continued review of issues related to contractual concerns between ABBK, ATH & ABHT re construction costs on Hugoton plant. |
| 04/22/16 | R. Engel | 0.60 | 345.00 | Review comments on motion to extend time to correct voluntary petition. |
| 04/23/16 | R. Engel | 1.40 | 805.00 | Continued review of issues concerning contractual relationships between Abener Teyman, ABBK and ABNT. |
| 04/25/16 | C. Schlomann | 1.50 | 682.50 | Review Foreign Corrupt Practices Act and client information in preparation for meeting with representatives of GRADESA SA. |
| | Sub Total Task B110 | 28.70 | 11,963.50 | |

**B160 - Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 04/18/16 | E. Edelman | 4.00 | 960.00 | Draft application for employment of special counsel for ABBK Delaware proceeding. |
| | Sub Total Task B160 | 4.00 | 960.00 | |

**B190 - Other Contested Matters (excluding assumption/rejection motions)**

| | | | | |
|---|---|---|---|---|
| 04/05/16 | S. Williams-Umstead | 0.30 | 34.50 | Draft Order for Expedited Hearing on Motion to Transfer Venue. |
| 04/06/16 | C. Schlomann | 1.00 | 455.00 | Drafting Motion for Expedited Hearing. |
| 04/08/16 | C. Schlomann | 0.30 | 136.50 | Revise proposed Order re expedited hearing, and Order converting case per court orders. |
| 04/12/16 | R. Engel | 1.20 | 690.00 | Conference call with C. Schlomann, C. Martin re strategy and issues and argument. |
| 04/12/16 | R. Engel | 0.40 | 230.00 | Conference calls with C. Schlomann re various aspects of argument. |
| 04/12/16 | R. Engel | 0.60 | 345.00 | Conference call with J. Bland and C. Standlee re witness and evidence issues for tomorrow's hearings on motion to transfer ABBK. |
| 04/12/16 | C. Schlomann | 0.40 | 182.00 | Conference call with DLA attorneys and R. Engel re Pioneer Agreed Order and hearing April 13. |
| 04/12/16 | C. Schlomann | 0.30 | 136.50 | Review Abengoa Organizational charts and prepare same as |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn:  Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No.  2023815
File No.  35943 / 1

