

7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

July 31, 2016
Invoice No. 2032737
File No. 35943

*Questions about your account?  Contact us at accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

# REMITTANCE COPY
**Please return with payment**

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---:|---:|---:|
| 1 | Bankruptcy Representation | 51,716.00 | 3,095.35 | 54,811.35 |

**TOTAL AMOUNT DUE:** 54,811.35

**\*\* PAYMENT IS DUE UPON RECEIPT \*\***

**Please Remit Payment To:**
ARMSTRONG TEASDALE LLP
Department Number 478150
P.O. Box 790100
St. Louis, MO 63179-9933



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

July 31, 2016
Invoice No. 2032737
File No. 35943

*Questions about your account?  Contact us at accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

SUMMARY OF INVOICE # 2032737

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2016

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 1 | Bankruptcy Representation | 51,716.00 | 3,095.35 | 54,811.35 |
| | **TOTAL AMOUNT DUE** | | | 54,811.35 |

** PAYMENT IS DUE UPON RECEIPT **



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1  

## 1 - BANKRUPTCY REPRESENTATION

FOR SERVICES RENDERED THROUGH MAY 31, 2016:

### Fee Summary

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| *B110 - Case Administration* | | | | |
| 05/02/16 | C. Schlomann | 0.10 | 45.50 | Forward invoice for transcript to O. Harmon. |
| 05/02/16 | C. Schlomann | 0.30 | 136.50 | Identify U.S. Trustee assigned to case and contact information for same. |
| 05/02/16 | C. Schlomann | 0.10 | 45.50 | Email to all counsel re completion of transcript. |
| 05/03/16 | R. Engel | 0.30 | 172.50 | Correspondence to counsel to UST in response to requested information. |
| 05/09/16 | R. Engel | 0.70 | 402.50 | Conference call with client and co-counsel re preparation for status conference with court and other counsel. |
| 05/09/16 | R. Engel | 0.70 | 402.50 | Attend status conference. |
| 05/09/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to C. Martin email re status conference. |
| 05/09/16 | C. Schlomann | 0.80 | 364.00 | Conference call with DLA, client and R. Engel re status conference. |
| 05/09/16 | C. Schlomann | 0.90 | 409.50 | Participate in status conference. |
| 05/10/16 | O. Harmon | 0.20 | 26.00 | Call to J. McKinney re filing questions. |
| 05/11/16 | R. Engel | 0.20 | 115.00 | Correspondence re scheduling issues for disclosure to Court. |
| 05/11/16 | O. Harmon | 0.50 | 65.00 | Review due dates, deadlines and revise calendar list. |
| 05/11/16 | C. Schlomann | 0.30 | 136.50 | Review file to provide pending deadlines to O. Harmon. |
| 05/11/16 | C. Schlomann | 0.30 | 136.50 | Work with paralegal re hearing dates. |
| 05/12/16 | O. Harmon | 0.10 | 13.00 | Email to C. Schlomann re Court Due Dates. |
| 05/12/16 | C. Schlomann | 0.40 | 182.00 | Prepare list of deadlines in case and forward to O. Harmon. |
| 05/13/16 | R. Engel | 0.30 | 172.50 | Review 2002 service list and compliance related thereto. |
| 05/13/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to email re payment of court reporter for transcript. |
| 05/13/16 | C. Schlomann | 0.50 | 227.50 | Work with assistant to prepare Rule 2002 service list. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/13/16 | S. Williams-Umstead | 0.30 | 34.50 | Work on Rule 2002 mailing list. |
| 05/16/16 | O. Harmon | 0.70 | 91.00 | Draft Motion for Leave to Appear Pro Hac, Order Granting Pro Hac Motion, and Affidavit in Support of Pro Hac Motion for R. Engel. |
| 05/18/16 | C. Schlomann | 0.40 | 182.00 | Review and respond to R. Engel email re providing all pending deadlines in ABBK case. |
| 05/18/16 | C. Schlomann | 1.00 | 455.00 | Prepare list of all pending deadlines and all matters requiring attention but without pending deadlines. |
| 05/18/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to email from O. Harmon re omnibus dates. |
| 05/19/16 | E. Edelman | 0.60 | 144.00 | Meeting with R. Engel, O. Harmon, and C. Schlomann re upcoming deadlines and outstanding tasks. |
| 05/19/16 | O. Harmon | 0.50 | 65.00 | Conference with C. Schlomann, E. Edelman and R. Engel re status of ABBK. |
| 05/20/16 | R. Engel | 1.10 | 632.50 | Review and file pleadings required to initiate case. |
| 05/20/16 | O. Harmon | 0.20 | 26.00 | Conference with R. Engel re SOFA and Schedules. |
| 05/20/16 | O. Harmon | 0.20 | 26.00 | Email to and from C. Schlomann re ECF login. |
| 05/20/16 | O. Harmon | 0.50 | 65.00 | Review schedules and SOFA. |
| 05/20/16 | O. Harmon | 0.10 | 13.00 | Call with A. Goldinstein re case status. |
| 05/20/16 | O. Harmon | 0.50 | 65.00 | Prepare for filing and file Schedules and SOFA. |
| 05/20/16 | O. Harmon | 1.00 | 130.00 | Review, revise and file Corp Ownership, Board Resolution. |
| 05/20/16 | A. Krulish | 1.60 | 544.00 | Review and revise board consent. |
| 05/23/16 | O. Harmon | 0.30 | 39.00 | Emails to and from C. Schlomann re filed creditor matrix. |
| 05/23/16 | C. Schlomann | 0.20 | 91.00 | Telephone call from bankruptcy court re failure to update creditor matrix. |
| 05/23/16 | C. Schlomann | 0.10 | 45.50 | Telephone call from O. Harmon re creditor matrix. |
| 05/23/16 | C. Schlomann | 0.20 | 91.00 | Review email from attorney for Cogent, Inc. re inventory and forward same to client and DLA for input. |
| 05/23/16 | S. Williams-Umstead | 0.50 | 57.50 | Prepare notebook with Statement of Financial Affairs and Schedules for hearing. |
| 05/23/16 | S. Williams-Umstead | 0.20 | 23.00 | Telephone conference with Judge's clerk re need to file Amended Creditor Matrix and upload creditors to ECF system. |
| 05/24/16 | O. Harmon | 0.40 | 52.00 | Call with court deputy re creditor matrix and a notice identifying the EIN for the Debtor. |
| 05/24/16 | O. Harmon | 0.20 | 26.00 | Draft email to R. Engel, C. Schlomann and A. Goldinstein re request from the Court. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/24/16 | O. Harmon | 0.20 | 26.00 | Draft notice to the Court. |
| 05/24/16 | O. Harmon | 0.50 | 65.00 | Review to-do list and confirm deadlines and due dates. |
| 05/24/16 | C. Schlomann | 0.10 | 45.50 | Review email re agreed Order with Brahma. |
| 05/24/16 | C. Schlomann | 0.30 | 136.50 | Search for list of approved depository institutions approved by US Trustee in Kansas. |
| 05/25/16 | O. Harmon | 0.50 | 65.00 | Revise and file EIN Notice. |
| 05/25/16 | O. Harmon | 0.20 | 26.00 | Call with Court Deputy re EIN Notice and Creditor Matrix. |
| 05/25/16 | O. Harmon | 0.30 | 39.00 | Confer with A. Goldinstein re EIN Notice. |
| 05/25/16 | C. Schlomann | 0.20 | 91.00 | Review Notice of EIN. |
| 05/25/16 | C. Schlomann | 0.20 | 91.00 | Review pleadings filed to date for EIN. |
| 05/25/16 | C. Schlomann | 0.20 | 91.00 | Check bankruptcy forms for form for Notice of EIN. |
| 05/25/16 | C. Schlomann | 0.10 | 45.50 | Email to O. Harmon approving Notice. |
| 05/26/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with O. Harmon re pending hearing dates and deadlines. |
| 05/27/16 | C. Schlomann | 0.20 | 91.00 | Exchange emails with client re deposit account issues. |
| 05/31/16 | O. Harmon | 0.20 | 26.00 | Review email from C. Schlomann re MOR requirement. |
| 05/31/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with O. Harmon re Monthly Operating Reports. |
| 05/31/16 | C. Schlomann | 0.30 | 136.50 | Review Local Rules re filing of Monthly Operating Reports. |
| 05/31/16 | C. Schlomann | 0.20 | 91.00 | Forward form of Monthly Operating Report to O. Harmon with information re due dates. |
| 05/31/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with client re Depository Account. |
| 05/31/16 | C. Schlomann | 0.10 | 45.50 | Telephone call to US Trustee office re Depository Account issues. |
| | Sub Total Task B110 | 22.30 | 7,517.00 | |

