

7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

October 25, 2016
Invoice No. 2058268
File No. 35943

*Questions about your account?  Contact us at
accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

# REMITTANCE COPY
**Please return with payment**

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 1 | Bankruptcy Representation | 29,594.50 | 6,590.28 | 36,184.78 |

**TOTAL AMOUNT DUE:** 36,184.78

** PAYMENT IS DUE UPON RECEIPT **

**Please Remit Payment To:**
ARMSTRONG TEASDALE LLP
Department Number 478150
P.O. Box 790100
St. Louis, MO 63179-9933



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.　　　　　　　　　　　　　　　　　　October 25, 2016
Abengoa Bioenergy Biomass of Kansas, LLC　　　　　　　Invoice No. 2058268
16150 Main Circle Drive　　　　　　　　　　　　　　　　　　　　File No. 35943
Suite 300
Chesterfield, MO 63017

*Questions about your account?  Contact us at*
*accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

## SUMMARY OF INVOICE # 2058268

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2016

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 1 | Bankruptcy Representation | 29,594.50 | 6,590.28 | 36,184.78 |
| | **TOTAL AMOUNT DUE** | | | **36,184.78** |

### ** PAYMENT IS DUE UPON RECEIPT **



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1

# 1 - BANKRUPTCY REPRESENTATION

FOR SERVICES RENDERED THROUGH AUGUST 31, 2016:

