

7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

November 30, 2016
Invoice No. 2068816
File No. 35943

*Questions about your account?  Contact us at
accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

# REMITTANCE COPY
### Please return with payment

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 1 | Bankruptcy Representation | 17,185.00 | 5,648.76 | 22,833.76 |
|   | **TOTAL AMOUNT DUE:** |   |   | **22,833.76** |

### ** PAYMENT IS DUE UPON RECEIPT **

**Please Remit Payment To:**
ARMSTRONG TEASDALE LLP
Department Number 478150
P.O. Box 790100
St. Louis, MO  63179-9933



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

November 30, 2016
Invoice No. 2068816
File No. 35943

*Questions about your account?  Contact us at
accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

SUMMARY OF INVOICE # 2068816

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2016

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 1 | Bankruptcy Representation | 17,185.00 | 5,648.76 | 22,833.76 |
| | **TOTAL AMOUNT DUE** | | | **22,833.76** |

** PAYMENT IS DUE UPON RECEIPT **



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068816  
File No. 35943 / 1  

## 1 - BANKRUPTCY REPRESENTATION

FOR SERVICES RENDERED THROUGH SEPTEMBER 30, 2016:

### Fee Summary

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| *B110 - Case Administration* | | | | |
| 09/01/16 | E. Edelman | 0.50 | 120.00 | Review docket and draft agenda for Sept. 12 hearing . |
| 09/01/16 | E. Edelman | 0.30 | 72.00 | Review entered orders and send to J. Bland. |
| 09/01/16 | R. Engel | 0.80 | 460.00 | Prepare for and participate in daily status and action call. |
| 09/01/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/02/16 | E. Edelman | 0.20 | 48.00 | Confer with C. Schlomann re Sept. 12 hearing. |
| 09/02/16 | E. Edelman | 1.80 | 432.00 | Draft agenda for Sept. 12 hearing and prepare for filing. |
| 09/02/16 | R. Engel | 0.30 | 172.50 | Review and comment upon notice of agenda. |
| 09/02/16 | C. Schlomann | 0.20 | 91.00 | Review draft agenda for September 12 hearing and respond to E. Edelman email re same. |
| 09/02/16 | C. Schlomann | 0.10 | 45.50 | Telephone call from counsel for Ocean Park re Agenda for September 12 hearing. |
| 09/02/16 | C. Schlomann | 0.10 | 45.50 | Telephone call to courtroom deputy re September 12 Agenda. |
| 09/07/16 | R. Engel | 0.20 | 115.00 | Receipt and review of action items. |
| 09/07/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/08/16 | E. Edelman | 0.20 | 48.00 | Revise agenda for Sept. 12 hearing. |
| 09/08/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/08/16 | C. Schlomann | 0.20 | 91.00 | Review revised Agenda. |
| 09/08/16 | C. Schlomann | 0.10 | 45.50 | Review Amended Agenda and email to E. Edelman re same. |
| 09/12/16 | C. Schlomann | 1.00 | 455.00 | Attend Omnibus Hearing. |
| 09/14/16 | E. Edelman | 0.20 | 48.00 | Review status memo and upcoming deadlines. |
| 09/14/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

November 30, 2016  
Invoice No. 2068816  
File No. 35943 / 1

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 09/15/16 | R. Engel | 0.20 | 115.00 | Receipt and review of report on action list. |
| 09/15/16 | R. Engel | 0.20 | 115.00 | Conference call with client re status. |
| 09/15/16 | O. Harmon | 0.20 | 26.00 | Review of daily status memo. |
| 09/19/16 | E. Edelman | 0.10 | 24.00 | Review status memorandum re upcoming filings and deadlines. |
| 09/19/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/20/16 | E. Edelman | 0.10 | 24.00 | Review upcoming deadlines and status of various matters. |
| 09/20/16 | O. Harmon | 0.20 | 26.00 | Review of daily status memo. |
| 09/20/16 | O. Harmon | 0.20 | 26.00 | Review filed order and calendar date. |
| 09/21/16 | O. Harmon | 0.20 | 26.00 | Review of daily status memo. |
| 09/22/16 | R. Engel | 0.50 | 287.50 | Participate in conference call re case status. |
| 09/22/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/22/16 | C. Schlomann | 0.10 | 45.50 | Review daily status report. |
| 09/23/16 | E. Edelman | 0.10 | 24.00 | Review status memo and upcoming deadlines. |
| 09/23/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/23/16 | C. Schlomann | 0.20 | 91.00 | Review daily status memo. |
| 09/26/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/26/16 | C. Schlomann | 0.10 | 45.50 | Review daily status memo. |
| 09/27/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/28/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/29/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 09/29/16 | C. Schlomann | 0.10 | 45.50 | Review daily status memo. |
| | Sub Total Task B110 | 10.90 | 3,496.00 | |

