

7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.
Abengoa Bioenergy Biomass of Kansas, LLC
16150 Main Circle Drive
Suite 300
Chesterfield, MO 63017

November 30, 2016
Invoice No. 2068814
File No. 35943

*Questions about your account?  Contact us at
accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

# REMITTANCE COPY
**Please return with payment**

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 1 | Bankruptcy Representation | 24,485.50 | 15,051.58 | 39,537.08 |

**TOTAL AMOUNT DUE:**     39,537.08

**\*\* PAYMENT IS DUE UPON RECEIPT \*\***

**Please Remit Payment To:**
ARMSTRONG TEASDALE LLP
Department Number 478150
P.O. Box 790100
St. Louis, MO 63179-9933



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

November 30, 2016  
Invoice No. 2068814  
File No. 35943

*Questions about your account?  Contact us at*
*accountinginfo@ArmstrongTeasdale.com or 314.719.8270*

SUMMARY OF INVOICE # 2068814

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2016

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 1 | Bankruptcy Representation | 24,485.50 | 15,051.58 | 39,537.08 |
| | **TOTAL AMOUNT DUE** | | | 39,537.08 |

** PAYMENT IS DUE UPON RECEIPT **



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1  

## 1 - BANKRUPTCY REPRESENTATION

FOR SERVICES RENDERED THROUGH OCTOBER 31, 2016:

### Fee Summary

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| *B110 - Case Administration* | | | | |
| 10/03/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/04/16 | E. Edelman | 0.10 | 24.00 | Review status report for upcoming deadlines. |
| 10/04/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/04/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with E. Edelman re notice of motion. |
| 10/04/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to courtroom deputy re if objection deadline notice is sufficient. |
| 10/05/16 | R. Engel | 0.20 | 115.00 | Review action list memo and comment. |
| 10/05/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/06/16 | R. Engel | 0.30 | 172.50 | Receipt and review of status and action listing items. |
| 10/06/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/07/16 | O. Harmon | 0.20 | 26.00 | Review daily memo. |
| 10/07/16 | O. Harmon | 0.20 | 26.00 | Draft Pro Hac for R. Engel. |
| 10/07/16 | O. Harmon | 0.20 | 26.00 | Review pro hac for R. Engel. |
| 10/07/16 | O. Harmon | 0.10 | 13.00 | Email to R. Engel re pro hacs. |
| 10/10/16 | E. Edelman | 1.40 | 336.00 | Analyze docket and hearing minutes and prepare October 14th hearing agenda. |
| 10/10/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/10/16 | O. Harmon | 0.20 | 26.00 | Email to and from E. Edelman re hearing. |
| 10/10/16 | O. Harmon | 0.30 | 39.00 | Review docket re hearing. |
| 10/10/16 | O. Harmon | 0.10 | 13.00 | Email to E. Edelman re hearing docket. |
| 10/10/16 | C. Schlomann | 0.20 | 91.00 | Confer with E. Edelman re items on agenda for October 14 hearing. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  November 30, 2016
Abengoa Bioenergy Biomass of Kansas, LLC  Invoice No. 2068814
16150 Main Circle Drive  File No. 35943 / 1
Suite 300
Chesterfield, MO 63017

