# Joshua N Barker

2709 Hunterwood Drive SE
Decatur, AL 35603
913-827-3448
joshbarker333@gmail.com

December 1, 2017

Abengoa Bioenergy Biomass of Kansas, LLC c/o DLA Piper

**DATE DUE: UPON RECEIPT**

**Invoice No:** 2
**Re:** *In re: Abengoa Bioenergy Biomass of Kansas, LLC*
*16-10446*
*United States Bankruptcy Court for the District of Kansas*

Please make checks payable to Joshua Barker.

PROFESSIONAL SERVICES:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/17/2016 | R&R Answer to Brahma's foreclosure petition | 2.5 | $375.00 | $937.50 |
| 11/18/2016 | TCW/ Adam Lanza RE: Brahma Answer | 1 | $375.00 | $375.00 |
| 11/22/2016 | Receive and review additional lien from David | 0.3 | $375.00 | $112.50 |
| 11/29/2016 | TCW/ David and Adam Lanza and prepare for same; Revise and send lien chart to Adam | 2 | $375.00 | $750.00 |
| 11/30/2016 | R&R Lien Statements; Begin validity analysis of initial six liens; TCW/ Adam RE: presentation | 3.5 | $375.00 | $1,312.50 |

| | Hours | Amount |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED: | 9.3 | $3,487.50 |

COSTS AND EXPENSES

| | |
|---|---:|
| TOTAL COSTS AND EXPENSES | $0.00 |
| Total amount of this bill | $3,487.50 |
| Previous Balance | $3,900.00 |
| Payments | $0.00 |
| **BALANCE DUE:** | $7,387.50 |

# Joshua N Barker

2709 Hunterwood Drive SE
Decatur, AL 35603
913-827-3448
joshbarker333@gmail.com

January 1, 2017

Abengoa Bioenergy Biomass of Kansas, LLC c/o DLA Piper          **DATE DUE: UPON RECEIPT**

**Invoice No:** 3
**Re:** *In re: Abengoa Bioenergy Biomass of Kansas, LLC*
*16-10446*
*United States Bankruptcy Court for the District of Kansas*

Please make checks payable to Joshua Barker.

PROFESSIONAL SERVICES:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/1/2016 | Receive expanded list of 21 liens for evaluation; Begin lien analysis for available lien statements | 4 | $375.00 | $1,500.00 |
| 12/2/2016 | Review liens for missing documentation & validity (21liens); Send email to Adam Lanza RE: necessary | 10.5 | $375.00 | $3,937.50 |
| 12/3/2016 | Research & draft memo RE: Kansas lien statute; Update lien chart for additional liens received | 6.2 | $375.00 | $2,325.00 |
| 12/6/2016 | TCW/ Adam RE: Lien chart; Research insider lien issues (ATH Lien) | 2.5 | $375.00 | $937.50 |
| 12/15/2016 | Receive and send mulitiple emails RE: Bearing Liens | 0.5 | $375.00 | $187.50 |
| 12/19/2016 | TCW/ JDB, Gerson, et al; prepare for same | 1.5 | $375.00 | $562.50 |
| 12/20/2016 | TCW/ Gerson, Joe, Victor Grille RE: potential defenses to liens; TCW/JDB, David, etal RE: ABBK | 4.7 | $375.00 | $1,762.50 |
| 12/21/2016 | TCW/ Gerson, Danny Allison, et al RE: potential lien challenges; Multiple emails regarding ABBK | 2.5 | $375.00 | $937.50 |
| 12/22/2016 | TCW/ Joe RE: Brahma Amounts billed; TCW/Victor Grille RE: Brahma Settlement; Obtain | 1.5 | $375.00 | $562.50 |

|  | Hours | Amount |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED: | 33.9 | $12,712.50 |

COSTS AND EXPENSES

| | |
|---|---|
| TOTAL COSTS AND EXPENSES | $0.00 |
| Total amount of this bill | $12,712.50 |
| Previous Balance | $7,387.50 |
| Payments | $0.00 |
| **BALANCE DUE:** | $20,100.00 |

# Joshua N Barker

2709 Hunterwood Drive SE
Decatur, AL 35603
913-827-3448
joshbarker333@gmail.com

January 10, 2017

Abengoa Bioenergy Biomass of Kansas, LLC c/o DLA Piper                **DATE DUE: UPON RECEIPT**

**Invoice No:**     1
**Re:**             *In re: Abengoa Bioenergy Biomass of Kansas, LLC*
                    *16-10446*
                    *United States Bankruptcy Court for the District of Kansas*

Please make checks payable to Joshua Barker.

PROFESSIONAL SERVICES:

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/7/2016 | TCW/Jeffrey and David RE: first set of six mechanic's liens: R&R multiple emails from JDB & R&R multiple emails from Jeffrey and David; organize and search for related documents. | 3.7 | $375.00 | $1,387.50 |
| 10/8/2016 | Review additional documentation provided by JDB & DA | 0.5 | $375.00 | $187.50 |
| 10/10/2016 | R&R multiple emails from Jeffrey and David; organize and search for related documents. | 4.2 | $375.00 | $1,575.00 |
| 10/11/2017 | Continue archive search | 1.5 | $375.00 | $562.50 |
| 10/19/2016 | TCW/JDB & DA RE: lien issues | 0.5 | $375.00 | $187.50 |

|  | Hours | Amount |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED: | 10.4 | $3,900.00 |

COSTS AND EXPENSES

| | |
|---|---:|
| TOTAL COSTS AND EXPENSES | $0.00 |
| Total amount of this bill | $3,900.00 |
| Previous Balance | $0.00 |
| Payments | $0.00 |
| **BALANCE DUE:** | $3,900.00 |