# Exhibit A

(Form of Ballot for Class 2 – General Unsecured Claims)

EAST\137320646.8

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-10446 |

### CLASS 2 BALLOT (GENERAL UNSECURED CLAIMS)
### TO ACCEPT OR REJECT THE DEBTOR'S PLAN OF LIQUIDATION
### PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS [●], 2017 AT 5:00 P.M. (PREVAILING CENTRAL TIME).**
>
> **YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "**Ballot**") is submitted to you to solicit your vote to accept or reject the *Debtor's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*, dated April 14, 2017 (as may be amended, modified, and/or supplemented, the "**Plan**")[1] [Docket No. ●], submitted by the above-captioned debtor and debtor in possession (the "**Debtor**") and described in the related disclosure statement (as may be amended, modified, and/or supplemented, the "**Disclosure Statement**") [Docket No. ●]. Copies of the Plan and the Disclosure Statement may be obtained: (i) by contacting counsel to the Debtor, DLA Piper LLP (US), c/o David E. Avraham, 444 W. Lake Street, Suite 900, Chicago, Illinois 60606, (312) 368-4000 (email: David.Avraham@dlapiper.com), or (ii) from the Bankruptcy Court's website, www.ksb.uscourts.gov, for a fee. A PACER login and password are required to access documents on the Bankruptcy Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim under the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the Holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Allowed Claims in each Class of Claims that actually vote on the Plan and by the Holders of at least two-thirds in amount of Allowed Equity Interests in each Class of Equity Interests that actually vote on the Plan[2] and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et seq.</u> (the "**Bankruptcy Code**"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan, and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot to the following address by first class mail, overnight courier, hand delivery or electronic mail: Armstrong Teasdale LLP, c/o Christine L. Schlomann,

---

[1] Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

[2] If no Holders of Claims in a particular Class vote to accept or reject the Plan, the Plan shall be deemed accepted by the Holders of such Claims in such Class.

2345 Grand Blvd., Suite 1500, Kansas City, Missouri 64108 (email: cschlomann@armstrongteasdale.com), so that it is received by the deadline indicated above.

**NOTICE REGARDING CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS IN THE PLAN**

PLEASE BE ADVISED THAT THE PLAN CONTAINS CERTAIN RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, INCLUDING:

Article IX.B.2 of the Plan contains the following releases by Holders of Claims:

**Except as otherwise provided herein each Person, other than the Debtor, who votes to accept the Plan and does not mark such ballot to indicate a refusal to grant the release provided for in this paragraph, shall be deemed to fully, completely, unconditionally, irrevocably, and forever release the Released Parties of and from any and all Claims and Causes of Action and any other debts, obligations, rights, suits, damages, actions, remedies and liabilities whatsoever, whether accrued or unaccrued, whether known or unknown, foreseen or unforeseen, existing before the Effective Date, as of the Effective Date or arising thereafter, in law, at equity, whether for tort, contract, violations of statutes (including but not limited to the federal or state securities laws), or otherwise, based in whole or in part upon any act or omission, transaction, or other occurrence or circumstances existing or taking place prior to or on the Effective Date arising from or related in any way to the Debtor and its Representatives, whether direct, derivative, accrued or unaccrued, liquidated or unliquidated, fixed or contingent, matured or unmatured, Disputed or undisputed, known or unknown, foreseen or unforeseen, in law, equity or otherwise.**

**OTHER RELEASE, EXCULPATION AND INJUNCTION PROVISIONS ARE FOUND IN ARTICLE IX OF THE PLAN. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a Holder of a Class 2 Claim against the above-captioned Debtor, in the voting amount set forth below, votes to (check <u>one</u> box only):

☐   **Accept** the Plan.          ☐   **Reject** the Plan.

Voting Amount: $ _____

**Item 2. Optional Release Election.** Check this box if you elect <u>not</u> to grant the releases contained in Article IX.B.2 of the Plan. Election to withhold consent is at your option. If you do not check the box below opting out of the release provisions in Article IX.B.2 of the Plan, you will be deemed to consent to the releases set forth in Article IX.B.2 of the Plan with respect to the Released Parties.

☐   The undersigned elects <u>not</u> to grant the releases contained in Article IX.B.2 of the Plan.

**Item 3. Acknowledgments.** By signing and returning this Ballot, the undersigned acknowledges receipt of the Disclosure Statement (including the exhibits thereto) and the other applicable solicitation materials and certifies that as of the Voting Record Date the undersigned is the Holder of the Claim set forth in Item 1 above and has the power and authority to vote to accept or reject the Plan. To the extent the undersigned is voting on behalf of an actual Holder of the Claim set forth in Item 1 above, the undersigned certifies that it has the requisite authority to do so and will submit evidence of the same upon request. The undersigned also acknowledges that the solicitation and tabulation of votes on the Plan is subject to the terms and conditions of the Disclosure Statement. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Taxpayer Identification Number

_____
Telephone Number

_____
Email Address

_____
Date Completed

EAST\137320646.8