# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC,<br><br>                            Debtor. | Case No. 16-10446<br><br>Chapter 11 |

## NOTICE OF AMENDED EXHIBIT "A" TO MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT

      **PLEASE TAKE NOTICE** that on July 26, 2017, the above-captioned debtor and debtor in possession (the "Debtor") filed its *Motion of the Debtor for Entry of an Order Approving Settlement Agreement* [Docket No. 975] (the "Motion"), seeking entry of an order approving that certain settlement agreement embodied in the stipulation attached to the Motion as **Exhibit A** (the "Settlement Agreement"), by and among the Debtor, the Official Committee of Unsecured Creditors (the "Committee"), and the United States of America, acting through the United States Department of Justice and on behalf of the United States Department of Energy ("DOE" and collectively, the "United States" and together with the Debtor and the Committee, the "Parties").

      **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is an amended version of the Settlement Agreement (the "Amended Settlement Agreement"), and attached hereto as **Exhibit 2** is a redline of the Amended Settlement Agreement marked against the Settlement Agreement.

      **PLEASE TAKE FURTHER NOTICE** that the Parties have agreed to the terms and conditions set forth in the Amended Settlement Agreement, and seek entry of an order approving the Motion.

*[Remainder of Page Intentionally Left Blank.]*

Dated: August 23, 2017

Respectfully submitted,

s/ *Christine L. Schlomann*
Christine L. Schlomann, KS # 18712
**ARMSTRONG TEASDALE**
2345 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
Telephone: (816) 472-3153
Fax: (816) 221-0786
cschlomann@armstrongteasdale.com

-and-

Vincent P. Slusher (TX 00785480)
David E. Avraham (IL 6308516)
**DLA Piper LLP (US)**
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
vince.slusher@dlapiper.com
david.avraham@dlapiper.com

*Co-Counsel for the Debtor*

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of August, 2017, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and was forwarded via U.S. Mail, first class, postage prepaid, and properly addressed to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court.

*s/ Christine L. Schlomann*