| | | |
|---|---|---|
| AO 435KS (Rev. 12/03) *Read Instructions on Next Page* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | **FOR COURT USE ONLY** DUE DATE: |

| 1. Name Christine Schlomann | 2. Phone Number 816-472-3153 | 3. Date 08/24/2017 | |
|---|---|---|---|
| 4. Mailing Address 2345 Grand Blvd., Suite 1500 | 5. City Kansas City | 6. State MO | 7. Zip Code 64108 |
| 8. Case Number 16-10446 | 9. Judge Judge Robert E. Nugent | Dates of Proceedings 10. From 08/24/2017  11. To 08/24/2017 | |
| 12. Case Name In re: Abengoa Bioenergy Biomass of Kansas | | Location of Proceedings 13. City Wichita  14. State Kansas | |

15. Order for
- ☐ Appeal
- ☐ Non-appeal
- ☐ Criminal
- ☐ Civil
- ☐ Criminal Justice Act
- ☐ In Forma Pauperis
- ☒ Bankruptcy
- ☐ Other (Specify)

16. Transcript Requested (Specify Portion(s) and Date(s) of Proceeding(s) for Which Transcript Is Requested)

| Portion(s) | Date(s) | Portion(s) | Date(s) |
|---|---|---|---|
| ☐ Opening Statement (Plaintiff) | | ☐ Testimony (Specify Witness) | |
| ☐ Opening Statement (Defendant) | | | |
| ☐ Closing Argument (Plaintiff) | | ☐ Pre-trial Proceeding (Specify) | |
| ☐ Closing Argument (Defendant) | | | |
| ☐ Opinion of Court | | ☒ Other (Specify) all matters heard 8/24/2017 | 08/24/2017 |

17. Order

| Category | Original (Includes Free Copy For the Court) | First Copy | Quantity of Additional Cps | No. Of Pages Estimate | Price Per Page | Costs |
|---|---|---|---|---|---|---|
| Ordinary | ☐ | ☐ | | | | |
| Expedited | ☒ | ☐ | 1 | | | |
| Daily | ☐ | ☐ | | | | |
| Hourly | ☐ | ☐ | | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges upon completion of the order.

18. Signature  s/ Christine Schlomann
19. Date  08/24/2017

Estimate Total
Processed by
Phone Number

Transcript to Be Prepared by

Court Address
167 U.S. Courthouse
401 N Market
Wichita KS 67202
(316) 269-6486

| | Date | By | | |
|---|---|---|---|---|
| Order Received | | | | |
| Deposit Paid | | | Deposit Paid | |
| Transcript Ordered | | | Total Charges | |
| Transcript Received | | | | |
| Ordering Party Notified To Pick up Transcript | | | | |
| Party Received Transcript | | | Total Due | |