# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

| | |
|---|---|
| ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC | Case Number: 16-10446 Chapter 11 |
| Debtor | |

### ORDER AND NOTICE TO CREDITORS AND PARTIES IN INTEREST APPROVING DRIVETRAIN'S DISCLOSURE STATEMENT AND HEARING ON CONFIRMATION OF COMPETING PLANS, OBJECTIONS, ACCEPTANCES OR REJECTIONS OF DRIVETRAIN'S PLAN, AND VOTING PREFERENCE OF COMPETING PLANS

To the debtor(s), creditors, and other parties in interest:

Competing plans of liquidation have been filed in this case under 11 U.S.C. §§ 1121 and 1125 and Fed. R. Bankr. P. 3016 and 3017. The Debtor's Plan of Liquidation (Doc. 811) was filed April 14, 2017. Drivetrain, LLC, the Missouri Liquidating Trustee under a confirmed plan of liquidation of the debtor's affiliates in the United States Bankruptcy Court for the Eastern District of Missouri (Case No. 16-41161) filed its First Amended Plan of Liquidation (Doc. 968) on July 19, 2017. A First Amended Disclosure Statement (Doc. 978) and First Amended Plan of Liquidation (Doc. 968) were filed by Drivetrain, LLC on July 27, 2017 and July 19, 2017, respectively.

This is your opportunity to accept or reject Drivetrain's completing plan, object to confirmation of Drivetrain's competing plan, and to indicate your preference between the two plans. The Debtor's plan has previously been balloted. The Court issued its Order and Notice to Creditors and Parties in Interest on Debtor's Plan on May 23, 2017 (Doc. 872), approving its disclosure statement and authorizing Debtor to solicit acceptances or rejections of its plan. The deadline for creditors to submit their ballots and object to confirmation of Debtor's plan was July 7, 2017 and balloting is complete. *A confirmation hearing will be held on Debtor's and Drivetrain's plans together as set forth below. The Court may only confirm one plan, § 1129(c). Pursuant to this Order and Notice creditors will also have the opportunity to vote for the plan they prefer*.

The evidentiary hearing to consider confirmation of Debtor's plan along with Drivetrain's plan is continued to **October 25-26, 2017, commencing at 9:00 a.m. (CDT)** at the United States Courthouse, 401 North Market, Room 150, Wichita, Kansas**.**

IT IS ORDERED and NOTICE IS HEREBY GIVEN, that

1. At a hearing on Drivetrain's First Amended Disclosure Statement held August 24, 2017, the Court approved the Drivetrain Disclosure Statement as containing adequate information. The Court also approved the proposed ballot form, and accepted Drivetrain's agreement to include in its solicitation packet a copy of the Official Committee of Unsecured Creditors' ("Committee") revised letter in opposition to Drivetrain's Plan. Drivetrain is authorized to solicit acceptances or rejections of its plan as set forth below.

2. An evidentiary hearing to consider confirmation of Debtor's or Drivetrain's plan will be held by the Court at the United States Courthouse, 401 North Market, Room 150, Wichita, Kansas on **October 25-26, 2017, commencing at 9:00 a.m. (CDT).**

3. Objections to confirmation of Drivetrain's Plan shall be filed with the Clerk of the Bankruptcy Court and served on the debtor, the proponent of the plan, the Committee, and the United States Trustee on or before **September 28, 2017** pursuant to Fed. R. Bankr. P. 3020(b)(1).

4. **September 28, 2017** is fixed as the last day for receipt of acceptances or rejections of Drivetrain's Plan and for the preferred plan. **All ballots must be received prior to 5:00 p.m. (CDT) on that date to be counted.** The approved ballot form provides for creditors to vote to accept or reject Drivetrain's Plan <u>and</u> to vote on whether they prefer Debtor's Plan or Drivetrain's Plan.

5. On or before **August 31, 2017**, Drivetrain shall distribute its First Amended Disclosure Statement (Doc. 978), as modified at the August 24 hearing for announced minor revisions requested by the Department of Energy, and First Amended Plan of Liquidation (Doc. 968) in accordance with Rule 3017(a) and (d), together with the approved ballot form, approved solicitation materials, and mail this Order and Notice pursuant to Fed. R. Bankr. P. 2002(b). The Committee's revised solicitation letter (Doc. 1014) shall be stapled together and separately organized in the solicitation package from Drivetrain's materials. Upon distribution and mailing, Drivetrain shall file a Certificate of Mailing by **September 1, 2017,** listing the names and addresses of those parties to whom distribution was made. The plan proponent is responsible for giving the requisite 28 days' notice under Rule 2002(b).

6. **Debtor and Drivetrain** shall file their Certificates of Voting for their respective plans and **Drivetrain** shall file a Certificate of Voting for the creditors' preferred plan no later than **October 5, 2017.** The Court

encourages counsel to file the Certificates of Voting in time to be reviewed and considered at the **October 2, 2017 omnibus hearing,** if possible.

7. Requests for copies of Drivetrain's Disclosure Statement and Plan of Liquidation shall be sent to Drivetrain's co-counsel of record:

HOGAN LOVELLS US LLP
Christopher R. Donoho, III
Ronald J. Silverman
M. Shane Johnson
Raphaella S. Ricciardi
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
shane.johnson@hoganlovells.com

Dated: August 25, 2017

s/ Robert E. Nugent
Hon. Robert E. Nugent
United States Bankruptcy Judge