UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF

| IN RE: | } | CASE NUMBER |
| | } | |
| **Abengoa Bioenergy Biomass of Kansas, LLC** | } | **16-10446** |
| | } | |
| DEBTOR(S). | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM  12/1/2017          TO  12/31/2017

Guidelines established by the United States Trustee and FRBP 2015.

s/ Christine L. Schlomann
_____
Attorney for Debtor's Signature

Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

16150 Main Circle Drive, Suite 300        2345 Grand Blvd., Suite 1500
_____          _____

Chesterfield, MO 64017                    Kansas City, MO 64108  (816) 472-3153
_____          _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 21st day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.justice.gov/ust/r20/index.htm.

1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

| Abengoa Bioenergy Biomass of Kansas, LLC | BALANCE SHEET (Assets) | |
|---|---|---|
| | Abengoa Bioenergy Biomass of Kansas, LLC | |
| **16-10446** | **Filing Date** | **Month Ending** |
| **December 31, 2017** | | |
| **March 23, 2016** | **03/23/16** | **12/31/17** |

**CURRENT ASSETS**

| | Filing Date 03/23/16 | Month Ending 12/31/17 |
|---|---|---|
| Cash *(business accounts)* | 5,811,344 | 20,267,209 |
| Accounts Receivable (Sch A) | - | - |
| Inventory | 17,413,370 | - |
| Prepaid Expenses/Deposits | 314,695 | - |
| Intercompany Assets | 181,533 | 181,533 |
| Other Current Assets | - | - |
| **TOTAL CURRENT ASSETS** | 23,720,943 | 20,448,743 |

**FIXED ASSETS**

| | | |
|---|---|---|
| Cost (Sch B) | 858,981,024 | - |
| Accumulated Depreciation | (986,638) | - |
| **NET BOOK VALUE** | 857,994,386 | - |

**OTHER ASSETS**

| | | |
|---|---|---|
| | - | - |

**TOTAL ASSETS**

| | | |
|---|---|---|
| | 881,715,329 | 20,448,743 |

| Abengoa Bioenergy Biomass of Kansas, LLC | BALANCE SHEET (Liabilities & Equity) | |
|---|---|---|
| | **Abengoa Bioenergy Biomass of Kansas, LLC** | |
| **16-10446** | **Filing** | **Month** |
| **December 31, 2017** | **Date** | **Ending** |
| **March 23, 2016** | **03/23/16** | **12/31/17** |

**LIABILITIES**

|  |  |  |
|---|---|---|
| Post Petition Debt (Sch C) | - | (141) |

| Pre Petition Debt |  |  |
|---|---|---|
| Secured | (2,040,000) | (255,000) |
| Unsecured Priority | - | - |
| Unsecured Non-Priority | (28,407,302) | (19,205,640) |
| Payroll Related Liabilities | (480,928) | (7,712) |
| PPB Bank Debt | - | - |
| Intercompany Liabilities | (131,883,809) | (133,530,306) |
| Other Liabilities | (9,658,103) | (1,231,646) |
| **TOTAL LIABILITIES** | **(172,470,143)** | **(154,230,446)** |

**EQUITY**

| Preferred & Common Stock | (680,003,456) | (680,003,456) |
|---|---|---|
| Add'l Paid-In-Capital/Owner draws | - | - |
| Retained Earnings/Net Assets |  |  |
| - through filing date | (29,241,729) | 66,211,164 |
| - post filing date |  | 747,573,995 |
| **TOTAL EQUITY** | **(709,245,185)** | **133,781,703** |

| **TOTAL LIABILITIES & EQUITY** | **(881,715,329)** | **(20,448,743)** |
|---|---|---|

| Abengoa Bioenergy Biomass of Kansas, LLC | INCOME (LOSS) STATEMENT | |
|---|---|---|
| | Abengoa Bioenergy Biomass of Kansas, LLC | |
| 16-10446 | Current Month | Case to Date |
| December 31, 2017 | thru Month End | Ending |
| March 23, 2016 | 12/31/17 | 12/31/17 |
| **GROSS SALES** | - | - |
| | | |
| **COST OF GOODS SOLD** | | |
| Materials | - | 7,502,041.84 |
| Direct Labor | - | (414,902.69) |
| Manufacturing Overhead | - | 5,284,376.43 |
| Total Cost of Goods Sold | - | 12,371,515.58 |
| | | |
| **GROSS PROFIT** | - | (12,371,515.58) |
| | | |
| **OPERATING EXPENSES** | | |
| Sales & Marketing | - | - |
| Executive & Mgmt Salaries | 37,664.79 | 1,143,424.07 |
| Office & Other Salaries | - | - |
| Fringe Benefits (pr taxes) | 11,336.58 | 293,236.60 |
| Rent | - | 54,127.32 |
| Travel & Entertainment | 1,308.71 | 2,142.80 |
| Attorney Fees | - | - |
| Insurance | - | 342,389.72 |
| Other Professional Fees | 607,214.22 | 5,553,847.93 |
| Dues & Subscriptions | - | - |
| Telecommunications | 5,309.00 | 307,128.83 |
| Office Supplies | - | 24,752.86 |
| Other | 275.63 | 822,129,716.19 |
| **TOTAL OPERATING EXPENSES** | 663,108.93 | 829,850,766.32 |
| | | |
| **OPERATING INCOME (LOSS)** | (663,108.93) | (842,222,281.90) |
| | | |
| **OTHER EXPENSES** | | |
| USTP Quarterly Fees | - | - |
| Depreciation & Amortization | - | 367,139.72 |
| Intercompany Fees | - | 471,755.05 |
| Income Taxes | - | - |
| Other Taxes | - | 2,659.03 |
| Bank Fees | - | - |
| Interest (net) | - | (36,947.55) |
| **TOTAL OTHER EXPENSES** | - | 804,606.25 |
| | | |
| **OTHER INCOME** | - | 95,452,893.00 |
| | | |
| **NET INCOME (LOSS)** | (663,108.93) | (747,573,995.15) |