| | | | | |
|---|---|---|---|---|
| | | | | exhibits highlighting relevant entities. |
| 04/12/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to court re request to continue April 13 hearing. |
| 04/12/16 | C. Schlomann | 0.50 | 227.50 | Telephone calls to opposing counsel to request consent to continuance of April 13 hearing. |
| 04/12/16 | C. Schlomann | 1.00 | 455.00 | Conference call with R. Chesley, C. Martin and R. Engel re April 13 hearing. |
| 04/12/16 | C. Schlomann | 3.70 | 1683.50 | Review Objections to Motion to Transfer received from 7 creditors and exhibits for same in preparation for hearing. |
| 04/12/16 | C. Schlomann | 0.30 | 136.50 | Review Mechanic Lien foreclosure petition. |
| 04/12/16 | C. Schlomann | 0.40 | 182.00 | Telephone conference with R. Engel re witness for April 13 hearing. |
| 04/12/16 | C. Schlomann | 0.40 | 182.00 | Telephone conference with R. Engel and C. Standlee re April 13 hearing. |
| 04/12/16 | C. Schlomann | 1.00 | 455.00 | Telephone conference with R. Engel and C. Martin re issues for April 13 hearing. |
| 04/12/16 | C. Schlomann | 1.00 | 455.00 | Identify exhibits for April 13 hearing. |
| 04/12/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with counsel for Pioneer re Agreed Order. |
| 04/12/16 | C. Schlomann | 0.20 | 91.00 | Email exchange with DLA re Agreed Order for Pioneer Electric. |
| 04/12/16 | C. Schlomann | 1.00 | 455.00 | Review of client's filed pleadings for use in hearing in Kansas bankruptcy court hearing on April 13. |
| 04/13/16 | R. Engel | 0.30 | 172.50 | Conference with C. Schlomann re results of hearing on Motion to Transfer. |
| 04/13/16 | R. Engel | 0.40 | 230.00 | Conference with C. Schlomann in preparation for hearing on Motion to Transfer. |
| 04/13/16 | R. Engel | 0.50 | 287.50 | Review and comment on proposed resolution with Pioneer re utilities. |
| 04/13/16 | C. Schlomann | 7.00 | 3185.00 | Travel to and from Wichita for hearing. |
| 04/13/16 | C. Schlomann | 2.70 | 1228.50 | Prepare for hearing with C. Standlee. |
| 04/13/16 | C. Schlomann | 0.30 | 136.50 | Telephone conferences with E. Nazar re Pioneer agreed order. |
| 04/13/16 | C. Schlomann | 4.00 | 1820.00 | Participate in hearing on Motion to Transfer Venue. |
| 04/13/16 | S. Williams-Umstead | 0.20 | 23.00 | File Exhibit List with the Court for Hearing on Motion to Transfer. |
| 04/14/16 | R. Engel | 0.60 | 345.00 | Conference call with co-counsel and C. Schlomann re status and strategy for ABBK motion to transfer. |
| 04/14/16 | C. Schlomann | 0.50 | 227.50 | Conference call with DLA counsel, client and R. Engel re April 13, 2016 hearing. |
| 04/14/16 | C. Schlomann | 0.40 | 182.00 | Contact court re obtaining copy of transcript overnight. |
| 04/14/16 | C. Schlomann | 0.20 | 91.00 | Provide copy of hearing exhibit to Department of Energy |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No. 2023815
File No. 35943 / 1

| | | | | |
|---|---|---|---|---|
| | | | | counsel. |
| 04/14/16 | S. Williams-Umstead | 0.30 | 34.50 | Order digital recording of April 13 Hearing from the Court. |
| 04/15/16 | R. Engel | 0.40 | 230.00 | Correspondence re issues re closing arguments for motion to transfer ABBK case, among teams. |
| 04/15/16 | R. Engel | 0.30 | 172.50 | Conference with C. Martin re issues for closing argument. |
| 04/15/16 | C. Schlomann | 0.10 | 45.50 | Forward link and instructions re hearing audio transcript drop box. |
| 04/15/16 | C. Schlomann | 0.10 | 45.50 | Email to client and DLA Piper re call in information for hearing April 19. |
| 04/15/16 | C. Schlomann | 0.10 | 45.50 | Telephone call to court to verify DLA Piper and client representative can use dial in for April 19 hearing and forward response to same. |
| 04/17/16 | C. Schlomann | 1.00 | 455.00 | Review notes from hearing on April 13 in preparation for closing argument. |
| 04/17/16 | C. Schlomann | 1.30 | 591.50 | Legal research for closing argument April 19. |
| 04/18/16 | R. Engel | 0.40 | 230.00 | Review of suggested closing argument memo. |
| 04/18/16 | R. Engel | 0.50 | 287.50 | Correspondence in support of closing argument, financing, etc. |
| 04/18/16 | C. Schlomann | 3.00 | 1365.00 | Review C. Martin suggestions for closing arguments and begin work on drafting same. |
| 04/18/16 | C. Schlomann | 3.00 | 1365.00 | Listen to recording of April 13 hearing. |
| 04/19/16 | R. Engel | 0.20 | 115.00 | Correspondence with C. Schlomann re closing argument. |
| 04/19/16 | R. Engel | 0.30 | 172.50 | Conference with C. Schlomann re closing argument as notice to transfer ABBK case. |
| 04/19/16 | R. Engel | 0.40 | 230.00 | Receipt and review of memo re points in closing. |
| 04/19/16 | R. Engel | 1.30 | 747.50 | Review memos and analysis re ABBR, ATH relationship and issues for disclosure. |
| 04/19/16 | C. Schlomann | 2.00 | 910.00 | Revise closing argument and telephone conference with C. Martin re same. |
| 04/19/16 | C. Schlomann | 0.50 | 227.50 | Review notes from April 13 hearing. |
| 04/19/16 | C. Schlomann | 1.00 | 455.00 | Review and further revise closing argument. |
| 04/19/16 | C. Schlomann | 0.40 | 182.00 | Review decisions in preparation for closing argument. |
| 04/19/16 | C. Schlomann | 2.00 | 910.00 | Participate in closing arguments. |
| 04/19/16 | C. Schlomann | 0.50 | 227.50 | Telephone conference with C. Martin re closing argument. |
| 04/20/16 | C. Schlomann | 0.40 | 182.00 | Email to C. Martin re extension of time to file schedules, etc. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.                                                August 4, 2016
Abengoa Bioenergy Biomass of Kansas, LLC                    Invoice No. 2023815
16150 Main Circle Drive                                            File No. 35943 / 1
Suite 300
Chesterfield, MO 63017