**B150 - Meetings of and Communications with Creditors**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/02/16 | R. Engel | 0.10 | 57.50 | Call to counsel to UST in KS re 341 meeting and continuing. |
| 05/02/16 | R. Engel | 0.90 | 517.50 | Numerous correspondence re upcoming deadlines on Friday-341, schedules, and dealing with extensions. |
| 05/02/16 | C. Schlomann | 0.20 | 91.00 | Confirm date of 341 meeting and send email reminding client and DLA counsel of 341 Meeting. |
| 05/02/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to email from client re why 341 |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | meeting scheduled for same date as filing of schedules, etc. |
| 05/02/16 | C. Schlomann | 0.20 | 91.00 | Exchange emails re continuance of 341 Meeting of Creditors. |
| 05/02/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with R. Engel re requesting Trustee continue 341 Meeting and telephone call to Trustee re same. |
| 05/03/16 | R. Engel | 0.40 | 230.00 | Conference call with counsel to UST and R. Chesley in ABBK re 341 continuance and status of case. |
| 05/03/16 | R. Engel | 0.30 | 172.50 | Conference with counsel to UST and E. Walsh re 341 issues. |
| 05/03/16 | R. Engel | 0.20 | 115.00 | Review and comment on pleading re 341. |
| 05/03/16 | C. Schlomann | 0.20 | 91.00 | Telephone call with R. Engel re continuance of 341 Meeting of Creditors until May 26. |
| 05/03/16 | C. Schlomann | 0.80 | 364.00 | Draft Notice of Continuance of 341 Meeting of Creditors and instruct paralegal re service. |
| 05/05/16 | O. Harmon | 0.30 | 39.00 | Email to and from C. Schlomann re 341 Notice. |
| 05/17/16 | O. Harmon | 0.20 | 26.00 | Confer with R. Engel re continuation of 341 meeting. |
| 05/18/16 | C. Schlomann | 0.10 | 45.50 | Exchange email re filing Schedules and 341 meeting. |
| 05/19/16 | R. Engel | 1.00 | 575.00 | Review status of outstanding matters in preparation of 341 and upcoming hearings. |
| 05/19/16 | C. Schlomann | 0.10 | 45.50 | Review and forward email re 341 meeting on May 26 to C. Martin. |
| 05/19/16 | C. Schlomann | 0.10 | 45.50 | Email to R. Engel re need to identify witnesses for 341 meeting. |
| 05/20/16 | C. Schlomann | 0.30 | 136.50 | Telephone call to US Trustee re continuance of 341 meeting from May 26 setting. |
| 05/20/16 | C. Schlomann | 0.10 | 45.50 | Email to client and DLA to confirm June 9 as acceptable date for 341 meeting. |
| 05/20/16 | C. Schlomann | 0.10 | 45.50 | Review emails re June 9 date for 341 meeting. |
| 05/20/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to US Trustee to confirm June 9 as continued date for 341 meeting. |
| 05/20/16 | C. Schlomann | 0.30 | 136.50 | Prepare Notice of Continued 341 meeting and work with paralegal re service of same. |
| 05/20/16 | S. Williams-Umstead | 0.50 | 57.50 | Prepare Notice of Continued 341 Meeting of Creditors, file with the court and serve. |
| 05/23/16 | O. Harmon | 0.10 | 13.00 | Email to A. Goldinstein re continued 341 notice. |
| 05/23/16 | O. Harmon | 0.10 | 13.00 | Retrieve and review 341 continuation. |
| 05/25/16 | C. Schlomann | 0.10 | 45.50 | Review notice of 341 meeting received from court. |
| | Sub Total Task B150 | 7.30 | 3,272.00 | |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No.  2032737  
File No.  35943 / 1  