## Fee Summary

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| *B110 - Case Administration* | | | | |
| 08/01/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/01/16 | C. Schlomann | 0.10 | 45.50 | Email to E. Edelman re preference payment review. |
| 08/01/16 | C. Schlomann | 0.20 | 91.00 | Review memo re status of case. |
| 08/02/16 | E. Edelman | 0.60 | 144.00 | Review matters on the docket for August 8th hearing. |
| 08/02/16 | E. Edelman | 0.20 | 48.00 | Confer with R. Engel re case status and next steps. |
| 08/02/16 | E. Edelman | 0.20 | 48.00 | Analyze case status summary and upcoming deadlines. |
| 08/02/16 | R. Engel | 0.20 | 115.00 | Review status memo of upcoming tasks. |
| 08/02/16 | R. Engel | 0.20 | 115.00 | Review of proposed hearing agenda. |
| 08/02/16 | O. Harmon | 0.10 | 13.00 | Call with E. Edelman re hearing agenda. |
| 08/02/16 | O. Harmon | 0.40 | 52.00 | Review docket for items for omnibus hearing. |
| 08/02/16 | O. Harmon | 0.30 | 39.00 | Email to and from C. Schlomann re items to be heard at omnibus hearing. |
| 08/02/16 | O. Harmon | 0.10 | 13.00 | Review hearing agenda. |
| 08/02/16 | C. Schlomann | 1.30 | 591.50 | Prepare Agenda for August 8 Omnibus hearing. |
| 08/02/16 | C. Schlomann | 0.10 | 45.50 | Email to E. Edelman re Agenda. |
| 08/02/16 | S. Williams-Umstead | 0.10 | 11.50 | Finalize and file Agenda for August 8 Omnibus hearing. |
| 08/03/16 | R. Engel | 0.10 | 57.50 | Receipt and review of status memo and action listing. |
| 08/03/16 | O. Harmon | 0.10 | 13.00 | Email from E. Edelman re certificate of service. |
| 08/03/16 | O. Harmon | 0.10 | 13.00 | Conference with E. Edelman re Objection Notice. |
| 08/03/16 | O. Harmon | 0.30 | 39.00 | Review and compare matrix and mailing labels for service. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/03/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/03/16 | C. Schlomann | 0.10 | 45.50 | Email to E. Walsh of US Trustee re invoice for quarterly fees. |
| 08/03/16 | C. Schlomann | 0.10 | 45.50 | Review statement received from US Trustee for quarterly fees. |
| 08/03/16 | C. Schlomann | 0.10 | 45.50 | Review email from DLA re estimate of fees due. |
| 08/03/16 | C. Schlomann | 0.20 | 91.00 | Email to DLA re US Trustee statement and variance with estimate. |
| 08/04/16 | R. Engel | 0.30 | 172.50 | Status conference in preparation for upcoming docket on August 8 and site visits. |
| 08/04/16 | R. Engel | 0.20 | 115.00 | Receipt and review of task list to be accomplished and strategy for accomplishing. |
| 08/04/16 | O. Harmon | 0.50 | 65.00 | Status meeting with E. Edelman, S. Ehlers, R. Engel re upcoming deadlines. |
| 08/04/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/04/16 | C. Schlomann | 0.50 | 227.50 | Telephone conference with analyst for US Trustee re $9,750 quarterly fee calculation. |
| 08/04/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with D. Avraham re US Trustee quarterly fee revision. |
| 08/04/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to email re payment of US trustee quarterly fee and supplementing financial statement. |
| 08/04/16 | C. Schlomann | 0.40 | 182.00 | Participate in weekly status conference. |
| 08/04/16 | C. Schlomann | 0.10 | 45.50 | Review email from court re adding items to agenda for August 8, 2016 hearing. |
| 08/04/16 | C. Schlomann | 0.20 | 91.00 | Telephone call from court re additional items to include in Amended Agenda. |
| 08/04/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference and email to counsel for Unsecured Creditors Committee re need to upload proposed orders. |
| 08/05/16 | E. Edelman | 0.40 | 96.00 | Review docket and hearing agenda for Aug. 8th hearing. |
| 08/05/16 | C. Schlomann | 0.20 | 91.00 | Verify US Trustee rules re mailing information with payment to lockbox. |
| 08/05/16 | C. Schlomann | 0.10 | 45.50 | Email to client re mailing Monthly Operating Report to US Trustee's office and not with payment to lock box. |
| 08/05/16 | C. Schlomann | 0.20 | 91.00 | Collect information and pleadings for hearing August 8. |
| 08/08/16 | E. Edelman | 0.30 | 72.00 | Review orders entered and email to J. Bland. |
| 08/08/16 | R. Engel | 0.60 | 345.00 | Review orders entered today re Cogent, and related approvals. |
| 08/08/16 | R. Engel | 0.10 | 57.50 | Review daily status memo. |
| 08/08/16 | C. Schlomann | 0.80 | 364.00 | Attend omnibus hearing. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/08/16 | C. Schlomann | 0.10 | 45.50 | Review court room minute sheet from August 8 hearing. |
| 08/09/16 | E. Edelman | 0.10 | 24.00 | Review case status summary. |
| 08/09/16 | E. Edelman | 0.10 | 24.00 | Email to S. Williams-Umstead re service of certain documents. |
| 08/09/16 | R. Engel | 0.20 | 115.00 | Review daily status memo and items for action. |
| 08/09/16 | R. Engel | 0.30 | 172.50 | Status call with client, OPA and co-counsel. |
| 08/10/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/10/16 | O. Harmon | 0.10 | 13.00 | Email to C. Schlomann re upcoming filing. |
| 08/10/16 | O. Harmon | 0.10 | 13.00 | Call with Equipment Pro. Inc re duplicate service. |
| 08/10/16 | O. Harmon | 0.10 | 13.00 | Review mailing matrix re Equipment Pro. Inc. |
| 08/12/16 | E. Edelman | 0.20 | 48.00 | Review case management order re notice and objections. |
| 08/12/16 | R. Engel | 0.20 | 115.00 | Review and comment on status and action memo. |
| 08/12/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/15/16 | R. Engel | 0.20 | 115.00 | Review and comment upon status and action memo. |
| 08/15/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/16/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/17/16 | R. Engel | 0.20 | 115.00 | Review debtor memo of status to upcoming action items. |
| 08/17/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/18/16 | E. Edelman | 0.20 | 48.00 | Review status report and upcoming deadlines. |
| 08/18/16 | R. Engel | 0.20 | 115.00 | Receipt and review of status and action memo. |
| 08/18/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/19/16 | E. Edelman | 0.40 | 96.00 | Conference with R. Engel re upcoming deadlines and outstanding tasks. |
| 08/19/16 | R. Engel | 0.20 | 115.00 | Receipt and review of action memo on upcoming matters. |
| 08/22/16 | E. Edelman | 0.30 | 72.00 | Call with R. Engel re case status and upcoming deadlines. |
| 08/22/16 | R. Engel | 0.20 | 115.00 | Receipt and review of status and action memo. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/22/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/22/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to email from DLA re Certificate of No Objection. |
| 08/22/16 | C. Schlomann | 0.10 | 45.50 | Review daily status memo. |
| 08/23/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/23/16 | C. Schlomann | 0.10 | 45.50 | Review daily status memo. |
| 08/24/16 | E. Edelman | 1.80 | 432.00 | Correspondence and phone calls with Court Deputy, D. Avraham, and S. Williams-Umstead re outstanding proposed orders for various matters and ensure uploading thereof. |
| 08/24/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/24/16 | O. Harmon | 0.20 | 26.00 | Conference with E. Edelman re call with Annette at Bankruptcy Court re proposed orders. |
| 08/25/16 | E. Edelman | 0.50 | 120.00 | Correspondence with Court Deputy and D. Avraham re various proposed orders and their entry. |
| 08/25/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/26/16 | E. Edelman | 0.70 | 168.00 | Correspondence with the Court clerk, D. Avraham, and S. Williams-Umstead re various proposed orders requiring entry. |
| 08/26/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 08/31/16 | R. Engel | 0.40 | 230.00 | Correspondence regarding quarterly fees and payment. |
| 08/31/16 | O. Harmon | 0.20 | 26.00 | Review motion and certificate of service for service requirements. |
| 08/31/16 | C. Schlomann | 0.10 | 45.50 | Review and forward email from US Trustee's office re unpaid quarterly fees. |
| 08/31/16 | C. Schlomann | 0.10 | 45.50 | Review and forward request from Foulston Siefkin re waiver of conflict. |
| 08/31/16 | C. Schlomann | 0.30 | 136.50 | Review copy of debit memo for cashier's check to pay US Trustee fees and email to client and DLA re same. |
| 08/31/16 | C. Schlomann | 0.10 | 45.50 | Telephone call to US Trustee re information required to track payment. |
| | Sub Total Task B110 | 21.60 | 7,205.00 | |