**B130 - Asset Disposition**

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 09/12/16 | R. Engel | 0.30 | 172.50 | Conference call re status of sale options and results of hearing today. |
| 09/15/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to email from counsel for potential |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068816  
File No. 35943 / 1  

|  |  |  |  | purchaser re September 12 hearing. |
|---|---|---|---|---|
|  | Sub Total Task B130 | 0.40 | 218.00 |  |
| **B160** | **- Fee/Employment Applications** |  |  |  |
| 09/07/16 | E. Edelman | 0.10 | 24.00 | Prepare monthly fee statement for June. |
| 09/08/16 | C. Schlomann | 0.10 | 45.50 | Review Notice from Court re "mooted" Order granting DLA Third Application for Fees. |
| 09/08/16 | C. Schlomann | 0.10 | 45.50 | Telephone call to court clerk re Notice of Mooted Order. |
| 09/13/16 | E. Edelman | 0.10 | 24.00 | Email to and from D. Avraham re DLA fee statements. |
| 09/14/16 | E. Edelman | 0.10 | 24.00 | Email to S. Williams-Umstead re DLA fee statements. |
| 09/14/16 | E. Edelman | 0.10 | 24.00 | Review email from J. Bland re Ocean Park retention order. |
| 09/14/16 | O. Harmon | 0.30 | 39.00 | Email to and from J. Bland re application and order to employ. |
| 09/15/16 | E. Edelman | 1.50 | 360.00 | Review and revise DLA's fee applications for local rule compliance and prepare for filing. |
| 09/15/16 | E. Edelman | 1.40 | 336.00 | Prepare Armstrong Teasdale's third monthly fee statement. |
| 09/15/16 | C. Schlomann | 0.30 | 136.50 | Review DLA Application for monthly and interim fees and instruct paralegal re filing same. |
| 09/15/16 | S. Williams-Umstead | 0.70 | 80.50 | Finalize and file DLA's Fourth Monthly Application for Compensation and DLA's Interim Application for Compensation with the Court. |
| 09/16/16 | E. Edelman | 1.00 | 240.00 | Review and finalize Armstrong's third monthly fee statement for filing. |
| 09/16/16 | O. Harmon | 0.20 | 26.00 | Conference with E. Edelman re service of DLA and AT filing. |
| 09/16/16 | S. Williams-Umstead | 0.40 | 46.00 | Finalize and file Third Monthly Armstrong Teasdale fee application and Notice of Objection Deadline. |
| 09/23/16 | C. Schlomann | 0.10 | 45.50 | Exchange email with E. Edelman re Application for Fees. |
| 09/23/16 | C. Schlomann | 0.10 | 45.50 | Email to US Trustee re rate for travel. |
| 09/26/16 | E. Edelman | 0.10 | 24.00 | Emails to and from C. Schlomann re future fee applications. |
| 09/26/16 | C. Schlomann | 0.10 | 45.50 | Review US Trustee's comments re Fee Application and Order and forward same to E. Edelman. |
| 09/27/16 | E. Edelman | 0.20 | 48.00 | Review DLA monthly fee application proposed order for local rule compliance. |
|  | Sub Total Task B160 | 7.00 | 1,659.50 |  |
| **B190** | **- Other Contested Matters (excluding assumption/rejection motions)** |  |  |  |
| 09/01/16 | E. Edelman | 0.40 | 96.00 | Correspondence to and from S. Woods and S. Williams-Umstead re proposed order for motion for extension of time and ensure the re-upload of the same. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