| | | | | |
|---|---|---|---|---|
| 10/10/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with courtroom deputy re noticing deadline for rule 26 conference reports. |
| 10/10/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with E. Edelman re agenda. |
| 10/11/16 | O. Harmon | 0.20 | 26.00 | Review hearing agenda. |
| 10/11/16 | O. Harmon | 0.20 | 26.00 | Conference with E. Edelman re agenda for filings. |
| 10/11/16 | O. Harmon | 0.40 | 52.00 | Review certificate of service and mailing matrix. |
| 10/11/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/11/16 | C. Schlomann | 0.10 | 45.50 | Review daily status memo. |
| 10/11/16 | C. Schlomann | 0.40 | 182.00 | Prepare Agenda for October 14 hearing. |
| 10/11/16 | S. Williams-Umstead | 0.20 | 23.00 | Finalize and file Amended Agenda for October 14 hearing. |
| 10/12/16 | O. Harmon | 0.20 | 26.00 | Call daily status memo. |
| 10/12/16 | O. Harmon | 0.10 | 13.00 | Conference with R. Engel re pro hacs. |
| 10/12/16 | O. Harmon | 0.20 | 26.00 | Revise Pro Hac for R. Engel. |
| 10/12/16 | O. Harmon | 0.20 | 26.00 | Call with S. Williams-Umstead re service of answers. |
| 10/12/16 | O. Harmon | 1.50 | 195.00 | Compare and prepare mailing matrix for service. |
| 10/13/16 | E. Edelman | 0.70 | 168.00 | Draft second and third amended notice of agenda for Oct. 14th hearing. |
| 10/13/16 | O. Harmon | 0.50 | 65.00 | Revise pro hacs for R. Engel. |
| 10/13/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/13/16 | C. Schlomann | 0.30 | 136.50 | Prepare Amended Agenda. |
| 10/17/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/18/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/20/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/20/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to court re status of transcript of October 14 hearing. |
| 10/20/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA re status of transcript. |
| 10/21/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/21/16 | O. Harmon | 0.50 | 65.00 | Conference with E. Edelman re Fee App, service of notice and upcomings in case. |
| 10/21/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference and email to attorney for Sulzer Pump re address for Notices. |
| 10/24/16 | E. Edelman | 0.20 | 48.00 | Review daily status memorandum re upcoming deadlines and filings. |
| 10/24/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/24/16 | O. Harmon | 0.40 | 52.00 | Review fee app and certificate of service. |
| 10/24/16 | C. Schlomann | 0.20 | 91.00 | Work with paralegal re notices of returned mail received. |
| 10/25/16 | E. Edelman | 0.10 | 24.00 | Review upcoming deadlines and daily status memo. |
| 10/25/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/25/16 | O. Harmon | 0.20 | 26.00 | Review recently filed motions and notices for needed certificates of service. |
| 10/25/16 | O. Harmon | 0.10 | 13.00 | Conference with E. Edelman re certificates of service. |
| 10/25/16 | O. Harmon | 0.20 | 26.00 | Emails to C. Schlomann and E. Edelman re certificates of service. |
| 10/25/16 | O. Harmon | 0.30 | 39.00 | Revise certificates of service. |
| 10/25/16 | C. Schlomann | 0.20 | 91.00 | Review 3 Certificates of Service and provide comments for changes to same. |
| 10/26/16 | E. Edelman | 0.10 | 24.00 | Review daily status for upcoming deadlines. |
| 10/26/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/26/16 | O. Harmon | 0.20 | 26.00 | Call with C. Schlomann re transcript request and check. |
| 10/26/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to email from DLA re transcript. |
| 10/26/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to O. Harmon re requesting check for transcript. |
| 10/26/16 | S. Williams-Umstead | 0.20 | 23.00 | Email with and correspondence to J. McKinney to obtain Transcript of October 14 hearing. |
| 10/27/16 | E. Edelman | 0.10 | 24.00 | Meeting with R. Engel, O. Harmon and C. Schlomann re upcoming deadlines and status. |
| 10/28/16 | S. Williams-Umstead | 0.10 | 11.50 | Receive Transcript of October 14 hearing and forward to V. Slusher and D. Avraham. |
| 10/31/16 | O. Harmon | 0.20 | 26.00 | Review daily status memo. |
| 10/31/16 | O. Harmon | 0.30 | 39.00 | Email from D. Avraham, E. Edelman and C. Schlomann re motion for filing. |
| | Sub Total Task B110 | 16.40 | 3,521.50 | |