Name of Debtor:    Abengoa Bioenergy Biomass of Kansas, LLC       Case Number    16-10446
Date of Petition: 3/23/2016

CURRENT
MONTH

| | | | |
|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | | $ 20,926,293.84 | (a) |
| 2. RECEIPTS | | | |
| A. Cash Sales | | - | |
| Minus: Cash Refunds | (-) | | |
| Net Cash Sales | | - | |
| B. Accounts Receivable | | - | |
| C. Other Receipts (See MOR-3) | | - | |
| ( Insurance Refund ) | | | |
| | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | | - | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | 20,926,293.84 | |
| | | | |
| 5. DISBURSEMENTS | | | |
| A. Advertising | | - | |
| B. Bank Charges | | - | |
| C. Contract Labor | | - | |
| D. Fixed Asset Payments (not incl. in "N") | | - | |
| E. Insurance | | - | |
| F. Inventory Payments (See Attach. 2) | | - | |
| G. Leases | | - | |
| H. Manufacturing Supplies | | - | |
| I. Office Supplies | | - | |
| J. Payroll - Net (See Attachment 4B) | | 41,363.85 | |
| K. Professional Fees (Accounting & Legal) | | 617,720.51 | |
| L. Rent | | - | |
| M. Repairs & Maintenance | | - | |
| N. Secured Creditor Payments (See Attach. 2) | | - | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | - | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | - | |
| Q. Taxes Paid - Other (See Attachment 4C) | | - | |
| R. Telephone | | - | |
| S. Travel & Entertainment | | - | |
| Y. U.S. Trustee Quarterly Fees | | - | |
| U. Utilities | | - | |
| V. Department of Energy Settlement | | - | |
| W. Other Operating Expenses (See MOR-3) | | - | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | 659,084.36 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | | $ 20,267,209.48 (c) | $ 20,267,209.48 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This _22_ day of _January_ 2018

(Signature)  _[signature]_

(a)This number is carried forward from last month's report. For the first report only, this number will be the
balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of
the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Treasury | $ - | $ 66.78 |
| AMEX Refund | $ - | $ 2.50 |
| Vendor Refund | $ - | $ 300.00 |
| Account Funded | $ - | $ 1,500.00 |
| Ocean Park | $ - | $ 13,683.81 |
| Pioneer Electric | $ - | $ 120,250.74 |
| First American Title | $ - | $ 43,903,059.02 |
| Insurance Refund | $ - | $ 118,699.00 |
| TOTAL OTHER RECEIPTS | $ - | $ 44,157,561.85 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties**
**directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Shared Services | $ - | $ 583,291.17 |
| Fund Cash Account | $ - | $ 12,495.00 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $ - | $ 595,786.17 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:       Abengoa Bioenergy Biomass of Kansas, LLC          Case Number:  16-10446

**REPORTING PERIOD BEGINNING   12/01/2017     AND ENDING   12/31/2017**

ACCOUNTS RECEIVABLE AT PETITION DATE:

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $          - | (a) |
| MINUS: Collection During the Month | $          - | (b) |
| PLUS/MINUS: Adjustments or Write-offs | | |
| End of Month Balance | $          - | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $          - | $          - | $          - | $          - | $          - |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be
   the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and
   Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:     Abengoa Bioenergy Biomass of Kansas, LLC     Case Number:        16-10446

Reporting Period beginning _____12/01/2017_____ And Ending _12/31/2017_

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| See Attached ( ABBK AP Sub 2 tab ) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | 141.03 (b) |

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

Opening Balance _____ (a)
    PLUS: New Indebtedness Incurred This Month _____
    MINUS: Amount Paid on Post Petition, _____
        Accounts Payable This Month _____
    PLUS/MINUS: Adjustments _____ *
Ending Month Balance _____ (c)

*For any adjustments provide explanation and supporting documentation, if applicable

## SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a
 modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee
 Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ (d) | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5l

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  Abengoa Bioenergy Biomass of Kansas, LLC      Case Number:      16-10446

Reporting Period beginning _____ 12/01/2017     And Ending _____ 12/31/2017

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $            17,413,370.00
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ - | (a) |
| PLUS: Inventory Purchased During Month | $ - | |
| MINUS: Inventory Used or Sold  $ | $ - | |
| PLUS/MINUS: Adjustments or Write-downs | $ - | |
| | $ - | |