| 04/21/16 | R. Engel | 0.50 | 287.50 | Receipt and comment upon proposed motions for extension of time in ABBK case. |
| 04/21/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with A. Goldinstein re Motion for Extension of Time. |
| 04/21/16 | C. Schlomann | 0.50 | 227.50 | Draft Motion for Extension of Time to Correct Defective Pleadings and forward same. |
| 04/22/16 | R. Engel | 0.30 | 172.50 | Conference with C. Schlomann re proposed order on extension of time. |
| 04/22/16 | C. Schlomann | 0.40 | 182.00 | Review and respond to emails re filing of Motion for Additional Time to Comply. |
| 04/22/16 | C. Schlomann | 0.30 | 136.50 | Review and revise Order re Motion for Extension of Time to Comply. |
| 04/22/16 | C. Schlomann | 0.20 | 91.00 | Review and respond to emails re Order. |
| 04/22/16 | C. Schlomann | 0.10 | 45.50 | Attend to submitting Order to Court. |
| 04/22/16 | S. Williams-Umstead | 0.30 | 34.50 | Draft Order for Motion for Extension of Time to Comply. |
| 04/25/16 | C. Schlomann | 0.40 | 182.00 | Review court Order denying Motion to Transfer. |
| 04/26/16 | R. Engel | 0.50 | 287.50 | Conferences re options and next steps of appeal or other action with ABBK. |
| 04/26/16 | R. Engel | 0.30 | 172.50 | Efforts to get the transcript. |
| 04/26/16 | C. Schlomann | 0.20 | 91.00 | Exchange emails with O. Harmon ordering transcript of hearing on motion to transfer. |
| 04/26/16 | C. Schlomann | 0.50 | 227.50 | Telephone calls with court clerk, court finance department and court reporter re ordering transcript of hearing re transfer. |
| 04/26/16 | S. Williams-Umstead | 0.30 | 34.50 | Prepare Transcript Order for April 19 and file with the Court. |
| 04/27/16 | E. Edelman | 0.90 | 216.00 | Review and analyze District Court of Kansas order denying transfer of ABBK. |
| 04/27/16 | C. Schlomann | 0.30 | 136.50 | Telephone calls to and from court reporter re transcript of hearing. |
| 04/27/16 | C. Schlomann | 0.10 | 45.50 | Exchange email with R. Engel and O. Harmon re transcript. |
| 04/27/16 | C. Schlomann | 0.10 | 45.50 | Review Notice of Appeal received from R. Chesley. |
| 04/27/16 | C. Schlomann | 0.10 | 45.50 | Exchange emails with R. Chesley re filing Notice of Appeal. |
| 04/28/16 | R. Engel | 0.40 | 230.00 | Correspondence and analysis of appeal court options. |
| 04/28/16 | C. Schlomann | 0.30 | 136.50 | Review Notice of Appeal and exchange emails re filing same. |
| 04/28/16 | C. Schlomann | 0.50 | 227.50 | Review rules for appeal and email to R. Chesley re same. |
| 04/28/16 | C. Schlomann | 0.30 | 136.50 | Exchange emails re choice of appellate jurisdiction. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn:  Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No.  2023815
File No.  35943 / 1