### *B160  - Fee/Employment Applications*

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/09/16 | R. Engel | 0.60 | 345.00 | Begin review of retention matters. |
| 05/10/16 | E. Edelman | 2.30 | 552.00 | Prepare and revise application for retention of Armstrong Teasdale as local counsel to the Debtors. |
| 05/11/16 | E. Edelman | 1.60 | 384.00 | Draft and revise retention application for Armstrong Teasdale and proposed order. |
| 05/12/16 | E. Edelman | 0.20 | 48.00 | Revise Armstrong Teasdale's retention motion. |
| 05/16/16 | E. Edelman | 0.20 | 48.00 | Review conflict report for Armstrong Teasdale's retention application. |
| 05/16/16 | E. Edelman | 0.30 | 72.00 | Emails to C. Schlomann re Armstrong Teasdale retention application. |
| 05/16/16 | C. Schlomann | 0.30 | 136.50 | Review Missouri retention application as form for use in ABBK. |
| 05/16/16 | C. Schlomann | 0.10 | 45.50 | Email to E. Edelman re retention form. |
| 05/16/16 | C. Schlomann | 0.20 | 91.00 | Check local rule (Kansas) re Application to Retain Counsel requirements. |
| 05/16/16 | C. Schlomann | 0.30 | 136.50 | Exchange emails with R. Engel re Application to Retain Counsel. |
| 05/18/16 | C. Schlomann | 0.30 | 136.50 | Obtain and forward Judge Nugent's guidelines re Application to Retain Counsel. |
| 05/18/16 | C. Schlomann | 0.30 | 136.50 | Forward Judge Nugent's guidelines 10th Circuit case re nunc pro tunc approval of fees to R. Chesley. |
| 05/20/16 | O. Harmon | 0.10 | 13.00 | Email to A. Goldinstein re Retention Motion. |
| 05/20/16 | O. Harmon | 0.20 | 26.00 | Call with M. Sutton re AT Retention. |
| 05/20/16 | O. Harmon | 0.10 | 13.00 | Email to M. Sutton re AT Retention. |
| 05/20/16 | O. Harmon | 0.10 | 13.00 | Conference with E. Edelman re AT Retention. |
| 05/20/16 | C. Schlomann | 0.30 | 136.50 | Email to R. Engel, O. Harmon and E. Edelman re Application to Employ and notice requirements and check court calendar for June and July dates for hearing same. |
| | Sub Total Task B160 | 7.50 | 2,333.00 | |

### *B190  - Other Contested Matters (excluding assumption/rejection motions)*

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/16 | R. Engel | 1.20 | 690.00 | Receipt, review and comment upon draft motion to stay pending appeal and motion for certification. |
| 05/02/16 | R. Engel | 0.80 | 460.00 | Review issues related to potential aspect of order denying motion to transfer. |
| 05/02/16 | R. Engel | 0.60 | 345.00 | Correspondence re positions and option of appeal of order deny motion to transfer. |
| 05/02/16 | R. Engel | 1.40 | 805.00 | Review and counsel on draft of motion for certificate, motion for stay pending. |
| 05/02/16 | C. Schlomann | 0.50 | 227.50 | Telephone conference with R. Engel re status of ABBK and |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | appeal. |
| 05/02/16 | C. Schlomann | 0.20 | 91.00 | Exchange email with R. Chesley, C. Martin and R. Engel re filing Notice of Appeal. |
| 05/02/16 | C. Schlomann | 0.40 | 182.00 | Exchanging emails with counsel re revisions to motions re appeal and stay and reviewing proposed revisions. |
| 05/02/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with R. Engel re status of filing motions and Notice of Appeal. |
| 05/02/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with R. Chesley re hearing on Motion to Convert. |
| 05/02/16 | C. Schlomann | 0.10 | 45.50 | Email to J. Bland re objections at hearing on Motion to Convert. |
| 05/02/16 | C. Schlomann | 0.60 | 273.00 | Attend to filing Notice of Appeal, Motion for Certification, Motion to Stay Bankruptcy Case and Motion to shorten Notice. |
| 05/02/16 | C. Schlomann | 0.20 | 91.00 | Respond to emails from DLA Piper re order of filing Notice of Appeal and Motion for Stay. |
| 05/02/16 | C. Schlomann | 0.20 | 91.00 | Exchange emails with court reporter re invoice for transcript. |
| 05/02/16 | C. Schlomann | 0.80 | 364.00 | Review Motion for Certification and Motion for Stay prepared by DLA Piper. |
| 05/02/16 | C. Schlomann | 0.20 | 91.00 | Review and respond to R. Chesley email re comments re Motion to Certify and Motion for Stay. |
| 05/02/16 | C. Schlomann | 1.20 | 546.00 | Review and make suggested changes to Motion for Certification and Motion to Stay and forward same to R. Chesley. |
| 05/02/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to R. Chesley email re motions and strategy for same. |
| 05/03/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA and client re conversation with Court's Deputy. |
| 05/03/16 | C. Schlomann | 0.50 | 227.50 | Review Notice of Appeal and related filings and forward to R. Engel. |
| 05/03/16 | C. Schlomann | 0.40 | 182.00 | Review Brahma pleadings re injunction. |
| 05/03/16 | C. Schlomann | 0.20 | 91.00 | Review and respond to DLA email re stay status. |
| 05/03/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with Court Deputy re hearing on stay. |
| 05/03/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA and client re telephone conference with Court Deputy. |
| 05/03/16 | C. Schlomann | 0.60 | 273.00 | Exchange email and discussions re Brahma motion and stay. |
| 05/03/16 | C. Schlomann | 0.20 | 91.00 | Follow-up conversation with Court Deputy re stay. |
| 05/03/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with Court Deputy re status of Motion for Stay. |
| 05/04/16 | R. Engel | 0.70 | 402.50 | Numerous correspondence re issues related to pending obligations due on May 6 in case. |
| 05/04/16 | R. Engel | 0.30 | 172.50 | Review and comment on motion to external time to comply |