***B130 - Asset Disposition***

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/03/16 | R. Engel | 0.30 | 172.50 | Receipt and review lien perfection of ICM and Schaedles Enterprises. |
| 08/10/16 | R. Engel | 0.10 | 57.50 | Call from representative of Patrick Development-a potential bidder. |
| 08/10/16 | R. Engel | 0.30 | 172.50 | Correspondence re interested bidder, Patrick Development. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/10/16 | R. Engel | 0.70 | 402.50 | Conference with counsel to Patrick Development re potential purchase. |
| 08/12/16 | R. Engel | 0.50 | 287.50 | Correspondence for party intended in water right. |
| 08/31/16 | R. Engel | 0.60 | 345.00 | Conference call regarding disposition of facility. |
| | Sub Total Task B130 | 2.50 | 1,437.50 | |

**B150 - Meetings of and Communications with Creditors**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/16 | R. Engel | 0.20 | 115.00 | Correspondence from C. Schlomann re Pioneer payments. |
| 08/01/16 | C. Schlomann | 0.30 | 136.50 | Telephone call from Garrison Minerals re notices received and status. |
| 08/01/16 | C. Schlomann | 0.10 | 45.50 | Email to client re status of payment to Pioneer Electric. |
| 08/01/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with E. Nazar re status of payment. |
| 08/01/16 | C. Schlomann | 0.20 | 91.00 | Exchange emails with client and E. Nazar re wire confirmation. |
| 08/02/16 | C. Schlomann | 0.20 | 91.00 | Review emails re Pioneer Electric payment and traces on wire. |
| 08/03/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with counsel for Unsecured Creditor's Committee re Agenda for August 8th hearing. |
| 08/10/16 | C. Schlomann | 0.20 | 91.00 | Exchange email re consent to hearing date from US Trustee, Unsecured Creditors Committed and Creditors. |
| 08/31/16 | R. Engel | 0.20 | 115.00 | Correspondence with party claiming to be supplier. |
| | Sub Total Task B150 | 1.80 | 867.00 | |