November 30, 2016  
Invoice No. 2068816  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/01/16 | S. Williams-Umstead | 0.10 | 11.50 | Finalize and upload revised Order Granting Consent Motion for Extension of Time to Respond to Brahma Adversary Complaint. |
| 09/06/16 | E. Edelman | 0.60 | 144.00 | Review and file consent motion for extension of time to respond to Decker's adversary complaint. |
| 09/06/16 | E. Edelman | 0.20 | 48.00 | Correspondence with W. Sorensen re extension of time to respond to Decker's complaint. |
| 09/06/16 | E. Edelman | 0.90 | 216.00 | Draft motion and proposed order re extension of time to respond to Decker's complaint. |
| 09/06/16 | C. Schlomann | 0.10 | 45.50 | Review proposed motion for extension of time to respond and order and email to E. Edelman re same. |
| 09/07/16 | S. Williams-Umstead | 0.20 | 23.00 | Revise and upload Order to Extend Time to Fille Answer to Decker Complaint. |
| 09/09/16 | E. Edelman | 1.00 | 240.00 | Review complaint and prepare documents for notice of removal of Stevens County litigation to federal court. |
| 09/09/16 | O. Harmon | 0.20 | 26.00 | Conference wtih E. Edelman re removal filing. |
| 09/09/16 | O. Harmon | 0.30 | 39.00 | Emails to and from re removal of State Court case. |
| 09/09/16 | C. Schlomann | 0.50 | 227.50 | Work with paralegal re preparation of and filing Notice of Removal and related filings. |
| 09/09/16 | S. Williams-Umstead | 4.00 | 460.00 | Prepare Kansas District Court Civil Cover Sheet and Attachment sheets, Designation of Place of Trial, Stevens County Notice of Removal to the United States District Court for removal of Brahma mechanic lien case from Stevens County to Kansas District Court and file with the Courts. |
| 09/12/16 | C. Schlomann | 0.50 | 227.50 | Work with clerk of the Bankruptcy Court and District Court re issues re referral of removed state court case to Bankruptcy Court. |
| 09/13/16 | C. Schlomann | 0.80 | 364.00 | Legal research re dismissal of removal case. |
| 09/13/16 | C. Schlomann | 0.50 | 227.50 | Draft Motion to Dismiss. |
| 09/13/16 | C. Schlomann | 0.20 | 91.00 | Work with paralegal re withdrawing Notice of Removal from state court. |
| 09/13/16 | C. Schlomann | 0.20 | 91.00 | Telephone call with D. Avraham re refiling Notice of Removal. |
| 09/13/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with courtroom deputy re re-filing removal in Bankruptcy Court. |
| 09/13/16 | C. Schlomann | 0.10 | 45.50 | Review Courtroom Minute Sheet re Decker Electric. |
| 09/13/16 | C. Schlomann | 1.50 | 682.50 | Drafting Motion to Refer District Court Case to Bankruptcy Court and Order of Referral. |
| 09/14/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to court clerk re filing removal in Bankruptcy Court. |
| 09/14/16 | C. Schlomann | 0.30 | 136.50 | Work with paralegal re preparation of Notice of Removal in Bankruptcy Court. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068816  
File No. 35943 / 1