7700 Forsyth Boulevard, Suite 1800  
St. Louis, MO 63105  
Phone: 314.621.5070  
Fax: 314.621.5065  

Fed ID: 43-1274026  

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1  

### *B130  - Asset Disposition*

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/05/16 | R. Engel | 0.40 | 230.00 | Correspondence re status of sale process of review of LOIs. |
| 10/11/16 | R. Engel | 1.10 | 632.50 | Status conference call re status of sale and procedures for affecting sale. |
| 10/12/16 | E. Edelman | 1.60 | 384.00 | Review and analyze bidding procedures motion and prepare the same for filing. |
| 10/12/16 | E. Edelman | 1.40 | 336.00 | Draft and revise motion to expedite bidding procedures motion. |
| 10/12/16 | E. Edelman | 0.30 | 72.00 | Draft proposed order re motion to expedite bidding procedures motion. |
| 10/12/16 | E. Edelman | 2.40 | 576.00 | Analyze notice requirements under the Bankruptcy Rules and Code and ensure proper service of the bidding procedure motion and motion to expedite under the same. |
| 10/12/16 | R. Engel | 0.60 | 345.00 | Review and revise motion to expedite hearing on sale procedures. |
| 10/12/16 | R. Engel | 1.20 | 690.00 | Review and comment on sale procedures motion. |
| 10/12/16 | R. Engel | 5.40 | 3105.00 | Finalizing APA and bid procedures motion and effectuate appropriate filing and service. |
| 10/12/16 | O. Harmon | 0.20 | 26.00 | Conference with E. Edelman re bid procedures and amended agenda. |
| 10/12/16 | O. Harmon | 0.50 | 65.00 | Coordination of service re Bid Procedures. |
| 10/12/16 | O. Harmon | 0.40 | 52.00 | Calls with E. Edelman re filing of bid procedures motion. |
| 10/12/16 | O. Harmon | 0.50 | 65.00 | Numerous emails re bid procedures motion and filing. |
| 10/12/16 | C. Schlomann | 1.20 | 546.00 | Review Motion for 363 Sale and Asset Purchase Agreement and assist with filing same. |
| 10/12/16 | C. Schlomann | 0.40 | 182.00 | Exchange emails and telephone calls re filing of 363 and bid procedures motion. |
| 10/12/16 | C. Schlomann | 0.30 | 136.50 | Review Motion to Expedite and Order re same and email to E. Edelman re both. |
| 10/12/16 | C. Schlomann | 0.10 | 45.50 | Telephone conference with courtroom deputy re filing Bid Procedures Motion for expedited hearing. |
| 10/12/16 | C. Schlomann | 0.10 | 45.50 | Telephone call to court re filing 363 motion. |
| 10/12/16 | S. Williams-Umstead | 1.00 | 115.00 | Finalize Bidding Procedures Motion, Motion to Expedite Hearing and proposed Order and file with the court. |
| 10/13/16 | E. Edelman | 0.20 | 48.00 | Confer with R. Engel and O. Harmon re service of bidding procedures motion. |
| 10/13/16 | R. Engel | 0.40 | 230.00 | Correspondence in preparation for hearing re bidding procedure motion. |
| 10/13/16 | O. Harmon | 1.00 | 130.00 | Service of bid procedures motion and exhibits. |
| 10/13/16 | O. Harmon | 0.40 | 52.00 | Conference with E. Edelman and R. Engel re service of bid procedures motion. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/13/16 | O. Harmon | 0.20 | 26.00 | Email to and from R. Engel re filed bid procedures motion. |
| 10/13/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to emails from DLA re status of motion for expedited hearing. |
| 10/13/16 | C. Schlomann | 0.20 | 91.00 | Telephone call from A. Albright re entry of Order for expedited hearing. |
| 10/13/16 | C. Schlomann | 0.10 | 45.50 | Email to client and DLA re entry of order re expedited hearing. |
| 10/13/16 | C. Schlomann | 0.10 | 45.50 | Review and forward to DLA email from T. Lasater re title report for Hugoton. |
| 10/13/16 | C. Schlomann | 0.10 | 45.50 | Review and respond to emails from V. Slusher re title report. |
| 10/13/16 | C. Schlomann | 0.30 | 136.50 | Telephone conference with T. Lasater re title report and email to DLA re same. |
| 10/13/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with courtroom deputy re motion to expedite hearing on bid procedures. |
| 10/14/16 | E. Edelman | 0.10 | 24.00 | Review Department of Energy objection to the bid procedures motion. |
| 10/14/16 | E. Edelman | 0.20 | 48.00 | Emails to and from D. Avraham and S. Williams-Umstead re bid procedures order. |
| 10/14/16 | R. Engel | 0.50 | 287.50 | Correspondence re draft order approving sales procedures. |
| 10/14/16 | R. Engel | 0.60 | 345.00 | Correspondence in preparation for hearing on Sale Procedures. |
| 10/14/16 | R. Engel | 0.40 | 230.00 | Correspondence re results of hearing on Sale Procedures and funding draft order. |
| 10/14/16 | R. Engel | 0.40 | 230.00 | Review and revise Department of Energy objection to sale procedure order. |
| 10/14/16 | O. Harmon | 0.50 | 65.00 | Review numerous emails re Department of Energy Objections. |
| 10/14/16 | C. Schlomann | 2.30 | 1046.50 | Attend Hearing re bidding procedures motion. |
| 10/14/16 | S. Williams-Umstead | 0.20 | 23.00 | Telephone conference with Courtroom Deputy re certain order. |
| 10/14/16 | S. Williams-Umstead | 0.10 | 11.50 | Obtain proposed order on bidding procedures order and forward to Courtroom Deputy. |
| 10/18/16 | C. Schlomann | 0.20 | 91.00 | Review Pioneer Electric response to Debtor's bid procedures motion. |
| 10/19/16 | E. Edelman | 0.90 | 216.00 | Analyze bid procedures order and prepare to effectuate proper service. |
| 10/19/16 | R. Engel | 0.30 | 172.50 | Conference call re status of sale process. |
| 10/19/16 | O. Harmon | 0.50 | 65.00 | Review Bid Procedures Order. |
| 10/19/16 | O. Harmon | 0.50 | 65.00 | Review multiple emails re service of Bid Order. |
| 10/19/16 | O. Harmon | 0.50 | 65.00 | Confer with E. Edelman re Bid Order. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/19/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to court re hearing date on Motion to Sell. |
| 10/19/16 | C. Schlomann | 0.10 | 45.50 | Email to DLA and E. Edelman re issues with hearing date. |
| 10/19/16 | C. Schlomann | 0.10 | 45.50 | Telephone call from courtroom deputy re hearing date. |
| 10/20/16 | O. Harmon | 3.50 | 455.00 | Review order, matrix, claim list and bidders summary and complete notice and service. |
| 10/21/16 | E. Edelman | 0.20 | 48.00 | Phone call and email to D. Avraham re cure notice filing. |
| 10/21/16 | E. Edelman | 0.20 | 48.00 | Phone call and email with R. Engel re cure notice filing and service thereof. |
| 10/21/16 | E. Edelman | 0.20 | 48.00 | Phone call with C. Schlomann re cure notice filing and service. |
| 10/21/16 | E. Edelman | 1.10 | 264.00 | Review cure notice and ensure filing and service thereof. |
| 10/21/16 | R. Engel | 0.40 | 230.00 | Review and comment on cure notice. |
| 10/21/16 | R. Engel | 0.50 | 287.50 | Participate in conference call re status of sale processes. |
| 10/21/16 | O. Harmon | 0.20 | 26.00 | Email to and from E. Edelman re cure notice. |
| 10/21/16 | O. Harmon | 0.20 | 26.00 | Conference with E. Edelman re cure notice filing. |
| 10/21/16 | O. Harmon | 0.80 | 104.00 | Coordinate service of cure notice. |
| 10/25/16 | E. Edelman | 0.50 | 120.00 | Review certificates of service for service of various sale documents and ensure filing for the same. |
| 10/25/16 | O. Harmon | 1.00 | 130.00 | Draft and revise certificates of service for Bid Procedures Order, Cure Notice, Sale Notice and Amended DIP Motion. |
| 10/31/16 | C. Schlomann | 0.10 | 45.50 | Review objection of W. Beesley to Motion to Sell. |
| | Sub Total Task B130 | 39.90 | 13,634.50 | |