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory | |
|---|---|---|---|---|---|---|
| 0% | 0% | 0% | 0% | = | | 0% |

* Aging Percentages must equal 100%.
☐  Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:      $ -              (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ - | (a) (b) |
| MINUS:  Depreciation Expense | | |
| PLUS:  New Purchases | $ - | |
| PLUS/MINUS: Adjustments or Write-downs | $ - | * |
| Ending Monthly Balance | $ - | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:     Abengoa Bioenergy Biomass of Kansas, LLC     Case Number:          16-10446

Reporting Period beginning _____12/01/2017_____ And Ending   12/31/2017_____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:     Amarillo                                          BRANCH:

                                                          ACCOUNT  NUMBER:          200735

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  20,264,921.77 | (a) |
| Plus Total Amount of Outstanding Deposits | $            - | |
| Minus Total Amount of Outstanding Checks and other debits | $            - | * |
| Minus Service Charges | $            - | |
| Ending Balance per Check Register | $  20,264,921.77 | ** (a) |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation:**


**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account


(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
     "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:     Abengoa Bioenergy Biomass of Kansas, LLC        Case Number:        16-10446

Reporting Period beginning     12/01/2017     And Ending     12/31/2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:        First National Bank                              BRANCH:

ACCOUNT NUMBER:        4290000202

PURPOSE OF ACCOUNT:        OPERATING

| | | | | |
|---|---|---|---|---|
| Ending Balance per Bank Statement | $ | 2,287.71 | (a) | $ 20,267,209.48 |
| Plus Total Amount of Outstanding Deposits | $ | - | | |
| Minus Total Amount of Outstanding Checks and other debits | $ | - | * | |
| Minus Service Charges | $ | - | | |
| Ending Balance per Check Register | $ | 2,287.71 | ** (a) | |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account

$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:          Abengoa Bioenergy Biomass of Kansas, LLC    Case Number:          16-10446

Reporting Period beginning 12/01/2017        And Ending    12/31/2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.

## Debtor does not have a separate payroll bank account, only uses operating checking account.

NAME OF BANK:    _____        BRANCH:  _____

ACCOUNT NAME:  _____        ACCOUNT NUMBER:  _____
PURPOSE OF ACCOUNT:        Payroll

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $    - _____ | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | $    - _____ | * |
| Minus Service Charges | $    - | |
| Ending Balance per Check Register | $    - _____ | ** (a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**
The following disbursements were paid by Cash:   ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:     Abengoa Bioenergy Biomass of Kansas, LLC        Case Number:        16-10446

Reporting Period beginning 12/01/2017        And Ending    12/31/2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.justice.gov/ust/r20/index.htm

### Debtor does not have a separate tax bank account, only uses operating checking account.

NAME OF BANK: _____        BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:                    Payroll

| | |
|---|---|
| Ending Balance per Bank Statement | $    -            |
| Plus Total Amount of Outstanding Deposits | _____ |
| Minus Total Amount of Oustanding Checks and other debits | $    -            * |
| Minus Service Charges | $    -            |
| Ending Balance per Check Register | $    -            ** (a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:   ( ☐ Check here if cash disbursements were authorized by
                                                United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| TOTAL | | | | $    -    (a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| NONE | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| TOTAL | $    -    (b) | | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)        $    -    (c)**

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:          Abengoa Bioenergy Biomass of Kansas, LLC          Case Number:          16-10446

Reporting Period beginning          12/01/2017          And Ending          12/31/2017

NAME OF BANK:          Amarillo National Bank

ACCOUNT NAME:          Abengoa Bioenergy Biomass of Kansas, LLC

ACCOUNT NUMBER:          200735

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| See Attached DIP Register | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $     - |

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:           Abengoa Bioenergy Biomass of Kansas, LLC       Case Number:      16-10446

Reporting Period beginning 12/01/2017    And Ending  12/31/2017

NAME OF BANK:       **N/A**                         BRANCH:

ACCOUNT NAME:                                  ACCOUNT NUMBER:

    **Debtor does not have a separate payroll bank account, only uses operating checking account.**
PURPOSE OF ACCOUNT:              Payroll

alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | AMOUNT | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | $     - |

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:     Abengoa Bioenergy Biomass of Kansas, LLC     Case Number:     16-10446

Reporting Period beginning 12/01/2017     And Ending     12/31/2017

NAME OF BANK:     **N/A**_____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:     TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | _____(d) |

**SUMMARY OF TAXES PAID**

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____ |
| TOTAL | _____(d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:     Abengoa Bioenergy Biomass of Kansas, LLC          Case Number 16-10446

Reporting Period beginning     12/01/2017     And Ending     12/31/2017

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales
tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                                          $     -

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  Abengoa Bioenergy Biomass of Kansas, LLC          Case Number:          16-10446

Reporting Period beginning      12/01/2017      And Ending    12/31/2017

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| GSL | Exec VP | Payroll and allowance | 20,906.98 |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 2 | 2 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 2 | 2 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

_____     Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc... Attach any relevant documents.