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/28/16 | C. Schlomann | 0.40 | 182.00 | Making arrangements for late filing of Notice of Appeal and email to R. Chesley re same. |
| 04/28/16 | C. Schlomann | 0.70 | 318.50 | Legal research re appeals per 28 U.S.C. 158 and if denial of transfer can be deemed a final order for appeal. |
| 04/28/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to District Court re process for assigning District Court judges to Bankruptcy appeal and email to DLA re same. |
| | Sub Total Task B190 | 60.40 | 27,988.50 | |

**B210 - Business Operations**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/07/16 | C. Schlomann | 2.00 | 910.00 | Attend hearing on Pioneer Electric Coop Motion to Compel or for Relief from Stay. |
| 04/07/16 | C. Schlomann | 7.00 | 3185.00 | Travel to and from Wichita to attend hearing on Pioneer Electric Coop Motion to Compel or for Relief from Stay. |
| 04/07/16 | C. Schlomann | 0.50 | 227.50 | Participate in conference call with R. Chesley, C. Martin and R. Engel re hearing this date and hearing re Motion to Transfer and settlement strategy with Pioneer. |
| 04/08/16 | C. Schlomann | 0.20 | 91.00 | Review proposal for Adequate Assurance for Pioneer Electric. |
| 04/08/16 | C. Schlomann | 0.10 | 45.50 | Telephone call to counsel for Pioneer re settlement. |
| 04/08/16 | C. Schlomann | 0.10 | 45.50 | Email settlement proposal re Adequate Assurance to counsel for Pioneer. |
| 04/08/16 | C. Schlomann | 0.10 | 45.50 | Email to R. Chesley and C. Martin and R. Engel re efforts to reach Pioneer's counsel re settlement. |
| 04/11/16 | R. Engel | 0.50 | 287.50 | Correspondence and review of options for payment of utilities at ABBK. |
| 04/11/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with E. Nazar re agreement re utility service continuation. |
| 04/11/16 | C. Schlomann | 0.10 | 45.50 | Email to E. Nazar re proposal for continuation of utility service. |
| 04/11/16 | C. Schlomann | 0.20 | 91.00 | Exchange emails with R. Chesley and C. Martin re Pioneer. |
| 04/14/16 | C. Schlomann | 0.20 | 91.00 | Request copy of Agreed Order re Pioneer Electric from Pioneer's counsel and forward same to client. |
| 04/15/16 | R. Engel | 0.20 | 115.00 | Correspondence re Pioneer Election Order and completing. |
| 04/15/16 | C. Schlomann | 0.10 | 45.50 | Review modified Pioneer Order. |
| 04/15/16 | C. Schlomann | 0.10 | 45.50 | Email to attorney for Pioneer changing caption but otherwise approving order. |
| | Sub Total Task B210 | 11.50 | 5,316.50 | |

**B230 - Financing/Cash Collections**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/19/16 | R. Engel | 0.60 | 345.00 | Correspondence re access to funds for payroll of ABBK & ABHT. |
| 04/19/16 | C. Schlomann | 1.00 | 455.00 | Finalize closing argument outline and insert information re DIP and investment banker. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No. 2023815
File No. 35943 / 1

| | | |
|---|---|---|
| Sub Total Task B230 | 1.60 | 800.00 |
| Total Hours: | 106.20 | |