7700 Forsyth Boulevard, Suite 1800  
St. Louis, MO 63105  
Phone: 314.621.5070  
Fax: 314.621.5065  

Fed ID: 43-1274026  

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | with deadlines. |
| 05/04/16 | R. Engel | 0.30 | 172.50 | Conference with R. Chesley re appeal notice to BAP. |
| 05/04/16 | R. Engel | 0.40 | 230.00 | Conference with C. Schlomann re appeal notice to BAP. |
| 05/04/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to R. Engel email re Friday deadlines. |
| 05/04/16 | C. Schlomann | 0.20 | 91.00 | Review and respond to R. Chesley email re strategy for requesting immediate stay from BAP. |
| 05/04/16 | C. Schlomann | 0.10 | 45.50 | Email to R. Chesley re drafting motion for additional time to respond to orders re defective pleadings. |
| 05/04/16 | C. Schlomann | 0.80 | 364.00 | Draft Motion for Additional Time to File Schedules, Statements and Motion to Retain Counsel. |
| 05/04/16 | C. Schlomann | 0.50 | 227.50 | Review and respond to R. Chesley email re strategy. |
| 05/04/16 | C. Schlomann | 0.20 | 91.00 | Review responses to email re strategy. |
| 05/04/16 | C. Schlomann | 0.20 | 91.00 | Review and revise Order re additional time. |
| 05/04/16 | C. Schlomann | 0.10 | 45.50 | Email to counsel to confirm filing of Motion to Extend Time. |
| 05/04/16 | C. Schlomann | 0.10 | 45.50 | Review order granting motion to expedite Brahma's motion to enjoin. |
| 05/04/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with R. Engel re order re Brahma motion. |
| 05/04/16 | C. Schlomann | 0.30 | 136.50 | Telephone call to courtroom Deputy re status of Debtor's motions and hearing on same. |
| 05/04/16 | C. Schlomann | 0.20 | 91.00 | Report to all counsel re court's intention to issue order re hearing on Debtor's motions. |
| 05/04/16 | C. Schlomann | 0.40 | 182.00 | Telephone conference with R. Engel re status of motions for certification of appeal and motion to stay. |
| 05/04/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to courtroom deputy re if hearing is being ordered re motion to stay and certify for appeal. |
| 05/04/16 | C. Schlomann | 0.10 | 45.50 | Email to counsel re court setting hearing on May 25. |
| 05/04/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with R. Engel re hearing date of May 25 and other deadlines. |
| 05/04/16 | C. Schlomann | 0.20 | 91.00 | Forward draft motion for additional time to counsel for review and review and respond to emails re same. |
| 05/04/16 | C. Schlomann | 0.30 | 136.50 | Revise and attend to filing motion for additional time. |
| 05/04/16 | S. Williams-Umstead | 0.20 | 23.00 | Prepare Order Granting Second Motion to Extend Time to Comply. |
| 05/04/16 | S. Williams-Umstead | 0.20 | 23.00 | File Debtor's Second Motion to Extend Time to Comply with the Court and upload Order. |
| 05/05/16 | R. Engel | 0.50 | 287.50 | Review and comment upon affidavit in support of stay;. |
| 05/05/16 | R. Engel | 0.30 | 172.50 | Conference re comments to affidavit in support of stay. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 05/05/16 | R. Engel | 0.60 | 345.00 | Numerous correspondence re stay pleadings in BAP. |
| 05/05/16 | R. Engel | 1.50 | 862.50 | Review of motion to stay to be filed in 10th Cir. BAP. |
| 05/05/16 | O. Harmon | 0.50 | 65.00 | Review status of case. |
| 05/05/16 | C. Schlomann | 0.40 | 182.00 | Revise Affidavit. |
| 05/05/16 | C. Schlomann | 0.40 | 182.00 | Identify all parties to whom notice of BAP filing should be sent. |
| 05/05/16 | C. Schlomann | 0.20 | 91.00 | Email notice of BAP filing to all identified parties. |
| 05/05/16 | C. Schlomann | 0.20 | 91.00 | Telephone call from court re hearing and order. |
| 05/05/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA and client re call from court re hearing and order. |
| 05/05/16 | C. Schlomann | 0.50 | 227.50 | Review revise draft of BAP Motion and Affidavit. |
| 05/05/16 | C. Schlomann | 0.10 | 45.50 | Forward signed affidavit to DLA. |
| 05/05/16 | C. Schlomann | 0.50 | 227.50 | Work with DLA to finalize BAP pleadings. |
| 05/05/16 | C. Schlomann | 0.30 | 136.50 | Exchange emails with DLA re revising affidavit and filing of pleadings with BAP. |
| 05/05/16 | C. Schlomann | 0.30 | 136.50 | Review Affidavit prepared by DLA for my signature in support of BAP motion. |
| 05/05/16 | C. Schlomann | 0.50 | 227.50 | Telephone conference with R. Engel re Affidavit. |
| 05/05/16 | C. Schlomann | 0.80 | 364.00 | Review BAP Motion for Stay and prepare comments re same and Affidavit. |
| 05/05/16 | C. Schlomann | 0.20 | 91.00 | Email comments re Affidavit and BAP Motion to DLA. |
| 05/05/16 | C. Schlomann | 0.10 | 45.50 | Exchange email with R. Chesley re Affidavit re irreparable harm and Dept. of Energy position. |
| 05/05/16 | C. Schlomann | 0.50 | 227.50 | Legal research re effect of BAP Stay or on Motion for Certification. |
| 05/06/16 | R. Engel | 0.80 | 460.00 | Review and comment upon additional pleadings and compliance with rules on BAP appeal. |
| 05/06/16 | R. Engel | 0.20 | 115.00 | Correspondence re DOE positions on BAP and 10th Cir. appeal. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Work with paralegal re filing "One Document." |
| 05/06/16 | C. Schlomann | 0.40 | 182.00 | Work with paralegal re exhibits to Affidavit and preparation of same for filing. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Exchange email with court reporter re payment for transcripts. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with K. Edelman re transcripts and |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | attaching same to Affidavit exhibits. |
| 05/06/16 | C. Schlomann | 0.10 | 45.50 | Forward transcripts to counsel. |
| 05/06/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with R. Chesley re court order and status conference. |
| 05/06/16 | C. Schlomann | 0.30 | 136.50 | Analyze Order denying Motion for Stay. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Review and respond to email re filing Supplemental Pleading with BAP. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Email to other counsel re local rule and court preference re attaching only orders relating to Motion for Stay. |
| 05/06/16 | C. Schlomann | 0.50 | 227.50 | Revise "One Document" per court clerk direction. |
| 05/06/16 | C. Schlomann | 0.30 | 136.50 | Work with K. Edelman re exhibits to affidavit (bankruptcy court pleadings). |
| 05/06/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to DLA emails re status conference on May 9, 2016. |
| 05/06/16 | C. Schlomann | 0.40 | 182.00 | Review court order re Motion for Stay. |
| 05/06/16 | C. Schlomann | 0.10 | 45.50 | Forward court order denying Motion to Stay to counsel. |
| 05/06/16 | C. Schlomann | 0.30 | 136.50 | Review revised Exhibits to Affidavit. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Exchange email with K. Edelman re pleadings filed May 5 with BAP, including "One Document." |
| 05/06/16 | C. Schlomann | 0.40 | 182.00 | Work with paralegal re revised Certificate of Service and Affidavit. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Exchange email with K. Edelman re further revision to Certificate of Service. |
| 05/06/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with K. Edelman re revising Certificate of Service to reflect mailing done May 6, 2016 rather than May 5. |
| 05/06/16 | C. Schlomann | 0.40 | 182.00 | Review Local Bankruptcy Rules re Affidavit and providing "relevant documents" and telephone conference with court clerk re same. |