**B160 - Fee/Employment Applications**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/16 | E. Edelman | 1.70 | 408.00 | Prepare first and second monthly fee applications. |
| 08/02/16 | E. Edelman | 0.50 | 120.00 | Research and analyze local rules and guidelines re retention and fee applications. |
| 08/02/16 | E. Edelman | 0.30 | 72.00 | Emails and phone calls to and from C. Schlomann re fee applications and local rules. |
| 08/02/16 | E. Edelman | 2.20 | 528.00 | Revise first and second monthly fee applications. |
| 08/02/16 | C. Schlomann | 1.30 | 591.50 | Review and revise second application for fees and expenses. |
| 08/03/16 | E. Edelman | 0.20 | 48.00 | Emails to and from C. Schlomann re fee applications. |
| 08/03/16 | E. Edelman | 0.30 | 72.00 | Review local rules re fee applications and hearings. |
| 08/03/16 | O. Harmon | 0.10 | 13.00 | Call with E. Edelman re Certificate of Service. |
| 08/03/16 | O. Harmon | 0.10 | 13.00 | Draft Certificate of Service for DLA Fee Application. |
| 08/03/16 | O. Harmon | 0.20 | 26.00 | Email to and from E. Edelman re Certificate of Service for |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | DLA Fee Application. |
| 08/03/16 | O. Harmon | 0.20 | 26.00 | Conference with E. Edelman re Fee Application, Certificate of Service and Objection Notice. |
| 08/03/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to E. Edelman email re DLA Fee Application. |
| 08/04/16 | C. Schlomann | 0.10 | 45.50 | Review Certificate of Service for DLA Fee Applications. |
| 08/04/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with courtroom deputy re Certificate of Service re DLA Fee applications. |
| 08/04/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with O. Harmon re Certificate of Service for DLA Fee Applications. |
| 08/04/16 | C. Schlomann | 0.30 | 136.50 | Draft Amended Notice of Objection Deadline for DLA Fee Applications. |
| 08/05/16 | E. Edelman | 1.30 | 312.00 | Finalize first and second monthly fee statements, notices and proposed orders. |
| 08/05/16 | E. Edelman | 0.20 | 48.00 | Emails to and from C. Schlomann and R. Engel re monthly fee statement filing. |
| 08/05/16 | C. Schlomann | 0.80 | 364.00 | Review and revise First Monthly Fee application, Fee Statement and Notice. |
| 08/05/16 | C. Schlomann | 0.10 | 45.50 | Email fee applications to client re view and comment. |
| 08/05/16 | C. Schlomann | 0.10 | 45.50 | Forward revised fee applications to E. Edelman with comments. |
| 08/08/16 | E. Edelman | 0.30 | 72.00 | Prepare monthly fee statement for July. |
| 08/08/16 | E. Edelman | 1.30 | 312.00 | Finalize, review, and prepare for filing first and second monthly fee statements, notices, and proposed orders. |
| 08/08/16 | S. Williams-Umstead | 0.30 | 34.50 | Finalize and file First Application for Compensation for Armstrong Teasdale and Notice of Objection Deadline. |
| 08/08/16 | S. Williams-Umstead | 0.30 | 34.50 | Finalize and file Second Application for Compensation for Armstrong Teasdale and Notice of Objection Deadline. |
| 08/08/16 | S. Williams-Umstead | 1.00 | 115.00 | Serve First and Second Fee Application and Notices of Objection Deadlines on mailing matrix recipients. |
| 08/16/16 | E. Edelman | 0.10 | 24.00 | Emails to and from D. Avraham re DLA fee applications. |
| 08/17/16 | E. Edelman | 1.00 | 240.00 | Revise DLA's fee statements for local rule compliance and prepare for filing. |
| 08/17/16 | O. Harmon | 0.20 | 26.00 | Email to and from E. Edelman re Fee Application service. |
| 08/17/16 | O. Harmon | 0.20 | 26.00 | Coordinate service of fee application. |
| 08/17/16 | C. Schlomann | 0.20 | 91.00 | Review and revise DLA Third Application for Fees. |
| 08/17/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with E. Edelman re changes to DLA Application for Fees and filing same. |
| 08/17/16 | S. Williams-Umstead | 0.50 | 57.50 | Finalize DLA Piper Fee Application and proposed Order and file with the court. |
| 08/22/16 | O. Harmon | 0.10 | 13.00 | Call with E. Edelman re proposed order for DLA fee |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | application. |
| 08/22/16 | C. Schlomann | 0.10 | 45.50 | Email Case Management Order to US Trustee with explanation as to 14 day objection period for fee applications rather than 21 days. |
| 08/22/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with US Trustee re objection deadlines and form of notice. |
| 08/22/16 | C. Schlomann | 0.10 | 45.50 | Instruct E. Edelman re US Trustee's request re form of Notice for Fee Applications. |
| 08/23/16 | E. Edelman | 0.10 | 24.00 | Phone call with C. Schlomann re US Trustee requirements for fee applications. |
| 08/24/16 | E. Edelman | 0.50 | 120.00 | Prepare third monthly fee application for Armstrong. |
| 08/24/16 | S. Williams-Umstead | 0.20 | 23.00 | Finalize and re-upload Orders to the court approving DLA 1st and 2nd fee applications. |
| 08/30/16 | E. Edelman | 0.20 | 48.00 | Emails to and from D. Avraham re entered fee orders. |
| 08/31/16 | E. Edelman | 0.30 | 72.00 | Prepare Armstrong Teasdale's third monthly fee statement. |
| | Sub Total Task B160 | 17.80 | 4,702.00 | |