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 09/14/16 | S. Williams-Umstead | 0.30 | 34.50 | Draft Dismissal of Notice of Removal in District Court of Kansas. |
| 09/15/16 | C. Schlomann | 0.30 | 136.50 | Identify contact for Foulston and request copies. |
| 09/15/16 | C. Schlomann | 0.60 | 273.00 | Work with paralegal re removal filing in Bankruptcy Court and telephone calls to courtroom deputy re same. |
| 09/15/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with court clerk re forms and process re removal filed with Bankrutpcy Court. |
| 09/16/16 | E. Edelman | 0.30 | 72.00 | Review adversary complaint filed by Cogent, Inc. |
| 09/16/16 | R. Engel | 0.30 | 172.50 | Receipt and review of mechanics lien complaint from Cogent. |
| 09/16/16 | O. Harmon | 0.30 | 39.00 | Review new complaint filed in case. |
| 09/16/16 | C. Schlomann | 0.30 | 136.50 | Telephone call with bankruptcy clerk re filing fo Removal. |
| 09/16/16 | C. Schlomann | 0.20 | 91.00 | Telephone call with W. Hoch re obtaining copies of state court pleadings. |
| 09/16/16 | C. Schlomann | 0.40 | 182.00 | Review state court pleadings received. |
| 09/16/16 | S. Williams-Umstead | 2.00 | 230.00 | Work with 200 Stevens County pleadings to prepare to be attached to Notice of Removal filing in Bankruptcy Court. |
| 09/16/16 | S. Williams-Umstead | 0.30 | 34.50 | Draft Notice of Filing to be filed in Bankruptcy court with the Stevens County removal. |
| 09/19/16 | C. Schlomann | 0.40 | 182.00 | Telephone conference with courtroom deputy re issues re filing Notice of Removal and work with paralegal re same. |
| 09/19/16 | S. Williams-Umstead | 2.00 | 230.00 | Prepare over 200 state court pleadings for filing as exhibit to Notice of Removal. |
| 09/20/16 | C. Schlomann | 0.40 | 182.00 | Work with paralegal re preparation of Notice of Removal and related filings. |
| 09/20/16 | C. Schlomann | 0.10 | 45.50 | Confirm with R. Engel entry of appearance for ABBK afffiliates in removed state court case. |
| 09/20/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with court clerk re fiing of removal notice and related pleadings. |
| 09/20/16 | S. Williams-Umstead | 3.00 | 345.00 | Continue work on preparations for filing for removal of state court case to bankruptcy case. |
| 09/21/16 | S. Williams-Umstead | 2.00 | 230.00 | Opening Adversary Case in the Kansas Bankruptcy Court and filing the removal of the Stevens County mechanics lien case. |
| 09/21/16 | S. Williams-Umstead | 0.30 | 34.50 | Prepare and file Dismissal of removal filed in the Kansas District Court. |
| 09/21/16 | S. Williams-Umstead | 0.40 | 46.00 | Prepare and file Notice of Filing Notice of Removal to the US Bankruptcy Court with the Stevens County District Court. |
| 09/21/16 | S. Williams-Umstead | 0.60 | 69.00 | File Notice of Filing of the Notice filed in Stevens County District Court in the Adversary Case opened for the removal of the mechanic's lien case, and mail out service. |
| 09/23/16 | E. Edelman | 0.20 | 48.00 | Review Kansas local rules re pro hac vice motions. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068816  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/23/16 | O. Harmon | 0.30 | 39.00 | Email to and from D. Avraham re pro hacs for adversaries. |
| 09/23/16 | O. Harmon | 0.40 | 52.00 | Conference with E. Edelman and R. Engel re Pro Hacs for adversaries. |
| 09/23/16 | O. Harmon | 0.20 | 26.00 | Call with Bankruptcy Court re Pro Hacs. |
| 09/26/16 | O. Harmon | 2.50 | 325.00 | Prepare pro hacs for V. Slusher, D. Avraham and R. Engel for all six adversary proceedings. |
| 09/27/16 | O. Harmon | 0.20 | 26.00 | Email to D. Avraham re Cogent Adversary. |
| 09/27/16 | O. Harmon | 0.40 | 52.00 | Emails to and from D. Avraham and V. Slusher re Pro Hacs for Adversaries. |
| 09/27/16 | O. Harmon | 0.40 | 52.00 | Draft additional pro hacs for adversaries. |
| 09/29/16 | O. Harmon | 0.20 | 26.00 | Conference with S. Williams -Umstead re filed removal. |
| 09/29/16 | C. Schlomann | 0.20 | 91.00 | Discussion with paralegal re consolidation of adversary cases and telephone call to E. Edelman re same. |
| 09/29/16 | S. Williams-Umstead | 0.60 | 69.00 | Finalize pro hac vice motions, affidavits and drafting orders for filing in 16-AP-5151. |
| 09/29/16 | S. Williams-Umstead | 0.60 | 69.00 | Finalize pro hac vice motions and affidavits for V. Slusher and D. Avraham and draft orders in adversary 16-AP-5117. |
| 09/30/16 | S. Williams-Umstead | 0.70 | 80.50 | Finalize pro hac vice motions and affidavits for V. Slusher and D. Avraham and draft orders and file in adversary 16-AP-5090. |
| 09/30/16 | S. Williams-Umstead | 0.70 | 80.50 | Finalize pro hac vice motions and affidavits for V. Slusher and D. Avraham, draft orders and filed with the Court in adversary 16-AP-5146. |
| 09/30/16 | S. Williams-Umstead | 0.70 | 80.50 | Finalize pro hac vice motions and affidavits for V. Slusher and D. Avraham, draft orders and file with the Court in adversary 16-AP-5104. |
| 09/30/16 | S. Williams-Umstead | 0.70 | 80.50 | Finalize pro hac vice motions and affidavits for V. Slusher and D. Avraham, draft orders and file with the Bankruptcy Court in adversary 16-AP-5116. |
| 09/30/16 | S. Williams-Umstead | 0.70 | 80.50 | Finalize pro hac vice motions and affidavits for V. Slusher and D. Avraham, draft orders and file with the Court in adversary 16-AP-5118. |
| | Sub Total Task B190 | 37.60 | 7,849.00 | |