**B160 - Fee/Employment Applications**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/04/16 | E. Edelman | 0.20 | 48.00 | Phone call with K. Edelman re DLA fee applications and orders. |
| 10/04/16 | E. Edelman | 0.10 | 24.00 | Phone call with C. Schlomann re DLA fee application notice issue. |
| 10/04/16 | E. Edelman | 0.40 | 96.00 | Review DLA fee applications and orders uploaded re notice. |
| 10/05/16 | E. Edelman | 1.20 | 288.00 | Prepare fourth, fifth, and interim fee applications for Armstrong Teasdale. |
| 10/05/16 | C. Schlomann | 0.20 | 91.00 | Telephone conference with E. Edelman re submission of 4th Monthly fee application and interim fee application for DLA. |
| 10/05/16 | S. Williams-Umstead | 0.20 | 23.00 | Finalize and file proposed order for Third Monthly Fee Application. |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/07/16 | E. Edelman | 0.60 | 144.00 | Draft Armstrong's fourth monthly fee statement. |
| 10/13/16 | E. Edelman | 0.10 | 24.00 | Email to D. Avraham re attorney affidavits. |
| 10/15/16 | E. Edelman | 0.60 | 144.00 | Prepare fourth monthly fee application for Armstrong. |
| 10/17/16 | E. Edelman | 0.10 | 24.00 | Emails to and from C. Schlomann re monthly fee statements. |
| 10/17/16 | C. Schlomann | 0.60 | 273.00 | Review Fourth Fee Application and preparation of memo to E. Edelman re new Fee Application Guidelines. |
| 10/19/16 | E. Edelman | 0.50 | 120.00 | Emails to and from D. Avraham and A. Lanza re Kansas local rules and attorney affidavit requirement. |
| 10/21/16 | E. Edelman | 0.30 | 72.00 | Finalize fourth monthly fee application and prepare for filing. |
| 10/21/16 | E. Edelman | 0.50 | 120.00 | Prepare fifth monthly fee application for Armstrong Teasdale. |
| 10/21/16 | O. Harmon | 1.00 | 130.00 | Review and file Fee Application and Objection Notice. |
| 10/21/16 | O. Harmon | 0.30 | 39.00 | Coordinate service of Fee Application and Objection Notice. |
| 10/21/16 | C. Schlomann | 0.50 | 227.50 | Work with E. Edelman on fee application and cure notice. |
| 10/21/16 | C. Schlomann | 0.20 | 91.00 | Review J. McClelland Declaration and telephone conference with E. Edelman re same. |
| 10/24/16 | E. Edelman | 0.10 | 24.00 | Email to and from S. Williams-Umstead re re-filing Armstrong Teasdale fee application. |
| 10/24/16 | C. Schlomann | 0.20 | 91.00 | Work with paralegal re amending and filing the Fourth Monthly Fee Application of Armstrong Teasdale. |
| 10/24/16 | S. Williams-Umstead | 0.30 | 34.50 | Finalize and file Amended Fourth Monthly Fee Application of Armstrong Teasdale. |
| 10/25/16 | E. Edelman | 0.30 | 72.00 | Prepare and revise monthly fee application for August. |
| 10/28/16 | E. Edelman | 0.40 | 96.00 | Email to and from D. Avraham re local rules re retention of professionals application. |
| | Sub Total Task B160 | 8.90 | 2,296.00 | |