Total Services                    47,028.50

---

### Disbursements Summary

| Date | Cost | Amount |
|---|---|---|
| **E101 - Copying** | | |
| 03/03/16 | Digital Reproductions - User: 10458, 1 page | 0.14 |
| 03/14/16 | Digital Reproductions - User: 10667, 1 page | 0.14 |
| 04/05/16 | Digital Reproductions - User: 0195, 15 pages | 2.10 |
| 04/06/16 | Digital Reproductions - User: 10408, 327 pages | 45.78 |
| 04/07/16 | Digital Reproductions - User: 10408, 43 pages | 6.02 |
| 04/08/16 | Digital Reproductions - User: 10408, 10 pages | 1.40 |
| 04/12/16 | Digital Reproductions - User: 10408, 630 pages | 88.20 |
| 04/13/16 | Digital Reproductions - User: 10408, 357 pages | 49.98 |
| 04/14/16 | Digital Reproductions - User: 10408, 41 pages | 5.74 |
| 04/18/16 | Digital Reproductions - User: 10408, 65 pages | 9.10 |
| 04/19/16 | Digital Reproductions - User: 0195, 10 pages | 1.40 |
| 04/20/16 | Digital Reproductions - User: 10408, 14 pages | 1.96 |
| 04/21/16 | Digital Reproductions - User: 0195, 9 pages | 1.26 |
| 04/22/16 | Digital Reproductions - User: 10408, 2 pages | 0.28 |
| 04/25/16 | Digital Reproductions - User: 10408, 53 pages | 7.42 |
| 04/26/16 | Digital Reproductions - User: 10408, 3 pages | 0.42 |
| 04/27/16 | Digital Reproductions - User: 10408, 38 pages | 5.32 |
| 04/29/16 | Digital Reproductions - User: 10408, 4 pages | 0.56 |
| | Sub Total E101 | 227.22 |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn:  Jeffrey Bland, Esq.                                         August 4, 2016
Abengoa Bioenergy Biomass of Kansas, LLC           Invoice No.  2023815
16150 Main Circle Drive                                      File No.  35943 / 1
Suite 300
Chesterfield, MO 63017

---

### Disbursements Summary

| Date | Cost | Amount |
|------|------|-------:|

**E107  - Delivery Services/Messengers**

| 04/28/16 | Overnight Delivery - VENDOR: Federal Express Corporation; INVOICE#: 5-391-38109; DATE: 4/21/2016 | 22.29 |
| | Sub Total E107 | 22.29 |

**E110  - Out-of-Town Travel**

| 04/07/16 | Travel Expense - VENDOR: Christine L. Schlomann; INVOICE#: WICHITA_04/07/16; DATE: 4/7/2016;Mileage, toll | 214.24 |
| | Sub Total E110 | 214.24 |

**E112  - Court Fees**

| 04/14/16 | Filing Fees - VENDOR: Christine L. Schlomann; INVOICE#: FILING_04/06/16; DATE: 4/6/2016 | 922.00 |
| 04/20/16 | Filing Fees - VENDOR: Christine L. Schlomann; INVOICE#: PROHAC_04/18/16; DATE: 4/20/2016 | 50.00 |
| | Sub Total E112 | 972.00 |

**E116  - Trial Transcripts**

| 04/20/16 | Court Reporter Fee - VENDOR: Christine L. Schlomann; INVOICE#: 12901150; DATE: 4/13/2016 | 30.00 |
| | Sub Total E116 | 30.00 |
| | Total Disbursements | 1,465.75 |
| | **Matter Total** | **48,494.25** |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

August 4, 2016
Invoice No. 2023815
File No. 35943 / 1

| Attorney/Paralegal Summary | | | |
|---|---|---|---|
| **Name** | **Rate** | **Hours** | **Amount** |
| S. Williams-Umstead | 115.00 | 1.90 | 218.50 |
| E. Edelman | 240.00 | 15.90 | 3,816.00 |
| C. Schlomann | 455.00 | 65.30 | 29,711.50 |
| D. Going | 575.00 | 0.40 | 230.00 |
| R. Engel | 575.00 | 22.70 | 13,052.50 |
| **Total** | | **106.20** | **47,028.50** |