| 05/06/16 | C. Schlomann | 0.30 | 136.50 | Review exhibits to Affidavit for size compliance and work with paralegal re same. |
| 05/06/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA Piper re including transcripts with Affidavit file with BAP. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Telephone call from Judge Nugent's courtroom deputy re status conference May 9. |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Review Certificate of Service for BAP filing and email to K. Edelman re same. |
| 05/06/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with court clerk re errors in filing "One Document." |
| 05/06/16 | C. Schlomann | 0.20 | 91.00 | Review revised Affidavit and email re same. |
| 05/06/16 | S. Williams-Umstead | 2.70 | 310.50 | Prepare pleadings for filing, filing pleadings in the BAP |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Court and serving on counsel. |
| 05/07/16 | R. Engel | 0.80 | 460.00 | Review and comment upon order re stay of ABBK proceedings and its effects on various parts of cases. |
| 05/07/16 | R. Engel | 0.80 | 460.00 | Conference with J. Bland re upcoming hearing called by court. |
| 05/08/16 | R. Engel | 1.20 | 690.00 | Review and comment upon drafts of supplemental pleading prepared and filed with BAP (10th Cir.) re appeal. |
| 05/09/16 | D. Going | 0.40 | 230.00 | Conference with R. Engel re motion to transfer ABBK appeal and retention. |
| 05/10/16 | R. Engel | 0.30 | 172.50 | Correspondence re objecting parties positions to appeal issues. |
| 05/10/16 | C. Schlomann | 0.50 | 227.50 | Review objections filed by Brahma to Motion to Stay and Leave to Appeal filed with BAP and forwarding same to client, R. Engel and DLA Piper. |
| 05/13/16 | C. Schlomann | 0.20 | 91.00 | Review Vista Energy Opposition to Motion for Stay. |
| 05/13/16 | C. Schlomann | 0.20 | 91.00 | Review ICM Response to Brahma Motion to Enjoin. |
| 05/16/16 | R. Engel | 0.70 | 402.50 | Review of pleadings in preparation for filing and finalize-status of issues on appeal. |
| 05/16/16 | D. Going | 0.10 | 57.50 | Review Order Denying Motion for Stay Pending Approval of ABBK Motion to Transfer. |
| 05/16/16 | O. Harmon | 0.10 | 13.00 | Correspond with J. McKinney re transcript. |
| 05/16/16 | C. Schlomann | 0.40 | 182.00 | Review Brahma Group Opposition to Motion for Certification. |
| 05/16/16 | C. Schlomann | 0.20 | 91.00 | Review Stoppel Dirt Opposition to Motion for Certification. |
| 05/16/16 | C. Schlomann | 0.10 | 45.50 | Review Vista Energy Opposition to Motion for Certification. |
| 05/16/16 | C. Schlomann | 0.30 | 136.50 | Review Order Denying Stay issued by BAP. |
| 05/17/16 | R. Engel | 0.40 | 230.00 | Review final state of issues on appeal. |
| 05/17/16 | R. Engel | 0.80 | 460.00 | Receipt and review of Bank's response to motion to certify. |
| 05/17/16 | R. Engel | 0.70 | 402.50 | Correspondence re analysis of Brahma response and position. |
| 05/17/16 | C. Schlomann | 0.30 | 136.50 | Research required notice for Designation of Record on Appeal. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Review Objection of Schadler Enterprises. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with Clerk of BAP re "One Document" issues. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Review Stoppel Objection to Motion for Stay. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Review Vista objection to Motion for Stay. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/17/16 | C. Schlomann | 0.30 | 136.50 | Review Brahma Group opposition to Certification. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Review emails from client and R. Engel re Brahma opposition. |
| 05/17/16 | C. Schlomann | 0.70 | 318.50 | Analyze Brahma Opposition to Certification and prepare memo to R. Engel re same. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with K. Edelman re refiling Designation of Record on Appeal. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Telephone call from Clerk of BAP re incorrect filing of Designation of Record on Appeal with the BAP. |
| 05/17/16 | C. Schlomann | 0.40 | 182.00 | Review revised Record on Appeal. |
| 05/17/16 | C. Schlomann | 0.40 | 182.00 | Revise Record on appeal and Statement of Issues. |
| 05/17/16 | C. Schlomann | 0.70 | 318.50 | Work with paralegal re list of parties to be served with Statement of Issues and review Court docket for parties to be included in same. |
| 05/17/16 | C. Schlomann | 0.30 | 136.50 | Prepare "One Document" and attend to filing same. |
| 05/17/16 | S. Williams-Umstead | 0.30 | 34.50 | Change Certificate of Service on Designation of Record and Statement of Issues on Appeal and file with the bankruptcy court. |
| 05/18/16 | D. Going | 0.40 | 230.00 | Conference with R. Engel re ABBK appeal, case issues. |
| 05/18/16 | O. Harmon | 1.00 | 130.00 | Review filed orders and all deadlines or due dates. |
| 05/18/16 | O. Harmon | 0.20 | 26.00 | Conference with E. Edelman and R. Engel re filed order. |
| 05/18/16 | C. Schlomann | 0.20 | 91.00 | Email re status of objection to Brahma Motion for Injunction and respond to follow up email from R. Engel. |
| 05/19/16 | C. Schlomann | 0.10 | 45.50 | Telephone call to Courtroom Deputy for Judge Nugent requesting hearing time on emergency motion to compel. |
| 05/20/16 | C. Schlomann | 0.50 | 227.50 | Assist DLA with identification of schedules and declarations to be filed and forward examples of same to DLA. |
| 05/20/16 | S. Williams-Umstead | 0.40 | 46.00 | Prepare Withdrawal of Motion to Compel and Motion for Expedited Hearing and file with the Court. |
| 05/23/16 | C. Schlomann | 0.10 | 45.50 | Email to O. Harmon re need to file updated creditor matrix. |
| 05/23/16 | C. Schlomann | 0.10 | 45.50 | Review Brahma Designation of additional items for record on appeal. |
| 05/24/16 | R. Engel | 0.30 | 172.50 | Correspondence re resolution of Brahma motion for stay. |
| 05/24/16 | R. Engel | 0.20 | 115.00 | Review and comment on Brahma agreed order re motion to enjoin. |
| 05/24/16 | R. Engel | 0.40 | 230.00 | Correspondence re submitting pending motions on pleadings. |
| 05/24/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with C. Martin re agreed order re |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | injunction. |
| 05/24/16 | C. Schlomann | | 0.20 | 91.00 | Review and respond to email from R. Engel re canceling May 26 hearings and impact on Motion to Certify. |
| 05/24/16 | C. Schlomann | | 0.20 | 91.00 | Review and revise Agreed Order. |
| 05/24/16 | C. Schlomann | | 0.10 | 45.50 | Circulate revised Order for comment. |
| 05/24/16 | C. Schlomann | | 0.10 | 45.50 | Respond to email from attorney for Cogent. |
| 05/24/16 | C. Schlomann | | 0.10 | 45.50 | Forward revised Agreed Order to Attorney for Brahma. |
| 05/24/16 | C. Schlomann | | 0.10 | 45.50 | Attend to filing Agreed Order re Brahma Motion to Enjoin. |
| 05/27/16 | O. Harmon | | 0.20 | 26.00 | Retrieve and review Order denying motion to certify appeal. |
| 05/27/16 | O. Harmon | | 0.10 | 13.00 | Email to A. Goldinstein re order entered. |
| 05/27/16 | C. Schlomann | | 0.30 | 136.50 | Review Order Denying Certification to 10th Circuit. |
| 05/31/16 | C. Schlomann | | 0.20 | 91.00 | Review and forward BAP Order to Show Cause. |
| 05/31/16 | C. Schlomann | | 0.30 | 136.50 | Review and respond to email from counsel for Cogent re inventory and mechanic lien. |
| 05/31/16 | C. Schlomann | | 0.10 | 45.50 | Email to client re Cogent claim. |
| | Sub Total Task B190 | | 56.20 | 25,648.50 | |