*B190 - Other Contested Matters (excluding assumption/rejection motions)*

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/02/16 | R. Engel | 0.20 | 115.00 | Receipt and review of notice of lien-Decker. |
| 08/05/16 | E. Edelman | 0.20 | 48.00 | Review adversary complaint filed by Decker. |
| 08/10/16 | E. Edelman | 0.50 | 120.00 | Review, revise, and prepare for filing proposed order re insurance motion. |
| 08/10/16 | C. Schlomann | 0.10 | 45.50 | Review proposed final order re payment of insurance premiums. |
| 08/10/16 | C. Schlomann | 0.10 | 45.50 | Exchange email with E. Edelman re changes to insurance motion final order. |
| 08/17/16 | E. Edelman | 0.20 | 48.00 | Review new adversary complaints filed. |
| 08/17/16 | O. Harmon | 0.30 | 39.00 | Retrieve and review three new complaints filed. |
| 08/17/16 | O. Harmon | 0.20 | 26.00 | Email to and from R. Engel re new complaints. |
| 08/18/16 | R. Engel | 0.10 | 57.50 | Receipt of lien perfection from Elliot Electricity. |
| 08/19/16 | R. Engel | 0.40 | 230.00 | Correspondence regarding status of mechanics lien lawsuits. |
| 08/19/16 | R. Engel | 0.20 | 115.00 | Review notice of perfection of lien filed by Maine Automation. |
| 08/19/16 | O. Harmon | 1.50 | 195.00 | Draft Case Memos for each Adversary Proceeding. |
| 08/19/16 | O. Harmon | 0.10 | 13.00 | Email to R. Engel, C. Schlomann, E. Edelman re Adversary Proceeding Memos. |
| 08/21/16 | R. Engel | 0.30 | 172.50 | Receipt and review of complaint filed by Black Diamond |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