**B195 - *Non-Working Travel***

| 09/12/16 | C. Schlomann | 6.00 | 1365.00 | (*Billed at 1/2 rate.) Travel to and from Wichita to Omnibus hearing. |
|---|---|---|---|---|
| | Sub Total Task B195 | 6.00 | 1,365.00 | |

**B210 - *Business Operations***

| 09/21/16 | E. Edelman | 0.10 | 24.00 | Analyze MORs to be filed today. |
|---|---|---|---|---|
| 09/21/16 | O. Harmon | 0.80 | 104.00 | Review and file MOR. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068816  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | Sub Total Task B210 | 0.90 | 128.00 | |
| **B300 - Claims and Plan** | | | | |
| 09/01/16 | E. Edelman | 0.30 | 72.00 | Phone call with Court Deputy re Amended Bar Date Order. |
| 09/01/16 | E. Edelman | 0.30 | 72.00 | Emails to and from O. Harmon, R. Engel, D. Avraham re Amended Bar Date order. |
| 09/01/16 | E. Edelman | 1.10 | 264.00 | Review and revise proposed Bar Date Order and ensure the Amended Bar Date order is uploaded and served. |
| 09/01/16 | R. Engel | 0.50 | 287.50 | Correspondence re bar date. |
| 09/01/16 | R. Engel | 0.40 | 230.00 | Review and comment upon issues concerning amended order re bar date. |
| 09/01/16 | R. Engel | 0.30 | 172.50 | Review and comment on publication notice of Bar Date. |
| 09/01/16 | O. Harmon | 3.00 | 390.00 | Review and revise Bar Notices for General, Administrative and Publishing Notices. |
| 09/01/16 | O. Harmon | 0.40 | 52.00 | Conference with E. Edelman re administration bar date correction and amended order. |
| 09/01/16 | O. Harmon | 0.30 | 39.00 | Emails with D. Avraham and A. Levin re Public Notice. |
| 09/08/16 | E. Edelman | 0.30 | 72.00 | Correspondence with C. Schlomann and D. Avraham re publication of bar notice. |
| 09/08/16 | C. Schlomann | 0.20 | 91.00 | Correspondence with Court re preferred means of filing proof of publication of Notice of Bar Date. |
| 09/08/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with E. Edelman re proof of publication of Notice of Claims Bar Date. |
| 09/23/16 | E. Edelman | 0.30 | 72.00 | Conference with C. Standlee re bar date. |
| 09/29/16 | E. Edelman | 0.80 | 192.00 | Confer with D. Avraham re motion to extend of intercompany proof of claim deadline and review draft thereof. |
| 09/30/16 | E. Edelman | 0.20 | 48.00 | Email to and from D. Avraham and S. Williams-Umstead re motion to extend deadline to file intercompany claims. |
| 09/30/16 | S. Williams-Umstead | 0.30 | 34.50 | Finalilze and file Consent Motion for an Order Pursuant to Section 105(a) of the Bankrutpcy Code Approving the Terms of the Stipulation Extending Time to File Intercompany Proofs of Claim and upload Order. |
| | Sub Total Task B300 | 8.80 | 2,134.00 | |
| **B310 - Claims Administration and Objections** | | | | |
| 09/07/16 | R. Engel | 0.30 | 172.50 | Correspondence from and to counsel for Mid-America Cattle. |
| 09/14/16 | C. Schlomann | 0.20 | 91.00 | Review and respond to email from creditor re proof of claim filing. |
| 09/22/16 | E. Edelman | 0.30 | 72.00 | Phone call with counsel for a creditor re proof of claim filing. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