**B190 - Other Contested Matters (excluding assumption/rejection motions)**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/10/16 | E. Edelman | 0.10 | 24.00 | Email to D. Avraham re answers to adversary proceedings. |
| 10/10/16 | C. Schlomann | 0.20 | 91.00 | Review notes from September 12 hearing for matters re adversary proceedings. |
| 10/11/16 | E. Edelman | 0.30 | 72.00 | Phone calls and emails to C. Schlomann and O. Harmon re filing of answers to adversary complaints. |
| 10/11/16 | E. Edelman | 0.50 | 120.00 | Review answers to adversary proceedings and confer with C. Schlomann re same. |
| 10/11/16 | R. Engel | 1.20 | 690.00 | Review responsive pleadings to the mechanics lien law suits. |
| 10/11/16 | O. Harmon | 0.60 | 78.00 | Numerous emails to and from S. Williams-Umstead re |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | adversary answers filings. |
| 10/11/16 | O. Harmon | 0.20 | 26.00 | Call with E. Edelman re adversary answers. |
| 10/11/16 | C. Schlomann | 0.20 | 91.00 | Telephone call to courtroom deputy re Rule 26 reports and status conference for later filed adversaries. |
| 10/11/16 | C. Schlomann | 1.00 | 455.00 | Revise Answers to Adversary Petitions. |
| 10/11/16 | C. Schlomann | 0.30 | 136.50 | Conferences with E. Edelman re Agenda for October 14 hearing and answers in adversary cases. |
| 10/11/16 | S. Williams-Umstead | 1.00 | 115.00 | Revise answers to 6 adversary cases and filing with the court. |
| 10/12/16 | E. Edelman | 0.50 | 120.00 | Review docket in Stevens County re ABBK filings. |
| 10/12/16 | O. Harmon | 0.10 | 13.00 | Call with E. Edelman re removal. |
| 10/12/16 | O. Harmon | 0.20 | 26.00 | Review docket re filing for removal. |
| 10/12/16 | O. Harmon | 0.10 | 13.00 | Conference with E. Edelman re removal. |
| 10/13/16 | S. Williams-Umstead | 0.70 | 80.50 | Prepare proposed orders for Motions for Pro Hac Vice admission for R. Engel in the 7 adversary cases. |
| 10/13/16 | S. Williams-Umstead | 0.60 | 69.00 | File Motions Pro Hac Vice and upload proposed Orders for the 7 adversary cases. |
| 10/13/16 | S. Williams-Umstead | 0.50 | 57.50 | Create notebook for October 14 Omnibus Hearing. |
| 10/27/16 | C. Schlomann | 0.20 | 91.00 | Review and respond to V. Slusher emails re mediation. |
| | Sub Total Task B190 | 8.50 | 2,368.50 | |