***B210 - Business Operations***

| | | | | | |
|---|---|---|---|---|---|
| 05/02/16 | R. Engel | | 0.80 | 460.00 | Numerous correspondence re issues concerning deposit with utility - Pioneer. |
| 05/02/16 | C. Schlomann | | 0.30 | 136.50 | Telephone call to E. Nazar re no payment today. |
| 05/02/16 | C. Schlomann | | 0.20 | 91.00 | Review and respond to emails from client and DLA Piper re telephone call with E. Nazar re payment of deposit. |
| 05/02/16 | C. Schlomann | | 0.10 | 45.50 | Telephone conference with E. Nazar re partial payment. |
| 05/03/16 | R. Engel | | 0.20 | 115.00 | Correspondence re Pioneer payments. |
| 05/03/16 | C. Schlomann | | 1.30 | 591.50 | Work with DLA and Ed Nazar re forbearance agreement with Pioneer. |
| 05/04/16 | R. Engel | | 0.20 | 115.00 | Correspondence re Pioneer payment resolution. |
| 05/04/16 | C. Schlomann | | 0.10 | 45.50 | Review and respond to emails from client re Pioneer payment. |
| 05/04/16 | C. Schlomann | | 0.10 | 45.50 | Email to Pioneer counsel re confirmation of payments. |
| 05/09/16 | R. Engel | | 0.50 | 287.50 | Finalize stipulation with Pioneer. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/09/16 | C. Schlomann | 0.20 | 91.00 | Review Pioneer Electric Forbearance Agreement and provide comments re same to R. Engel. |
| 05/17/16 | R. Engel | 0.80 | 460.00 | Numerous correspondence re Pioneer Electrical deposit payment. |
| 05/17/16 | C. Schlomann | 0.10 | 45.50 | Review email from E. Nazar re deposit. |
| 05/17/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with E. Nazar re deposit. |
| 05/17/16 | C. Schlomann | 0.10 | 45.50 | Email to R. Engel re deposit. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with DLA re wire to Pioneer and email to E. Nazar. |
| 05/17/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference and email to E. Nazar re wire sent to Pioneer. |
| 05/17/16 | C. Schlomann | 0.90 | 409.50 | Work with C. Martin and E. Nazar re failed wire transfer. |
| 05/18/16 | E. Edelman | 0.20 | 48.00 | Review emails between C. Schlomann and C. Martin re Pioneer Electric. |
| 05/18/16 | R. Engel | 1.20 | 690.00 | Numerous correspondence re Pioneer Electric payment and options to resolve. |
| 05/18/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with E. Nazar and Pioneer Electric representative re non payment. |
| 05/18/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA and client re failed wire transfer to Pioneer Electric. |
| 05/18/16 | C. Schlomann | 0.30 | 136.50 | Telephone call from C. Martin re discussion with E. Nazar re Pioneer deposit. |
| 05/18/16 | C. Schlomann | 0.10 | 45.50 | Email to R. Engel re telephone call with C. Martin re deposit. |
| 05/18/16 | C. Schlomann | 0.30 | 136.50 | Telephone call with client and DLA re mistaken wire transfer to Pioneer Industrial. |
| 05/18/16 | C. Schlomann | 0.10 | 45.50 | Email to E. Nazar re error with wire. |
| 05/18/16 | C. Schlomann | 0.40 | 182.00 | Telephone conference with E. Nazar re failed wire. |
| 05/18/16 | C. Schlomann | 0.20 | 91.00 | Review email from E. Nazar re termination of service. |
| 05/18/16 | C. Schlomann | 0.10 | 45.50 | Text to E. Nazar re need to discuss Pioneer issues. |
| 05/18/16 | C. Schlomann | 0.10 | 45.50 | Email forwarding E. Nazar email re termination of power. |
| 05/18/16 | C. Schlomann | 0.20 | 91.00 | Review client email detailing failed wire events. |
| 05/18/16 | C. Schlomann | 0.40 | 182.00 | Review various email re consequences of loss of electric power. |
| 05/18/16 | C. Schlomann | 0.40 | 182.00 | Telephone conference with E. Nazar re additional time to pay deposit. |
| 05/18/16 | C. Schlomann | 0.30 | 136.50 | Email to DLA and client re discussion with E. Nazar. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1  