October 25, 2016  
Invoice No.  2058268  
File No.  35943 / 1

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Industrial and attachments. |
| 08/21/16 | R. Engel | 0.20 | 115.00 | Receipt and review of complaint and attachments filed by Sulzer Properties. |
| 08/21/16 | R. Engel | 0.20 | 115.00 | Receipt and review of complaint and attachments filed by TransGlobal Energy. |
| 08/24/16 | O. Harmon | 0.40 | 52.00 | Review Adversary Docket and revise memo accordingly. |
| 08/25/16 | E. Edelman | 0.10 | 24.00 | Email to and from D. Avraham re extension to respond to adversary complaint. |
| 08/30/16 | E. Edelman | 1.90 | 456.00 | Draft consent motion and proposed order re extension to respond to Brahma's adversary complaint and email the same to R. Griffin. |
| 08/30/16 | C. Schlomann | 0.10 | 45.50 | Review Consent Motion for Extension of Time to Respond to Brahma adversary complaint. |
| 08/31/16 | E. Edelman | 1.20 | 288.00 | Draft and finalize consent motion and proposed order re extension of time to respond to Brahma's adversary complaint. |
| 08/31/16 | C. Schlomann | 0.10 | 45.50 | Review proposed order re Brahma extension to respond and email E. Edelman re same. |
| 08/31/16 | C. Schlomann | 0.30 | 136.50 | Telephone call to courtroom deputy re scheduling Brahma and other adversaries for status conference on September 12. |
| 08/31/16 | S. Williams-Umstead | 0.30 | 34.50 | Finalize and file Motion for Extension of Time to Respond to Brahma adversary and Order. |
| | Sub Total Task B190 | 9.20 | 2,582.00 | |

**B195  - *Non-Working Travel***

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 08/08/16 | C. Schlomann | 6.00 | 2730.00 | Travel to Wichita for Omnibus hearing and return. |
| 08/25/16 | J. McClelland | 6.00 | 3270.00 | Travel to and from Wichita, Kansas for hearing on Key Employee Retention. |
| | Sub Total Task B195 | 12.00 | 6,000.00 | |

**B210  - *Business Operations***

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 08/04/16 | C. Schlomann | 0.30 | 136.50 | Prepare email re conversation with US Trustee and need to provide supplemental information and attach MOR form from US Trustee website. |
| 08/05/16 | C. Schlomann | 0.30 | 136.50 | Review Monthly Operating Report Summaries prepared by client for March 23 to May 31, 2016. |
| 08/22/16 | E. Edelman | 0.10 | 24.00 | Correspondence to and from D. Avraham re MORs. |
| 08/22/16 | E. Edelman | 0.40 | 96.00 | Correspondence with US Trustee's office and D. Avraham re extension to file MORs. |
| 08/22/16 | E. Edelman | 0.10 | 24.00 | Phone call with C. Schlomann re MORs. |
| 08/22/16 | O. Harmon | 0.20 | 26.00 | Calls with E. Edelman re MOR. |
| 08/22/16 | C. Schlomann | 0.30 | 136.50 | Exchange email with E. Edelman re forms for Monthly Report and check US Trustee website for Excel format. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/23/16 | E. Edelman | 0.20 | 48.00 | Phone call with the US Trustee's office re MOR filing format. |
| 08/25/16 | E. Edelman | 0.10 | 24.00 | Review MORs and ensure filing. |
| 08/25/16 | O. Harmon | 0.30 | 39.00 | Emails and call with E. Edelman re MOR. |
| 08/25/16 | O. Harmon | 0.10 | 13.00 | Review MOR. |
| 08/25/16 | O. Harmon | 0.20 | 26.00 | Email to and from S. Williams re MOR filing. |
| | Sub Total Task B210 | 2.60 | 729.50 | |