November 30, 2016
Invoice No. 2068816
File No. 35943 / 1

| | | |
|---|---|---|
| Sub Total Task B310 | 0.80 | 335.50 |
| Total Hours: | 72.40 | |

Total Services  17,185.00

## Disbursements Summary

| Date | Cost | Amount |
|---|---|---|
| **E101 - Copying** | | |
| 09/01/16 | Digital Reproductions - User: 10667, 157 pages | 21.98 |
| 09/02/16 | Digital Reproductions - User: 0195, 5 pages | 0.70 |
| 09/08/16 | Digital Reproductions - User: 0195, 3 pages | 0.42 |
| 09/09/16 | Digital Reproductions - User: 10408, 52 pages | 7.28 |
| 09/13/16 | Digital Reproductions - User: 0195, 11 pages | 1.54 |
| 09/14/16 | Digital Reproductions - User: 10408, 42 pages | 5.88 |
| 09/15/16 | Digital Reproductions - User: 0195, 38 pages | 5.32 |
| 09/16/16 | Digital Reproductions - User: 10458, 7 pages | 0.98 |
| 09/19/16 | Digital Reproductions - User: 10408, 8 pages | 1.12 |
| 09/20/16 | Digital Reproductions - User: 10408, 31 pages | 4.34 |
| 09/21/16 | Digital Reproductions - User: 10408, 554 pages | 77.56 |
| 09/26/16 | Digital Reproductions - User: 10667, 1 page | 0.14 |
| 09/29/16 | Digital Reproductions - User: 10408, 3 pages | 0.42 |
| 09/30/16 | Digital Reproductions - User: 10408, 6 pages | 0.84 |
| | Sub Total E101 | 128.52 |
| **E108 - Postage** | | |
| 09/01/16 | Postage - 8 over seas mail - Mass mailin | 247.45 |
| 09/02/16 | Postage - 10 international | 100.05 |
| 09/16/16 | Postage - Mass Mailing for Olivai | 655.90 |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068816  
File No. 35943 / 1  

## Disbursements Summary

| Date | Cost | | Amount |
|---|---|---|---|
| | | Sub Total E108 | 1,003.40 |

**E110 - Out-of-Town Travel**

| Date | Cost | | Amount |
|---|---|---|---|
| 09/12/16 | Travel Expense - VENDOR: Christine L. Schlomann; INVOICE#: WICHITA_09/12/16; DATE: 9/12/2016;Mileage, parking, meals | | 207.90 |
| | | Sub Total E110 | 207.90 |

**E118 - Litigation Support Vendors**

| Date | Cost | | Amount |
|---|---|---|---|
| 09/27/16 | Legal Technology Services - Lawgical Choice; Invoice: 2048837 | | 4,308.94 |
| | | Sub Total E118 | 4,308.94 |
| | | **Total Disbursements** | 5,648.76 |
| | | **Matter Total** | **22,833.76** |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  November 30, 2016
Abengoa Bioenergy Biomass of Kansas, LLC  Invoice No. 2068816
16150 Main Circle Drive  File No. 35943 / 1
Suite 300
Chesterfield, MO 63017

| Attorney/Paralegal Summary | | | |
|---|---|---|---|
| **Name** | **Rate** | **Hours** | **Amount** |
| S. Williams-Umstead | 115.00 | 21.30 | 2,449.50 |
| O. Harmon | 130.00 | 13.40 | 1,742.00 |
| C. Schlomann | 227.50 | 6.00 | 1,365.00 |
| E. Edelman | 240.00 | 15.40 | 3,696.00 |
| C. Schlomann | 455.00 | 12.00 | 5,460.00 |
| R. Engel | 575.00 | 4.30 | 2,472.50 |
| **Total** | | **72.40** | **17,185.00** |