**B195 - *Non-Working Travel***

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/14/16 | C. Schlomann | 6.00 | 1365.00 | (*Billed at 1/2 rate.) Travel to and from Wichita for hearing. |
| | Sub Total Task B195 | 6.00 | 1,365.00 | |

**B210 - *Business Operations***

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/21/16 | E. Edelman | 0.20 | 48.00 | Email to D. Avraham re MOR filing. |
| 10/21/16 | O. Harmon | 0.10 | 13.00 | Call with E. Edelman re MOR. |
| 10/21/16 | O. Harmon | 0.50 | 65.00 | Emails with DLA and E. Edelman re MOR. |
| 10/21/16 | O. Harmon | 0.40 | 52.00 | Review and file MOR. |
| 10/21/16 | O. Harmon | 0.10 | 13.00 | Email US Trustee re MOR. |
| | Sub Total Task B210 | 1.30 | 191.00 | |

**B220 - *Employee Benefits/Pensions***

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/13/16 | E. Edelman | 0.10 | 24.00 | Review stipulated KEIP order and email D. Avraham re |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

Attn: Jeffrey Bland, Esq.            November 30, 2016
Abengoa Bioenergy Biomass of Kansas, LLC      Invoice No. 2068814
16150 Main Circle Drive             File No. 35943 / 1
Suite 300
Chesterfield, MO 63017

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | same. |
| 10/13/16 | C. Schlomann | 0.10 | 45.50 | Review Stipulated KEIP Order. |
| | Sub Total Task B220 | 0.20 | 69.50 | |
| **B230 - *Financing/Cash Collections*** | | | | |
| 10/23/16 | E. Edelman | 0.10 | 24.00 | Email to and from D. Avraham re amendment to DIP budget filing. |
| 10/24/16 | E. Edelman | 0.70 | 168.00 | Review amended DIP financing notice and research local rules re notice date. |
| 10/24/16 | O. Harmon | 0.50 | 65.00 | Coordinate service of Amended DIP Motion and Amend Fee Apps. |
| 10/24/16 | C. Schlomann | 0.20 | 91.00 | Review Amended DIP Budget and Notice re same. |
| 10/24/16 | C. Schlomann | 0.10 | 45.50 | Exchange email with E. Edelman re Objection deadline. |
| 10/24/16 | C. Schlomann | 0.20 | 91.00 | Assist paralegal with issues with preparing and filing Amended Budget and Notice of same. |
| 10/25/16 | O. Harmon | 0.10 | 13.00 | Call with S. Williams-Umstead re Amended DIP COS. |
| | Sub Total Task B230 | 1.90 | 497.50 | |
| **B300 - *Claims and Plan*** | | | | |
| 10/12/16 | O. Harmon | 0.20 | 26.00 | Revise certificate of service for motion to extend Intercompany proof of claim filing. |
| 10/20/16 | R. Engel | 0.30 | 172.50 | Participate in daily conference call on status of sale and other matters of case. |
| 10/28/16 | E. Edelman | 0.10 | 24.00 | Emails to and from D. Avraham re extension of intercompany proof of claim filings. |
| 10/31/16 | E. Edelman | 0.70 | 168.00 | Revise motion to extend intercompany proof of claim filing and proposed order and emails to D. Avraham and C. Schlomann re same. |
| 10/31/16 | O. Harmon | 0.20 | 26.00 | Review motion and stipulation for extension to file Intercompany proof of claims. |
| 10/31/16 | C. Schlomann | 0.20 | 91.00 | Review Motion for Extension to File Intercompany Proofs of Claim. |
| 10/31/16 | S. Williams-Umstead | 0.30 | 34.50 | File Consent Motion for Extension of Time to File Intercompany Proof of Claims and finalize and upload Consent Order. |
| | Sub Total Task B300 | 2.00 | 542.00 | |
| | Total Hours: | 85.10 | | |