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 05/19/16 | E. Edelman | 0.40 | 96.00 | Review correspondence and emergency motion re Pioneer Electric and payments. |
| 05/19/16 | R. Engel | 1.80 | 1035.00 | Numerous correspondence re Pioneer Electrical and potential resolution of latest issues on payment. |
| 05/19/16 | R. Engel | 0.80 | 460.00 | Review and comment upon motion to turn over funds incorrectly paid to creditor. |
| 05/19/16 | R. Engel | 0.40 | 230.00 | Analyze instructions for judge re Pioneer and continued electrical service. |
| 05/19/16 | A. Krulish | 0.30 | 102.00 | Conduct initial review of written consent. |
| 05/19/16 | C. Schlomann | 0.30 | 136.50 | Review revised Motion to Compel Return of Funds. |
| 05/19/16 | C. Schlomann | 0.10 | 45.50 | Email suggested revisions to C. Martin and C. Standlee. |
| 05/19/16 | C. Schlomann | 0.30 | 136.50 | Make suggested changes to Motion to Compel Return of Funds. |
| 05/19/16 | C. Schlomann | 0.30 | 136.50 | Conference call with client and DLA re Pioneer. |
| 05/19/16 | C. Schlomann | 0.10 | 45.50 | Email to E. Nazar with Motion to Compel and explanation of intent to file same. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Review email from E. Nazar re Pioneer refusal of counteroffer. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with E. Nazar re 5:00 conference with Judge. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Telephone calls and email to Courtroom Deputy re agreement re hearing at 5:00. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with courtroom deputy re call in process and number and telephone call to C. Martin re same. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Research re how to serve Pioneer Industrial with Motion to Compel and hearing on same. |
| 05/19/16 | C. Schlomann | 0.40 | 182.00 | Participate in conference with Judge Nugent, E. Nazar and C. Martin re Pioneer. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with C. Martin and C. Standlee and J. Bland re outcome of hearing. |
| 05/19/16 | C. Schlomann | 0.30 | 136.50 | Telephone call from Courtroom Deputy re safety issues with power termination. |
| 05/19/16 | C. Schlomann | 0.40 | 182.00 | Draft Motion for Emergency Hearing on Motion to Compel. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Telephone calls to E. Nazar office and cell and email and text message to same re 5:00 hearing. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Telephone calls with DLA and client re 5:00 hearing May 19. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to courtroom Deputy re no response from E. Nazar. |
| 05/19/16 | C. Schlomann | 0.20 | 91.00 | Assist paralegal with issues re filing of Motion to Compel and Motion for Emergency Hearing and Order. |
| 05/19/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with E. Nazar re counteroffer from |



7700 Forsyth Boulevard, Suite 1800  
St. Louis, MO 63105  
Phone: 314.621.5070  
Fax: 314.621.5065  

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No.  2032737  
File No.  35943 / 1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Pioneer and email same to client and DLA. |
| 05/19/16 | C. Schlomann | | 0.10 | 45.50 | Email to C. Martin re counteroffer. |
| 05/19/16 | C. Schlomann | | 0.20 | 91.00 | Telephone conference with C. Martin and C. Standlee re misdirected funds and Pioneer deposit. |
| 05/19/16 | C. Schlomann | | 0.30 | 136.50 | Conference call with E. Nazar and C. Standlee re counteroffer for Pioneer. |
| 05/19/16 | C. Schlomann | | 0.10 | 45.50 | Email to client and other debtor's counsel re status of Pioneer negotiations. |
| 05/19/16 | C. Schlomann | | 0.30 | 136.50 | Research re Pioneer Industrial and service address. |
| 05/19/16 | C. Schlomann | | 0.30 | 136.50 | Telephone call with C. Martin re strategy for Pioneer. |
| 05/19/16 | C. Schlomann | | 0.30 | 136.50 | Telephone conference with client and DLA re how to proceed re Pioneer including Motion for Injunctive Relief. |
| 05/19/16 | C. Schlomann | | 0.10 | 45.50 | Email to D. Allison re need to discuss operational issues. |
| 05/19/16 | C. Schlomann | | 0.30 | 136.50 | Return call from Courtroom Deputy re hearing. |
| 05/19/16 | C. Schlomann | | 0.20 | 91.00 | Telephone conference with C. Martin re hearing on May 23 on Motion to Compel. |
| 05/19/16 | C. Schlomann | | 0.30 | 136.50 | Telephone conference with R. Engel, O. Harmon, and E. Edelman re status. |
| 05/19/16 | C. Schlomann | | 0.40 | 182.00 | Review draft of Motion to Compel Return of Misdirected Funds and send comments re same to DLA. |
| 05/19/16 | S. Williams-Umstead | | 0.30 | 34.50 | Prepare Order for Expedited Hearing on Emergency Motion to Compel Return of Misdirected Funds. |
| 05/19/16 | S. Williams-Umstead | | 0.30 | 34.50 | File Emergency Motion to Compel Return of Misdirected Funds, Motion for Expedited Hearing on Motion to Compel and upload Order. |
| 05/20/16 | A. Krulish | | 1.20 | 408.00 | Review operating agreement, organization chart, director and officer chart. |
| 05/20/16 | A. Krulish | | 0.50 | 170.00 | Confer with J. Bland re changes and structure of entities. |
| 05/20/16 | C. Schlomann | | 0.30 | 136.50 | Telephone conference with C. Martin re finalizing wire to Pioneer and continuance of 341 meeting. |
| | Sub Total Task B210 | | 25.00 | 11,616.00 | |
| | **B230 - Financing/Cash Collections** | | | | |
| 05/02/16 | C. Schlomann | | 0.10 | 45.50 | Telephone conference with R. Chesley re status of DIP and funds to pay Pioneer. |
| 05/24/16 | R. Engel | | 0.40 | 230.00 | Conference with V. Slusher re potential DIP facility. |
| 05/24/16 | R. Engel | | 0.40 | 230.00 | Correspondence re DIP. |
| 05/24/16 | C. Schlomann | | 0.20 | 91.00 | Telephone conference with C. Martin re DIP hearing. |
| 05/24/16 | C. Schlomann | | 0.30 | 136.50 | Telephone conference with courtroom deputy re hearing |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | dates on DIP motion. |
| 05/24/16 | C. Schlomann | 0.10 | 45.50 | Email to client and C. Martin re possible hearing dates for DIP motion. |
| 05/26/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA re status of hearing on DIP loan. |
| 05/26/16 | C. Schlomann | 0.10 | 45.50 | Review email from C. Martin re status of DIP loan. |
| | Sub Total Task B230 | 1.70 | 869.50 | |