**B220 - Employee Benefits/Pensions**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/08/16 | E. Edelman | 0.20 | 48.00 | Emails to and from C. Schlomann and D. Avraham re motion to expedite KERP motion. |
| 08/08/16 | R. Engel | 0.50 | 287.50 | Correspondence re proposed KERP motion and potential motion to expedite hearing. |
| 08/08/16 | C. Schlomann | 0.10 | 45.50 | Exchange email with DLA re KERP hearing. |
| 08/08/16 | C. Schlomann | 0.20 | 91.00 | Telephone conferences with court room deputy re possible hearing date for KERP motion. |
| 08/08/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA re possible hearing dates for KERP motion. |
| 08/09/16 | E. Edelman | 0.10 | 24.00 | Email to and from D. Avraham re KERP motion. |
| 08/10/16 | E. Edelman | 0.50 | 120.00 | Review and revise KERP Motion and proposed order. |
| 08/10/16 | E. Edelman | 2.20 | 528.00 | Draft and revise motion to expedite and proposed order re KERP motion hearing. |
| 08/10/16 | E. Edelman | 0.40 | 96.00 | Emails to and from C. Schlomann, D. Avraham, and S. Williams-Umstead re KEIP and KERP filing. |
| 08/10/16 | R. Engel | 0.50 | 287.50 | Review and comment on proposed Expedited Motion to Approve KERP. |
| 08/10/16 | R. Engel | 0.30 | 172.50 | Participate in status call re KEIP, KERP and other upcoming matters. |
| 08/10/16 | R. Engel | 0.20 | 115.00 | Review and comment on Motion to Expedite hearing on KERP. |
| 08/10/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with US Trustee re expedited hearing date for Key Employee Retention Plan motion. |
| 08/10/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA re US Trustee consent to expedited hearing. |
| 08/11/16 | E. Edelman | 1.50 | 360.00 | Review, revise, and prepare for filing the KEIP motion, KERP motion, proposed orders, and motion to expedite. |
| 08/11/16 | R. Engel | 0.80 | 460.00 | Receipt, review and comment on KERP motion and order. |
| 08/11/16 | R. Engel | 0.20 | 115.00 | Review and comment on motion to expedite KEIP motion and proposed order. |
| 08/11/16 | R. Engel | 0.20 | 115.00 | Review and comment on motion to expedite KERP motion |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | and proposed order. |
| 08/11/16 | R. Engel | 0.70 | 402.50 | Receipt, review and comment on ABBK KEIP motion and order. |
| 08/11/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to court to confirm KERP hearing on August 25. |
| 08/11/16 | S. Williams-Umstead | 0.50 | 57.50 | Finalize and file Key Employee Retention Plan and Key Employee Incentive Plan. |
| 08/12/16 | E. Edelman | 0.20 | 48.00 | Emails to and from D. Avraham and C. Schlomann re KEIP hearing. |
| 08/12/16 | E. Edelman | 1.00 | 240.00 | Draft notice of hearing/objection and amended notice for KEIP motion. |
| 08/12/16 | R. Engel | 0.60 | 345.00 | Numerous correspondence re effectuating KERP and KEIP motions. |
| 08/12/16 | O. Harmon | 0.10 | 13.00 | Email from D. Avraham re KERP Objection Notice. |
| 08/12/16 | C. Schlomann | 0.10 | 45.50 | Email to E. Edelman re Notice. |
| 08/12/16 | C. Schlomann | 0.10 | 45.50 | Review E. Edelman further revisions to Notice. |
| 08/12/16 | C. Schlomann | 0.10 | 45.50 | Review DLA comments re Notice. |
| 08/12/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with E. Edelman re DLA requested changes to Notice. |
| 08/12/16 | C. Schlomann | 0.10 | 45.50 | Review revised Notice. |
| 08/12/16 | C. Schlomann | 0.20 | 91.00 | Review Notice of Hearing and Objection Deadline and revise same. |
| 08/18/16 | R. Engel | 0.20 | 115.00 | Correspondence re hearing on KERP. |
| 08/23/16 | E. Edelman | 0.90 | 216.00 | Draft amended notice of objection date for the KEIP and correspondence with D. Avraham re same. |
| 08/24/16 | J. McClelland | 0.50 | 272.50 | Review KERP Motion in preparation for attending hearing on August 25. |
| 08/25/16 | E. Edelman | 0.20 | 48.00 | Emails to and from D. Avraham and S. Williams-Umstead re KERP proposed order. |
| 08/25/16 | J. McClelland | 0.40 | 218.00 | Attend Hearing on Expedited Motion for Key Employee Retention. |
| | Sub Total Task B220 | 14.50 | 5,432.00 | |
| ***B300 - Claims and Plan*** | | | | |
| 08/26/16 | S. Williams-Umstead | 0.10 | 11.50 | Re-upload order to the court on Bar Date. |
| 08/29/16 | E. Edelman | 0.60 | 144.00 | Revise and prepare for submitting proposed order re exclusivity motion and removal motion. |
| 08/30/16 | O. Harmon | 0.20 | 26.00 | Review bar date order. |
| 08/31/16 | E. Edelman | 0.20 | 48.00 | Review emails between K. Edelman, D. Avraham, and O. Harmon re bar date order. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/31/16 | R. Engel | 0.40 | 230.00 | Correspondence regarding pleadings setting bar date. |
| 08/31/16 | O. Harmon | 0.50 | 65.00 | Emails to and from D. Avraham and E. Edelman re Bar Motion Order and Claim Forms. |
| | Sub Total Task B300 | 2.00 | 524.50 | |