                                          Total Services      24,485.50



7700 Forsyth Boulevard, Suite 1800  
St. Louis, MO 63105  
Phone: 314.621.5070  
Fax: 314.621.5065  

Fed ID: 43-1274026  

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1  

## Disbursements Summary

| Date | Cost | Amount |
|---|---|---:|
| **E101 - Copying** | | |
| 10/04/16 | Digital Reproductions - User: 10458, 3 pages | 0.42 |
| 10/06/16 | Digital Reproductions - User: 10408, 3 pages | 0.42 |
| 10/11/16 | Digital Reproductions - User: 10408, 22 pages | 3.08 |
| 10/12/16 | Digital Reproductions - User: 10264, 21,979 pages | 3,077.06 |
| 10/13/16 | Digital Reproductions - User: 10408, 507 pages | 70.98 |
| 10/14/16 | Digital Reproductions - User: 10408, 5 pages | 0.70 |
| 10/17/16 | Digital Reproductions - User: 10408, 24 pages | 3.36 |
| 10/20/16 | Digital Reproductions - User: 10408, 59 pages | 8.26 |
| 10/21/16 | Digital Reproductions - User: 10667, 371 pages | 51.94 |
| 10/24/16 | Digital Reproductions - User: 10408, 17 pages | 2.38 |
| 10/25/16 | Digital Reproductions - User: 10667, 4 pages | 0.56 |
| 10/26/16 | Digital Reproductions - User: 10408, 4 pages | 0.56 |
| 10/27/16 | Digital Reproductions - User: 10667, 4 pages | 0.56 |
| 10/31/16 | Digital Reproductions - User: 10408, 15 pages | 2.10 |
| | Sub Total E101 | 3,222.38 |
| **E107 - Delivery Services/Messengers** | | |
| 10/12/16 | UPS Overnight Delivery - UPS, TECHNOLOGIAS SA, ABENGOA BIOENERGIA NUEVAS | 5,131.30 |
| 10/20/16 | UPS Overnight Delivery - UPS, , ARMSTRONG-TEASDALE | 20.26 |
| 10/25/16 | UPS Overnight Delivery - UPS, , ARMSTRONG-TEASDALE | 13.24 |
| | Sub Total E107 | 5,164.80 |
| **E108 - Postage** | | |
| 10/13/16 | Postage - Express mail | 527.85 |
| 10/20/16 | Postage - 13 international | 325.12 |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1

| Disbursements Summary | | |
|---|---|---:|
| **Date** | **Cost** | **Amount** |
| 10/21/16 | Postage - 9 international | 437.40 |
| 10/24/16 | Postage - Large envelopes mailed from Ol | 93.00 |
| 10/25/16 | Postage - 13 international | 405.86 |
| | Sub Total E108 | 1,789.23 |
| **E115 - Hearing Transcripts** | | |
| 10/14/16 | Deposition Transcripts - VENDOR: Jana McKinney, CSR, RPR, CRR, RMR; INVOICE#: HEARING_10/14/16; DATE: 10/14/2016 | 383.15 |
| | Sub Total E115 | 383.15 |
| **E118 - Litigation Support Vendors** | | |
| 10/28/16 | Legal Technology Services - Lawgical Choice; Invoice: 2059500 | 4,492.02 |
| | Sub Total E118 | 4,492.02 |
| | Total Disbursements | 15,051.58 |
| | **Matter Total** | **39,537.08** |



7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: 314.621.5070
Fax: 314.621.5065

Fed ID: 43-1274026

MISSOURI   KANSAS   COLORADO   NEVADA   ILLINOIS   SHANGHAI

Attn: Jeffrey Bland, Esq.  
Abengoa Bioenergy Biomass of Kansas, LLC  
16150 Main Circle Drive  
Suite 300  
Chesterfield, MO 63017  

November 30, 2016  
Invoice No. 2068814  
File No. 35943 / 1  

| Attorney/Paralegal Summary | | | |
|---|---:|---:|---:|
| **Name** | **Rate** | **Hours** | **Amount** |
| S. Williams-Umstead | 115.00 | 5.40 | 621.00 |
| O. Harmon | 130.00 | 25.50 | 3,315.00 |
| C. Schlomann | 227.50 | 6.00 | 1,365.00 |
| E. Edelman | 240.00 | 20.70 | 4,968.00 |
| C. Schlomann | 455.00 | 13.30 | 6,051.50 |
| R. Engel | 575.00 | 14.20 | 8,165.00 |
| **Total** | | **85.10** | **24,485.50** |