**B410 - General Bankruptcy Advice/Opinions**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/04/16 | R. Engel | 0.80 | 460.00 | Conference with C. Standlee re director obligations relevant to intercompany issues. |
| | Sub Total Task B410 | 0.80 | 460.00 | |
| | Total Hours: | 120.80 | | |

Total Services         51,716.00

### Disbursements Summary

| Date | Cost | Amount |
|---|---|---|

**E101 - Copying**

| Date | Cost | Amount |
|---|---|---|
| 05/02/16 | Digital Reproductions - User: 10408, 49 pages | 6.86 |
| 05/03/16 | Digital Reproductions - User: 10408, 233 pages | 32.62 |
| 05/04/16 | Digital Reproductions - User: 0195, 5 pages | 0.70 |
| 05/05/16 | Digital Reproductions - User: 0195, 109 pages | 15.26 |
| 05/06/16 | Digital Reproductions - User: 10408, 748 pages | 104.72 |
| 05/09/16 | Digital Reproductions - User: 10408, 139 pages | 19.46 |
| 05/10/16 | Digital Reproductions - User: 10408, 104 pages | 14.56 |
| 05/11/16 | Digital Reproductions - User: 10408, 154 pages | 21.56 |
| 05/13/16 | Digital Reproductions - User: 10408, 32 pages | 4.48 |
| 05/16/16 | Digital Reproductions - User: 0195, 43 pages | 6.02 |
| 05/17/16 | Digital Reproductions - User: 10408, 70 pages | 9.80 |
| 05/18/16 | Digital Reproductions - User: 0195, 13 pages | 1.82 |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

July 31, 2016
Invoice No. 2032737
File No. 35943 / 1

## Disbursements Summary

| Date | Cost | Amount |
|---|---|---:|
| 05/19/16 | Digital Reproductions - User: 10408, 39 pages | 5.46 |
| 05/20/16 | Digital Reproductions - User: 10408, 249 pages | 34.86 |
| 05/23/16 | Digital Reproductions - User: 10408, 39 pages | 5.46 |
| 05/25/16 | Digital Reproductions - User: 10408, 4 pages | 0.56 |
| 05/26/16 | Digital Reproductions - User: 0195, 6 pages | 0.84 |
| 05/27/16 | Digital Reproductions - User: 10408, 34 pages | 4.76 |
| 05/31/16 | Digital Reproductions - User: 10408, 35 pages | 4.90 |
|  | Sub Total E101 | 294.70 |

**E110 - Out-of-Town Travel**

| 05/25/16 | Travel Expense - VENDOR: Christine L. Schlomann; INVOICE#: WICHITA_04/13/16; DATE: 4/13/2016;Mileage, Tolls | 148.90 |
|---|---|---:|
|  | Sub Total E110 | 148.90 |

**E112 - Court Fees**

| 05/02/16 | Filing Fees - VENDOR: Christine L. Schlomann; INVOICE#: FILINGFEE_05/02/16; DATE: 5/2/2016 | 298.00 |
|---|---|---:|
| 05/16/16 | Filing Fees - VENDOR: Christine L. Schlomann; INVOICE#: FILINGFEE_04/06/16; DATE: 4/6/2016 | 922.00 |
|  | Sub Total E112 | 1,220.00 |

**E115 - Deposition Transcripts**

| 05/02/16 | Deposition Transcripts - VENDOR: Jana McKinney, CSR, RPR, CRR, RMR; INVOICE#: 1610; DATE: 5/2/2016  -  31000/10667 | 1,431.75 |
|---|---|---:|
|  | Sub Total E115 | 1,431.75 |
|  | Total Disbursements | 3,095.35 |
|  | **Matter Total** | **54,811.35** |



7700 Forsyth Boulevard, Suite 1800  
St. Louis, MO 63105  
Phone: 314.621.5070  
Fax: 314.621.5065  

Fed ID: 43-1274026

MISSOURI    KANSAS    COLORADO    NEVADA    ILLINOIS    SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

July 31, 2016  
Invoice No. 2032737  
File No. 35943 / 1

| Attorney/Paralegal Summary | | | |
|---|---|---|---|
| **Name** | **Rate** | **Hours** | **Amount** |
| S. Williams-Umstead | 115.00 | 5.90 | 678.50 |
| O. Harmon | 130.00 | 10.60 | 1,378.00 |
| E. Edelman | 240.00 | 5.80 | 1,392.00 |
| A. Krulish | 340.00 | 3.60 | 1,224.00 |
| C. Schlomann | 455.00 | 62.70 | 28,528.50 |
| D. Going | 575.00 | 0.90 | 517.50 |
| R. Engel | 575.00 | 31.30 | 17,997.50 |
| **Total** | | **120.80** | **51,716.00** |