**B310 - Claims Administration and Objections**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/31/16 | R. Engel | 0.20 | 115.00 | Correspondence with counsel to creditors regarding conflict issue. |
| | Sub Total Task B310 | 0.20 | 115.00 | |
| | Total Hours: | 84.20 | | |

Total Services                29,594.50

**Disbursements Summary**

| Date | Cost | Amount |
|---|---|---|
| **E101  - Copying** | | |
| 08/01/16 | Digital Reproductions - User: 1090, 16 pages | 2.24 |
| 08/02/16 | Digital Reproductions - User: 0195, 45 pages | 6.30 |
| 08/03/16 | Digital Reproductions - User: 0195, 14 pages | 1.96 |
| 08/04/16 | Digital Reproductions - User: 0195, 11,924 pages | 1,669.36 |
| 08/05/16 | Digital Reproductions - User: 10408, 2,139 pages | 299.46 |
| 08/08/16 | Digital Reproductions - User: 10408, 15,528 pages | 2,173.92 |
| 08/11/16 | Digital Reproductions - User: 10408, 103 pages | 14.42 |
| 08/12/16 | Digital Reproductions - User: 0195, 17 pages | 2.38 |
| 08/17/16 | Digital Reproductions - User: 0195, 61 pages | 8.54 |
| 08/22/16 | Digital Reproductions - User: 10408, 2 pages | 0.28 |
| 08/23/16 | Digital Reproductions - User: 0195, 42 pages | 5.88 |
| 08/25/16 | Digital Reproductions - User: 10408, 28 pages | 3.92 |
| 08/26/16 | Digital Reproductions - User: 10408, 1 page | 0.14 |
| 08/29/16 | Digital Reproductions - User: 10408, 15 pages | 2.10 |



Armstrong Teasdale

7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

October 25, 2016  
Invoice No. 2058268  
File No. 35943 / 1

| Disbursements Summary | | |
|---|---|---|
| **Date** | **Cost** | **Amount** |
| 08/31/16 | Digital Reproductions - User: 10408, 5 pages | 0.70 |
| | Sub Total E101 | 4,191.60 |
| **E108 - Postage** | | |
| 08/04/16 | Postage - | 564.82 |
| | Sub Total E108 | 564.82 |
| **E110 - Out-of-Town Travel** | | |
| 08/08/16 | Travel Expense - VENDOR: Christine L. Schlomann; INVOICE#: WICHITA_08/08/16; DATE: 8/8/2016:Mileage,Parking,TollFees | 206.90 |
| | Sub Total E110 | 206.90 |
| **E118 - Litigation Support Vendors** | | |
| 08/26/16 | Legal Technology Services - Lawgical Choice; Invoice: 2039849 | 1,626.96 |
| | Sub Total E118 | 1,626.96 |
| | Total Disbursements | 6,590.28 |
| | **Matter Total** | **36,184.78** |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  October 25, 2016
Abengoa Bioenergy Biomass of Kansas, LLC  Invoice No. 2058268
16150 Main Circle Drive  File No. 35943 / 1
Suite 300
Chesterfield, MO 63017

| Attorney/Paralegal Summary | | | |
|---|---|---|---|
| **Name** | **Rate** | **Hours** | **Amount** |
| S. Williams-Umstead | 115.00 | 3.30 | 379.50 |
| O. Harmon | 130.00 | 10.60 | 1,378.00 |
| E. Edelman | 240.00 | 29.50 | 7,080.00 |
| C. Schlomann | 455.00 | 20.80 | 9,464.00 |
| J. McClelland | 545.00 | 6.90 | 3,760.50 |
| R. Engel | 575.00 | 13.10 | 7,532.50 |
| **Total** | | **84.20** | **29,594.50** |