# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: } | | CASE NUMBER: 16-10446 |
| ABENGOA BIOENERGY BIOMASS OF } | | |
| KANSAS, LLC } | | |
| } | | JUDGE Robert E. Nugent |
| } | | |
| DEBTOR. } | | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM** 3/30/2018 **TO** 6/30/2018

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 8/6/2018

/s/ Michael A. VanNiel
Attorney for Liquidating Trustee

| Liquidating Trustee's Address | Attorney's Address |
|---|---|
| and Phone Number: | and Phone Number: |
| ABBK Liquidating Trust | Michael A. VanNiel |
| 32125 Solon Rd., STE 200 | BAKER & HOSTETLER LLP |
| Solon, OH 44139 | Key Tower |
| | 127 Public Square, Suite 2000 |
| Tel. 440/394-6152 | Cleveland, Ohio 44114-1214 |
| | Bar # OH 0073948 (admitted pro hac vice) |
| | Phone: (216) 621-0200 |

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| **TYPE of POLICY    and    CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| | | | |
| Misc. Professional Liability: Carrier - Crum & Foster | 3/30/18 - 3/30/19 | $10,275   Annual | None |
| Excess Professional Liability; Carrier - Great Ameerican | 3/30/18 - 3/30/19 | $2,000   Annual | None |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

During the reporting period, the Plan and Liquidating Trust Agreement were substantially consummated through, without limitation, the occurrence of following: the transfer of all property of the debtor to the ABBK Liquidating Trust; distributions of 100% to holders of Allowed Administrative Claims and Priority Claims; interim distributions of 50% to holders of Allowed Class 2 General Unsecured Claims; the withdrawal, pursuant to the terms of the releases contained in the Plan, of more than $850 million of claims asserted by the debtor in the Missouri bankruptcy cases of the debtor's affiliates; retention of consultants to assist the ABBK Liquidating Trustee's administration of the trust assets; and the entry by the ABBK Liquidating Trustee into a number of settlements with creditors to allow their claims in agreed amounts.

A final decree cannot be entered at this time because certain contested matters have not yet been finally resolved (*see* LBR 3022.1(b)(6)), specifically: (1) the ABBK Liquidating Trustee's objection to Claim No. 101 filed by Drivetrain, LLC remains pending and is currently stayed while the parties attempt to finalize a settlement of that claim; and (2) there are several appeals of orders of the United States Bankruptcy Court for the District of Kansas that were filed by Drivetrain, LLC and that remain pending in the United States District Court for the District of Kansas and the Tenth Circuit Court of Appeals. The ABBK Liquidating Trustee intends to promptly move for entry of a final decree after resolution of those open matters.

**Estimated Date of Filing the Application for Final Decree:** _SEE DETAIL ABOVE_____

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### Apr-18

| | |
|---|---|
| **Case Name:** | 16-10446 |
| **Debtor:** | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| **Date of Plan Confirmation:** | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 0.00 | $ 0.00 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 19,321,099.62 | $ 19,321,099.62 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 4,875.00 |
| (ii) | Federal Taxes | none | none |
| (iii) | State Taxes | none | none |
| (iv) | Other Taxes | none | none |
| b. | **All Other Operating Expenses:** | $ none | $ none |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 140,453.13 | $ 140,453.13 |
| (ii) | Priority Claims | | |
| (iii) | Class One | none | none |
| (iv) | Class Two | none | none |
| (v) | Class Three | none | none |
| (vi) | Class Four | none | none |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 145,328.13 | $ 145,328.13 |
| 1. | **CASH (End of Period)** | $ 19,175,771.49 | $ 19,175,771.49 |

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### May-18

| | |
|---|---|
| **Case Name:** | 16-10446 |
| **Debtor:** | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| **Date of Plan Confirmation:** | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 19,175,771.49 | $ 19,321,099.62 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 3,663.92 | $ 3,663.92 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ none | $ 4,875.00 |
| (ii) | Federal Taxes | none | none |
| (iii) | State Taxes | none | none |
| (iv) | Other Taxes | none | none |
| b. | **All Other Operating Expenses:** | $ none | $ none |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 842,195.03 | $ 982,648.16 |
| (ii) | Priority Claims | 95,464.65 | 95,464.65 |
| (iii) | Class One | none | none |
| (iv) | Class Two | 7,301,106.53 | 7,301,106.53 |
| (v) | Class Three | none | none |
| (vi) | Class Four | none | none |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 8,238,766.21 | $ 8,384,094.34 |
| 1. | **CASH (End of Period)** | $ 10,940,669.20 | $ 10,940,669.20 |

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### Jun-18

| | |
|---|---|
| **Case Name:** | 16-10446 |
| **Debtor:** | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| **Date of Plan Confirmation:** | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 10,940,669.20 | $ 19,321,099.62 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 1,181.82 | $ 4,845.74 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ none | $ 4,875.00 |
| (ii) | Federal Taxes | none | none |
| (iii) | State Taxes | none | none |
| (iv) | Other Taxes | none | none |
| b. | **All Other Operating Expenses:** | $ none | $ none |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 564,136.46 | $ 1,546,784.62 |
| (ii) | Priority Claims | | 95,464.65 |
| (iii) | Class One | none | none |
| (iv) | Class Two | 4,485,595.00 | 11,786,701.53 |
| (v) | Class Three | none | none |
| (vi) | Class Four | none | none |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 5,049,731.46 | $ 13,433,825.80 |
| 1. | **CASH (End of Period)** | $ 5,892,119.56 | $ 5,892,119.56 |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**

| Bank Account Information | Apr-18 Account #1 | May-18 Account #1 | Jun-18 Account #1 | |
|---|---|---|---|---|
| **Name of Bank:** | **KeyBank** | **KeyBank** | **KeyBank** | |
| **Account Number:** | **xxxxxxxx1654** | **xxxxxxxx1654** | **xxxxxxxx1654** | |
| **Purpose of Account (Operating/Payroll/Tax)** | **Main** | **Main** | **Main** | |
| **Type of Account (e.g. checking)** | **Checking** | **Checking** | **Checking** | |
| | | | | |
| 1.  **Balance per Bank Statement** | 19,175,771.49 | 10,940,669.20 | 5,892,119.56 | |
| 2.  **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | |
| 3.  **SUBTRACT**: Outstanding Checks | 40,641.82 | 2,132,231.80 | 889,691.79 | |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | |
| 5.  **Month End Balance** (Must Agree with Books) | 19,135,129.67 | 8,808,437.40 | 5,002,427.77 | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**





KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**April 30, 2018**
page 1 of 3

8862 1 AV 0.378 T29 P1 AUTO 1    T 573 00000 R EM T1   72597649
ABBK LIQUIDATING TRUST
MARK D KOZEL
32125 SOLON RD STE 200
SOLON OH 44139-3537

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

### KeyBank Business Interest Checking
ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---:|
| Beginning balance 4-2-18 | $0.00 |
| 1 Addition | +19,319,176.04 |
| 4 Subtractions | -121,616.31 |
| Interest paid | +1,923.58 |
| Net fees and charges | -80.00 |
| **Ending balance 4-30-18** | **$19,199,403.31** |

### Additions

| Deposits | Date | Serial # | Source | | Amount |
|---|---|---|---|---|---:|
| | 4-4 | 11209 | Wire Deposit | Abengoa Bioenerg 0735 | $19,319,176.04 |
| | | | **Total additions** | | **$19,319,176.04** |

### Subtractions

*Paper Checks*    * check missing from sequence

| Check | Date | Amount |
|---|---|---:|
| 7002 | 4-30 | $14,864.71 |

**Paper Checks Paid**    $14,864.71

| Withdrawals | Date | Serial # | Location | | Amount |
|---|---|---|---|---|---:|
| | 4-5 | 11128 | Wire Withdrawal | Britton Gallaghe 6296 | $12,275.00 |
| | 4-16 | | Intuit | Checksjorm | 402.82 |
| | 4-18 | 5095 | Wire Withdrawal | Baker & Hostetle 8806 | 94,073.78 |
| | | | **Total subtractions** | | **$121,616.31** |

3792

Case 16-10446    Doc# 1590    Filed 08/06/18    Page 7 of 20

## Interest earned

| | |
|---|---:|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 29 |
| Interest paid 4-30-18 | $1,923.58 |
| Interest earned this statement period | $1,923.58 |
| Interest paid year-to-date | $1,923.58 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 4-4-18 | Fedwire Service Charge | 1 | 20.00 | -$20.00 |
| 4-5-18 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 4-18-18 | Fedwire Service Charge | 1 | 30.00 | -30.00 |
| 4-30-18 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| 4-30-18 | Refund Paper Statement Fee | 1 | 3.00 | +3.00 |
| | **Fees and charges assessed this period** | | | **-$80.00** |

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---:|
| Previous Balance: | | | 19,319,176.04 |
|     Checks and Payments | 4 | Items | -121,616.31 |
|     Deposits and Other Credits | 0 | Items | 0.00 |
|     Service Charge | 1 | Item | -80.00 |
|     Interest Earned | 1 | Item | 1,923.58 |
| Ending Balance of Bank Statement: | | | 19,199,403.31 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---:|
| Cleared Balance: | | | 19,199,403.31 |
|     Checks and Payments | 4 | Items | -40,641.82 |
|     Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 5/8/2018: | | | 19,158,761.49 |
|     Checks and Payments | 0 | Items | 0.00 |
|     Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 19,158,761.49 |

## Uncleared Transaction Detail up to 5/8/2018

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| **Uncleared Checks and Payments** | | | | | | |
| 4/24/2018 | 7001 | U.S.Trustee Payment Cen... | Account 8361610446 - 1... | Trust Expenses:UST F... | | -4,875.00 |
| 4/30/2018 | 7003 | Baker & Hostetler LLP | Invoice 50496965 - ABB... | Trust Expenses:Trust ... | | -18,756.82 |
| 5/2/2018 | 7004 | Gerson Santos Leon | Retainer 4/1/18 - 6/30/18 | Trust Expenses:Trust I... | | -12,180.00 |
| 5/2/2018 | 7005 | Joseph Abkemeier | Retainer 4/1/18 - 6/30/18 | Trust Expenses:Trust I... | | -4,830.00 |
| **Total Uncleared Checks and Payments** | | | | 4 Items | | -40,641.82 |
| **Uncleared Deposits and Other Credits** | | | | | | |
| **Total Uncleared Deposits and Other Credits** | | | | 0 Items | | 0.00 |
| **Total Uncleared Transactions** | | | | 4 Items | | -40,641.82 |

Case 16-10446    Doc# 1590    Filed 08/06/18    Page 10 of 20



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
May 31, 2018
page 1 of 3

```
9538  1 AV 0.378  T28 P1  AUTO  74      T  573 00000 R EM T1  76050102
ABBK LIQUIDATING TRUST
MARK D KOZEL
32125 SOLON RD STE 200
SOLON OH  44139-3537
```



*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

---

### KeyBank Business Interest Checking

ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---:|
| Beginning balance 4-30-18 | $19,199,403.31 |
| 1 Addition | +1,593.46 |
| 74 Subtractions | -6,202,061.04 |
| Interest paid | +2,070.46 |
| **Ending balance 5-31-18** | **$13,001,006.19** |

### Additions

| Deposits Date | Serial # | Source | | Amount |
|---|---|---|---|---:|
| 5-8 | | Deposit | Branch 0030 Ohio | $1,593.46 |
| | | **Total additions** | | **$1,593.46** |

### Subtractions

*Paper Checks*      * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 7001 | 5-1 | $4,875.00 | *7021 | 5-25 | 800.00 | 7040 | 5-25 | 24,906.00 |
| *7003 | 5-4 | 18,756.82 | *7023 | 5-29 | 88,405.00 | 7041 | 5-25 | 10,625.00 |
| 7004 | 5-7 | 12,180.00 | 7024 | 5-29 | 3,453.00 | 7042 | 5-30 | 102,864.00 |
| 7005 | 5-7 | 4,830.00 | 7025 | 5-30 | 700.00 | 7043 | 5-29 | 301,172.00 |
| 7006 | 5-15 | 39.65 | *7028 | 5-30 | 1,430.00 | 7044 | 5-24 | 676.00 |
| 7007 | 5-14 | 48,600.00 | 7029 | 5-25 | 4,887.00 | *7046 | 5-25 | 26,608.00 |
| 7008 | 5-23 | 15,287.20 | 7030 | 5-25 | 20,763.00 | *7049 | 5-24 | 611,268.00 |
| *7010 | 5-24 | 200,335.00 | 7031 | 5-25 | 3,988.00 | 7050 | 5-30 | 260,283.00 |
| 7011 | 5-31 | 5,000.00 | 7032 | 5-30 | 893.00 | 7051 | 5-29 | 1,596.00 |
| 7012 | 5-30 | 58,000.00 | *7034 | 5-29 | 34,435.00 | 7052 | 5-24 | 2,800.00 |
| *7014 | 5-24 | 384,270.00 | 7035 | 5-24 | 1,886.00 | 7053 | 5-24 | 3,924.00 |
| 7015 | 5-24 | 2,266.00 | 7036 | 5-24 | 28,510.00 | *7055 | 5-31 | 2,350.00 |
| 7016 | 5-29 | 564,582.00 | 7037 | 5-24 | 99,534.00 | *7059 | 5-25 | 21,580.00 |
| *7018 | 5-29 | 404.00 | *7039 | 5-30 | 3,105.00 | 7060 | 5-24 | 10,860.00 |

Case 16-10446    Doc# 1590    Filed 08/06/18    Page 11 of 20

3730

## Subtractions
*(con't)*

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *7063 ✓ | 5-30 | 1,767.00 | *7085 ✓ | 5-25 | 6,556.00 | 7103 ✓ | 5-29 | 582,739.00 |
| *7066 ✓ | 5-29 | 388,954.00 | *7088 ✓ | 5-25 | 724.00 | 7104 ✓ | 5-31 | 3,053.00 |
| 7067 ✓ | 5-29 | 12,226.00 | 7089 ✓ | 5-24 | 10,900.00 | 7105 ✓ | 5-30 | 81,248.00 |
| 7068 ✓ | 5-30 | 64,267.00 | 7090 ✓ | 5-24 | 18,984.00 | *7108 ✓ | 5-22 | 146,275.00 |
| 7069 ✓ | 5-24 | 67,099.00 | *7092 ✓ | 5-24 | 399,898.00 | 7109 ✓ | 5-24 | 11,117.00 |
| 7070 ✓ | 5-29 | 7,300.00 | 7093 ✓ | 5-23 | 1,646.00 | 7110 ✓ | 5-24 | 789.00 |
| *7072 ✓ | 5-30 | 44,033.00 | 7094 ✓ | 5-24 | 814,183.00 | 7111 ✓ | 5-31 | 83,076.00 |
| 7073 ✓ | 5-29 | 37,185.00 | 7095 ✓ | 5-24 | 7,395.00 | *7113 ✓ | 5-29 | 291,891.11 |
| 7074 ✓ | 5-25 | 700.00 | *7099 ✓ | 5-30 | 1,093.00 | 7114 ✓ | 5-29 | 2,119.00 |
| *7079 ✓ | 5-31 | 16,342.00 | 7100 ✓ | 5-31 | 40,135.00 | 7115 ✓ | 5-29 | 205.26 |
| *7083 ✓ | 5-29 | 14,115.00 | *7102 ✓ | 5-31 | 50,320.00 | | | |

**Paper Checks Paid**          **$6,202,061.04**

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 31 |
| Interest paid 5-31-18 | $2,070.46 |
| Interest earned this statement period | $2,070.46 |
| Interest paid year-to-date | $3,994.04 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 5-31-18 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 5-31-18 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges this period** | | | **$0.00** |

Case 16-10446    Doc# 1590    Filed 08/06/18    Page 12 of 20

# Reconciliation Report

ABBK Trust  
6/7/2018

Page 1

## Reconciliation Summary

**BANK STATEMENT -- CLEARED TRANSACTIONS:**

| | | | |
|---|---|---|---|
| Previous Balance: | | | 19,199,403.31 |
|     Checks and Payments | 74 | Items | -6,202,061.04 |
|     Deposits and Other Credits | 2 | Items | 3,663.92 |
|     Service Charge | 0 | Items | 0.00 |
|     Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 13,001,006.19 |

**YOUR RECORDS -- UNCLEARED TRANSACTIONS:**

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 13,001,006.19 |
|     Checks and Payments | 44 | Items | -2,132,231.80 |
|     Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 6/7/2018: | | | 10,868,774.39 |
|     Checks and Payments | 0 | Items | 0.00 |
|     Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 10,868,774.39 |

# Reconciliation Report

ABBK Trust
6/7/2018

## Uncleared Transaction Detail up to 6/7/2018

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| **Uncleared Checks and Payments** | | | | | | |
| 5/18/2018 | 7009 | Air Diffusion Systems | Interim Distribution - Clai... | Trust Distributions:Gen... | | -361,379.00 |
| 5/18/2018 | 7013 | Anthem Blue Cross Blue S... | Intrerim Distribution - Cla... | Trust Distributions:Gen... | | -2,136.00 |
| 5/18/2018 | 7017 | BCI Propane LLC | Interim Distrbution - Clai... | Trust Distributions:Gen... | | -513.00 |
| 5/18/2018 | 7019 | BKD LLP | Intrerim Distribution - Cla... | Trust Distributions:Gen... | | -14,400.00 |
| 5/18/2018 | 7020 | Black Hills Energy | Interim Distribution - PO... | Trust Distributions:Gen... | | -237,309.00 |
| 5/18/2018 | 7022 | Brenntag Mid-South, Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -4,896.00 |
| 5/18/2018 | 7026 | Burns & McDonnell | Interim Distribution - Clai... | Trust Distributions:Gen... | | -5,351.00 |
| 5/18/2018 | 7027 | CB&I Environmental & Infr... | Interim Distribution - PO... | Trust Distributions:Gen... | | -13,334.00 |
| 5/18/2018 | 7033 | Compuweigh Corporation | Interim Distribution - Clai... | Trust Distributions:Gen... | | -5,889.00 |
| 5/18/2018 | 7038 | Deloitte & Touche, LLP | Interim Distribution - Clai... | Trust Distributions:Gen... | | -10,188.00 |
| 5/18/2018 | 7045 | Five D Supply, Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -228.00 |
| 5/18/2018 | 7047 | GE Oil & Gas Inc. | Interim Distribution - PO... | Trust Distributions:Gen... | | -35,925.00 |
| 5/18/2018 | 7048 | Ghumm's Auto Center, LLC | Interim Distribution - Clai... | Trust Distributions:Gen... | | -490.00 |
| 5/18/2018 | 7054 | IBT Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -6,640.00 |
| 5/18/2018 | 7056 | Ingersoll Rand Company | Interim Distribution - Clai... | Trust Distributions:Gen... | | -23,912.00 |
| 5/18/2018 | 7057 | Integrated Solutions, Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -3,521.00 |
| 5/18/2018 | 7058 | Interstate Chemical Comp... | Interim Distribution - Clai... | Trust Distributions:Gen... | | -72,771.00 |
| 5/18/2018 | 7061 | Kansas Association of Co... | Interim Distribution - Clai... | Trust Distributions:Gen... | | -9,600.00 |
| 5/18/2018 | 7062 | Kansas Department of He... | Interim Distrbution - Clai... | Trust Distributions:Gen... | | -520.00 |
| 5/18/2018 | 7064 | Larue Distributing Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -58.00 |
| 5/18/2018 | 7065 | Lotus Mixers, Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -3,421.00 |
| 5/18/2018 | 7071 | Mid States Supply | Interim Distribution - Clai... | Trust Distributions:Gen... | | -2,568.00 |
| 5/18/2018 | 7075 | Nalco Company | Interim Distribution - Clai... | Trust Distributions:Gen... | | -3,653.00 |
| 5/18/2018 | 7076 | Nuesynergy, Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -58.00 |
| 5/18/2018 | 7077 | Pacific Ag LLC | Interim Distribution - PO... | Trust Distributions:Gen... | | -379,332.00 |
| 5/18/2018 | 7078 | Perry Process Equipment ... | Administrative Claim - P... | Trust Distributions:Ad... | | -89,900.00 |
| 5/18/2018 | 7080 | Pinnacle Engineering Inc. | InterimDistribution - Clai... | Trust Distributions:Gen... | | -170,684.00 |
| 5/18/2018 | 7081 | Pioneer Electric Cooperati... | Interim Distribution - Clai... | Trust Distributions:Gen... | | -36,309.00 |
| 5/18/2018 | 7082 | Process Equipment & Con... | Interim Distribution - Clai... | Trust Distributions:Gen... | | -1,588.00 |
| 5/18/2018 | 7084 | Roquette America Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -100,941.00 |
| 5/18/2018 | 7086 | Satellite Shelters, Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -803.00 |
| 5/18/2018 | 7087 | Schendel Pest Services | Interim Distribution - Clai... | Trust Distributions:Gen... | | -1,703.00 |
| 5/18/2018 | 7091 | Simplex Grinnell LLP | Interim Distribution - Clai... | Trust Distributions:Gen... | | -3,065.00 |
| 5/18/2018 | 7096 | Terracon Consultants Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -241.00 |
| 5/18/2018 | 7097 | Terranol A/S | Interim Distribution - PO... | Trust Distributions:Gen... | | -127,500.00 |
| 5/18/2018 | 7098 | The Mop Squad LLC | Interim Distribution - Clai... | Trust Distributions:Gen... | | -6,840.00 |
| 5/18/2018 | 7101 | United Parcel Service | Interim Distribution - Clai... | Trust Distributions:Gen... | | -654.00 |
| 5/18/2018 | 7106 | West Salem Machinery | Interim Distribution - Clai... | Trust Distributions:Gen... | | -51,860.00 |
| 5/18/2018 | 7107 | Westair Gas & Equipment ... | Interim Distribution - Clai... | Trust Distributions:Gen... | | -9,390.00 |
| 5/18/2018 | 7112 | Joseph Abkemeier | KEIP Payment in full | Trust Distributions:KEI... | | -62,628.89 |
| 5/29/2018 | 7116 | Rebecca Prevost | Independent Contractor ... | Trust Expenses:Trust I... | | -3,770.00 |
| 5/30/2018 | 7117 | Baker & Hostetler LLP | Invoice 50505431 - April ... | Trust Expenses:Trust ... | | -194,368.10 |
| 6/6/2018 | 7118 | Armstrong Teasdale LLP | Twenty-Third and Twent... | Trust Expenses:Debtor... | | -51,381.38 |
| 6/7/2018 | 7119 | BDO USA LLP | Invoice 000980308, Cust... | Trust Expenses:Truste... | | -20,513.43 |
| **Total Uncleared Checks and Payments** | | | | 44 Items | | **-2,132,231.80** |

**Uncleared Deposits and Other Credits**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Uncleared Deposits and Other Credits** | | | | 0 Items | | **0.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Uncleared Transactions** | | | | 44 Items | | **-2,132,231.80** |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**June 30, 2018**
page 1 of 3

14192 1 AV 0.378  T51 P2  AUTO  35    T  573 00000 R EM T1   79520704
ABBK LIQUIDATING TRUST
MARK D KOZEL
32125 SOLON RD STE 200
SOLON OH  44139-3537



*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

**KeyBank Business Interest Checking**
ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---:|
| Beginning balance 5-31-18 | $13,001,006.19 |
| 36 Subtractions | -6,392,257.16 |
| Interest paid | +1,181.82 |
| Net fees and charges | -30.00 |
| **Ending balance 6-30-18** | **$6,609,900.85** |

## Subtractions

*Paper Checks*       * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 7009 | 6-1 | $361,379.00 | *7058 | 6-18 | 72,771.00 | *7096 | 6-19 | 241.00 |
| *7013 | 6-13 | 2,136.00 | *7061 | 6-12 | 9,600.00 | 7097 | 6-21 | 127,500.00 |
| *7017 | 6-4 | 513.00 | 7062 | 6-15 | 520.00 | *7101 | 6-19 | 654.00 |
| *7019 | 6-25 | 14,400.00 | *7064 | 6-6 | 58.00 | *7107 | 6-6 | 9,390.00 |
| 7020 | 6-7 | 237,309.00 | *7071 | 6-14 | 2,568.00 | *7112 | 6-1 | 62,628.89 |
| *7022 | 6-5 | 4,896.00 | *7075 | 6-14 | 3,653.00 | *7116 | 6-14 | 3,770.00 |
| *7026 | 6-27 | 5,351.00 | 7076 | 6-14 | 58.00 | 7117 | 6-5 | 194,368.10 |
| 7027 | 6-7 | 13,334.00 | 7077 | 6-4 | 379,332.00 | 7118 | 6-11 | 51,381.38 |
| *7045 | 6-20 | 228.00 | 7078 | 6-21 | 89,900.00 | 7119 | 6-11 | 20,513.43 |
| *7048 | 6-7 | 490.00 | *7084 | 6-1 | 100,941.00 | *7121 | 6-28 | 12,180.00 |
| *7054 | 6-4 | 6,640.00 | *7086 | 6-1 | 803.00 | *7123 | 6-28 | 155,937.36 |
| *7056 | 6-1 | 23,912.00 | 7087 | 6-6 | 1,703.00 | | | |

**Paper Checks Paid**       **$1,971,059.16**

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 6-25 | 7989 | Wire Withdrawal Greenberg Trauri 6255 | $4,421,198.00 |
| | | | **Total subtractions** | **$6,392,257.16** |

**Interest earned**

| | |
|---|---:|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 30 |
| Interest paid 6-29-18 | $1,181.82 |
| Interest earned this statement period | $1,181.81 |
| Interest paid year-to-date | $5,175.86 |

**Fees and charges**

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 6-25-18 | Fedwire Service Charge | 1 | 30.00 | -$30.00 |
| 6-29-18 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| 6-29-18 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges assessed this period** | | | **-$30.00** |

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Previous Balance: | | | 13,001,006.19 |
| Checks and Payments | 36 | Items | -6,392,257.16 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Service Charge | 1 | Item | -30.00 |
| Interest Earned | 1 | Item | 1,181.82 |
| Ending Balance of Bank Statement: | | | 6,609,900.85 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 6,609,900.85 |
| Checks and Payments | 19 | Items | -889,691.79 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 7/30/2018: | | | 5,720,209.06 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 5,720,209.06 |

# ABBK

ABBK Trust  
7/30/2018

Page 2

## Uncleared Transaction Detail up to 7/30/2018

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| **Uncleared Checks and Payments** | | | | | | |
| 5/18/2018 | 7033 | Compuweigh Corporation | Interim Distribution - Clai... | Trust Distributions:Gen... | | -5,889.00 |
| 5/18/2018 | 7038 | Deloitte & Touche, LLP | Interim Distribution - Clai... | Trust Distributions:Gen... | | -10,188.00 |
| 5/18/2018 | 7047 | GE Oil & Gas Inc. | Interim Distribution - PO... | Trust Distributions:Gen... | | -35,925.00 |
| 5/18/2018 | 7057 | Integrated Solutions, Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -3,521.00 |
| 5/18/2018 | 7065 | Lotus Mixers, Inc. | Interim Distribution - Clai... | Trust Distributions:Gen... | | -3,421.00 |
| 5/18/2018 | 7080 | Pinnacle Engineering Inc. | InterimDistribution - Clai... | Trust Distributions:Gen... | | -170,684.00 |
| 5/18/2018 | 7081 | Pioneer Electric Cooperati... | Interim Distribution - Clai... | Trust Distributions:Gen... | | -36,309.00 |
| 5/18/2018 | 7082 | Process Equipment & Con... | Interim Distribution - Clai... | Trust Distributions:Gen... | | -1,588.00 |
| 5/18/2018 | 7091 | Simplex Grinnell LLP | Interim Distribution - Clai... | Trust Distributions:Gen... | | -3,065.00 |
| 5/18/2018 | 7098 | The Mop Squad LLC | Interim Distribution - Clai... | Trust Distributions:Gen... | | -6,840.00 |
| 5/18/2018 | 7106 | West Salem Machinery | Interim Distribution - Clai... | Trust Distributions:Gen... | | -51,860.00 |
| 6/25/2018 | 7120 | Securitas Security Services | Interim Distribution - PO... | Trust Distributions:Gen... | | -64,397.00 |
| 6/25/2018 | 7122 | Joseph Abkemeier | Retainer - 7/1/18 - 9/30/18 | Trust Expenses:Trust I... | | -4,830.00 |
| 6/26/2018 | 7124 | DLA Piper LLP (US) | Final Fee Application - D... | Trust Expenses:Debtor... | | -185,301.87 |
| 6/27/2018 | 7125 | Drinker Biddle & Reath LLP | Final Fee Application - D... | Trust Expenses:Debtor... | | -133,640.48 |
| 6/28/2018 | 7126 | St. Louis Record Center | Invoice 180360 - Custo... | Trust Expenses:Recor... | | -321.94 |
| 7/2/2018 | 7127 | Abengoa Liquidating Trust | Per Stipulation and Settl... | Trust Distributions:Ad... | | -155,000.00 |
| 7/30/2018 | 7128 | Joseph Abkemeier | Services in excess of Qu... | Trust Expenses:Trust I... | | -4,387.50 |
| 7/30/2018 | 7129 | DLA Piper LLP (US) | Invoices 3631901 & 361... | Trust Expenses:Trust ... | | -12,523.00 |
| Total Uncleared Checks and Payments | | | | 19 Items | | -889,691.79 |
| | | | | | | |
| **Uncleared Deposits and Other Credits** | | | | | | |
| Total Uncleared Deposits and Other Credits | | | | 0 Items | | 0.00 |
| | | | | | | |
| Total Uncleared Transactions | | | | 19 Items | | -889,691.79 |

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | KeyBank |
|---|---|
| Account Number | xxxxxxxx1654 |
| Purpose of Account (Operating/Payroll/Personal) | Main |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 4/5/2018 | Britton Gallagher | Insurance premiums | -12,275.00 |
| EFT | 4/16/2018 | Intuit | Checks, envelopes | -402.82 |
| EFT | 4/18/2018 | Baker & Hostetler LLP Client Trust Account | January 2018 Fees & Expenses | -94,073.78 |
| 7001 | 4/24/2018 | U.S.Trustee Payment Center | Account 8361610446 - 1Q 2018 | -4,875.00 |
| 7002 | 4/26/2018 | Armstrong Teasdale LLP | Twenty-First and Twenty-Second Monthly Applications | -14,864.71 |
| | 4/30/2018 | Service Charge | Wire charges | -80.00 |
| 7003 | 4/30/2018 | Baker & Hostetler LLP | Invoice 50496965 - ABBK Liquidating Trust | -18,756.82 |
| 7004 | 5/2/2018 | Gerson Santos Leon | Retainer 4/1/18 - 6/30/18 | -12,180.00 |
| 7005 | 5/2/2018 | Joseph Abkemeier | Retainer 4/1/18 - 6/30/18 | -4,830.00 |
| 7006 | 5/10/2018 | Paychex LOC# 63 | Invoice 561780 - Abengoa Bioenergy Biomass of Kansas LLC E471 | -39.65 |
| 7007 | 5/10/2018 | BDO USA LLP | Invoice 000969016 - Customer # 0338101 | -48,600.00 |
| 7008 | 5/16/2018 | DLA Piper LLP (US) | Fees & Expenses - January 2018 - ABBK - Docket 1382 | -15,287.20 |
| 7009 | 5/18/2018 | Air Diffusion Systems | Interim Distribution - Claim F11 | -361,379.00 |
| 7010 | 5/18/2018 | Alfa Laval Inc. | Interim Distribution - POC #44 | -200,335.00 |
| 7011 | 5/18/2018 | America's Central Port | Interim Distribution - Claim F-14 | -5,000.00 |
| 7012 | 5/18/2018 | Andritz Separation Inc. | Priority Claim Payment - POC#56 | -58,000.00 |
| 7013 | 5/18/2018 | Anthem Blue Cross Blue Shield | Intrerim Distribution - Claim F-16 | -2,136.00 |
| 7014 | 5/18/2018 | Argo Partners | Interim Distribution - POC's 16 & 55 | -384,270.00 |
| 7015 | 5/18/2018 | Assurant Employee Benefits | Interim Distribution - Claim F-18 | -2,266.00 |
| 7016 | 5/18/2018 | Baker Corp. | Interim Distribution - Claim F-19 | -564,582.00 |
| 7017 | 5/18/2018 | BCI Propane LLC | Interim Distrbution - Claim F-20 | -513.00 |
| 7018 | 5/18/2018 | Bion Analytical Standards LLC | Interim Distribution - POC #37 | -404.00 |
| 7019 | 5/18/2018 | BKD LLP | Intrerim Distribution - Claim F-24 | -14,400.00 |
| 7020 | 5/18/2018 | Black Hills Energy | Interim Distribution - POC #61 | -237,309.00 |
| 7021 | 5/18/2018 | BRB Contractors, Inc. | Interim Distribution - Claim F-30 | -800.00 |
| 7022 | 5/18/2018 | Brenntag Mid-South, Inc. | Interim Distribution - Claim F-31 | -4,896.00 |
| 7023 | 5/18/2018 | Brent Inkelaar | Administrative & General Unsecured Claim - POC #86 | -88,405.00 |
| 7024 | 5/18/2018 | Building Controls & Services | Interim Distribution - POC #14 | -3,453.00 |
| 7025 | 5/18/2018 | Bultman Tire, Inc. | Interim Distribution - Claim F-33 | -700.00 |
| 7026 | 5/18/2018 | Burns & McDonnell | Interim Distribution - Claim F-34 | -5,351.00 |
| 7027 | 5/18/2018 | CB&I Environmental & Infrastructure | Interim Distribution - POC #75 | -13,334.00 |
| 7028 | 5/18/2018 | CF Service and Supply LLC | INterim Distribution - Claim F-36 | -1,430.00 |
| 7029 | 5/18/2018 | Chemtreat Inc. | Interim Distribution - Claim F-37 | -4,887.00 |
| 7030 | 5/18/2018 | Cintas Corporation | Interim Distribution - Claim F-38 | -20,763.00 |
| 7031 | 5/18/2018 | City of Hugoton | Interim Distribution - Claim F-39 | -3,988.00 |
| 7032 | 5/18/2018 | Clean Harbors Environmental | Interim Distribution - Claim F-40 | -893.00 |
| 7033 | 5/18/2018 | Compuweigh Corporation | Interim Distribution - Claim F-43 | -5,889.00 |
| 7034 | 5/18/2018 | Conney Safety Products, LLC | Interim Distribution - Claim F-44 | -34,435.00 |
| 7035 | 5/18/2018 | Control-Tech, Inc. | Interim Distribution - Claim F-45 | -1,886.00 |
| 7036 | 5/18/2018 | CRG Financial LLC | Interim Distribution - POC #19 | -28,510.00 |
| 7037 | 5/18/2018 | Danny Allison | Administrative & Interim Unsecured Distributions | -99,534.00 |
| 7038 | 5/18/2018 | Deloitte & Touche, LLP | Interim Distribution - Claim F-48 | -10,188.00 |
| 7039 | 5/18/2018 | DeWine Mechanical Inc. | Interim Distribution - POC #24 | -3,105.00 |
| 7040 | 5/18/2018 | DXP Enterprises Inc. d/b/a Precision | Interim Distribution - Claim F-51 | -24,906.00 |
| 7041 | 5/18/2018 | Economy Power & Instrument, Inc. | Interim Distribution - Claim F-52 | -10,625.00 |
| 7042 | 5/18/2018 | Enpro, Inc. | Interim Distribution - Claim F-55 | -102,864.00 |
| 7043 | 5/18/2018 | Equipment Pro, Inc. | Interim Distribution - POC #25 | -301,172.00 |
| 7044 | 5/18/2018 | Evansville Welding Supply LLC | Interim Distribution - POC #64 | -676.00 |
| 7045 | 5/18/2018 | Five D Supply, Inc. | Interim Distribution - Claim F-60 | -228.00 |
| 7046 | 5/18/2018 | Garrison Minerals LLC | Interim Distribution - Claim F-62 | -26,608.00 |
| 7047 | 5/18/2018 | GE Oil & Gas Inc. | Interim Distribution - POC #82 | -35,925.00 |
| 7048 | 5/18/2018 | Ghumm's Auto Center, LLC | Interim Distribution - Claim F-66 | -490.00 |
| 7049 | 5/18/2018 | Greg Morris | Interim Distribution - POC #89 | -611,268.00 |
| 7050 | 5/18/2018 | Hain Capital Investors LLC | Interim Distribution - POC #33 & 83 | -260,283.00 |
| 7051 | 5/18/2018 | Halo Branded Solutions | Interim Distribution - Claim F-67 | -1,596.00 |
| 7052 | 5/18/2018 | Hammel Scale Co., Inc. | Interim Distribution - Claim F-68 | -2,800.00 |
| 7053 | 5/18/2018 | Husch Blackwell LLP | Interim Distribution - POC #13 | -3,924.00 |
| 7054 | 5/18/2018 | IBT Inc. | Interim Distribution - Claim F-70 | -6,640.00 |
| 7055 | 5/18/2018 | Illinois Electric Works | Interim Distribution - Claim F-72 | -2,350.00 |
| 7056 | 5/18/2018 | Ingersoll Rand Company | Interim Distribution - Claim F-73 | -23,912.00 |
| 7057 | 5/18/2018 | Integrated Solutions, Inc. | Interim Distribution - Claim F-74 | -3,521.00 |
| 7058 | 5/18/2018 | Interstate Chemical Company Inc. | Interim Distribution - Claim F-75 | -72,771.00 |
| 7059 | 5/18/2018 | JCI Industries, Inc. | Interim Distribution - Claim F-76 | -21,580.00 |
| 7060 | 5/18/2018 | John Zink Co., LLC | Interim Distribution - POC #20 | -10,860.00 |
| 7061 | 5/18/2018 | Kansas Association of Conservation | Interim Distribution - Claim F-78 | -9,600.00 |
| 7062 | 5/18/2018 | Kansas Department of Health & Environment | Interim Distribution - Claim F-79 | -520.00 |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 7063 | 5/18/2018 | Knipp Equipment, Inc. d/b/a Kansas | Interim Distribution - Claim F-81 | -1,767.00 |
| 7064 | 5/18/2018 | Larue Distributing Inc. | Interim Distribution - Claim F-82 | -58.00 |
| 7065 | 5/18/2018 | Lotus Mixers, Inc. | Interim Distribution - Claim F-83 | -3,421.00 |
| 7066 | 5/18/2018 | LRC Energy | Interim Distribution - POC #18 | -388,954.00 |
| 7067 | 5/18/2018 | Luminate LLC | Interim Distribution - Claim F86 | -12,226.00 |
| 7068 | 5/18/2018 | Madden Oil Company | Interim Distribution - POC #98 | -64,267.00 |
| 7069 | 5/18/2018 | Martin Westerhuis | Administrative & Interim General Unsecured Payment - POC #84 | -67,099.00 |
| 7070 | 5/18/2018 | McCandish Holton PC | Interim Distribution - POC #58 | -7,300.00 |
| 7071 | 5/18/2018 | Mid States Supply | Interim Distribution - Claim F-91 | -2,568.00 |
| 7072 | 5/18/2018 | Midland Scientific Inc. | Interim Distribution - POC #49 | -44,033.00 |
| 7073 | 5/18/2018 | Missouri Kansas Supply Co. Inc. | Interim Distribution - Claim F-93 | -37,185.00 |
| 7074 | 5/18/2018 | MSDSonline, Inc. | Interim Distriubtion - Claim F-94 | -700.00 |
| 7075 | 5/18/2018 | Nalco Company | Interim Distribution - Claim F-95 | -3,653.00 |
| 7076 | 5/18/2018 | Nuesynergy, Inc. | Interim Distribution - Claim F-96 | -58.00 |
| 7077 | 5/18/2018 | Pacific Ag LLC | Interim Distribution - POC #91 | -379,332.00 |
| 7078 | 5/18/2018 | Perry Process Equipment Limited | Administrative Claim - POC #87 | -89,900.00 |
| 7079 | 5/18/2018 | Phibrochem, Inc. | Interim Distribution - Claim F-97 | -16,342.00 |
| 7080 | 5/18/2018 | Pinnacle Engineering Inc. | InterimDistribution - Claim F-98 | -170,684.00 |
| 7081 | 5/18/2018 | Pioneer Electric Cooperative, Inc. | Interim Distribution - Claim F-100 | -36,309.00 |
| 7082 | 5/18/2018 | Process Equipment & Controls, Inc. | Interim Distribution - Claim F-101 | -1,588.00 |
| 7083 | 5/18/2018 | Pumping Solutions Inc. | Interim Distribution - POC #74 | -14,115.00 |
| 7084 | 5/18/2018 | Roquette America Inc. | Interim Distribution - Claim F-104 | -100,941.00 |
| 7085 | 5/18/2018 | Sanders Products Inc. | Interim Distribution - Claim F-105 | -6,556.00 |
| 7086 | 5/18/2018 | Satellite Shelters, Inc. | Interim Distribution - Claim F-106 | -803.00 |
| 7087 | 5/18/2018 | Schendel Pest Services | Interim Distribution - Claim F-109 | -1,703.00 |
| 7088 | 5/18/2018 | Scheopner's Water Conditioning LLC | Interim Distribution - Claim F-110 | -724.00 |
| 7089 | 5/18/2018 | Scicorp International Corp. | Interim Distribution - Claim F-111 | -10,900.00 |
| 7090 | 5/18/2018 | Servi-Tech Laboratories | Interim Distribution - Claim F-113 | -18,984.00 |
| 7091 | 5/18/2018 | Simplex Grinnell LLP | Interim Distribution - Claim F-116 | -3,065.00 |
| 7092 | 5/18/2018 | Spikes Brothers, LLC | Interim Distribution - POC #90 | -399,898.00 |
| 7093 | 5/18/2018 | Staples Advantage | Interim Distribution - Claim F117 | -1,646.00 |
| 7094 | 5/18/2018 | Stoppel Dirt, Inc. | Interim Distribution - POC #67 | -814,183.00 |
| 7095 | 5/18/2018 | Tatro Plumbing Co., Inc. | Interim Distribution - Claim F-123 | -7,395.00 |
| 7096 | 5/18/2018 | Terracon Consultants Inc. | Interim Distribution - Claim F-124 | -241.00 |
| 7097 | 5/18/2018 | Terranol A/S | Interim Distribution - POC #80 | -127,500.00 |
| 7098 | 5/18/2018 | The Mop Squad LLC | Interim Distribution - Claim F-125 | -6,840.00 |
| 7099 | 5/18/2018 | The Print Source, Inc. | Interim Distribution - Claim F-126 | -1,093.00 |
| 7100 | 5/18/2018 | Tramco Inc. | Interim Distribution - Claim F-128 | -40,135.00 |
| 7101 | 5/18/2018 | United Parcel Service | Interim Distribution - Claim F-132 | -654.00 |
| 7102 | 5/18/2018 | Univar USA Inc. | Interim Distribution - POC #40 | -50,320.00 |
| 7103 | 5/18/2018 | Varilease Finance Inc. | Interim Distribution - POC #17; Admin - POC #92 | -582,739.00 |
| 7104 | 5/18/2018 | Vega Americas Inc. | Interim Distribution - Claim F-134 | -3,053.00 |
| 7105 | 5/18/2018 | VonWin Capital Management LP | Interim Distribution - POC #99 | -81,248.00 |
| 7106 | 5/18/2018 | West Salem Machinery | Interim Distribution - Claim F-138 | -51,860.00 |
| 7107 | 5/18/2018 | Westair Gas & Equipment LP | Interim Distribution - Claim F-139 | -9,390.00 |
| 7108 | 5/18/2018 | Western Reserve Water Systems | Interim Distribution - POC #62 | -146,275.00 |
| 7109 | 5/18/2018 | Wiese USA Inc. | Interim Distribution - Claim F-141 | -11,117.00 |
| 7110 | 5/18/2018 | York Printing Co. & Copy Center | Interim Distribution - Claim F-143 | -789.00 |
| 7111 | 5/18/2018 | Zurich American Insurance Co. | Interim Distribution - POC #50 | -83,076.00 |
| 7112 | 5/18/2018 | Joseph Abkemeier | KEIP Payment in full | -62,628.89 |
| 7113 | 5/18/2018 | Gerson Santos Leon | KEIP Payment in full | -291,891.11 |
| 7114 | 5/23/2018 | Affinity Law Group, LLC | re: Abengoa Bioenergy US Holding, LLC | -2,119.00 |
| 7115 | 5/24/2018 | St. Louis Record Center | Records Storage - 8/1/18 - 10/31/18 - Invoice 180296 | -205.26 |
| 7116 | 5/29/2018 | Rebecca Prevost | Independent Contractor Services - 4/1/18 thrugh 5/26/18 | -3,770.00 |
| 7117 | 5/30/2018 | Baker & Hostetler LLP | Invoice 50505431 - April 2018 services | -194,368.10 |
| 7118 | 6/6/2018 | Armstrong Teasdale LLP | Twenty-Third and Twenty-Fourth Monthly Applications | -51,381.38 |
| 7119 | 6/7/2018 | BDO USA LLP | Invoice 000980308, Customer # 0338101 | -20,513.43 |
| EFT | 6/25/2018 | Greenberg Traurig P.A. Trust Account | re: Greensill Claim Interim Payment | -4,421,198.00 |
|  | 6/25/2018 | Service Charge | Wire Fee | -30.00 |
| 7120 | 6/25/2018 | Securitas Security Services | Interim Distribution - POC #39 | -64,397.00 |
| 7121 | 6/25/2018 | Gerson Santos Leon | Retainer - 7/1/18 - 9/30/18 | -12,180.00 |
| 7122 | 6/25/2018 | Joseph Abkemeier | Retainer - 7/1/18 - 9/30/18 | -4,830.00 |
| 7123 | 6/25/2018 | Baker & Hostetler LLP | May 2018 Fees & Expenses - Invoice 50515601 | -155,937.36 |
| 7124 | 6/26/2018 | DLA Piper LLP (US) | Final Fee Application - Docket 1564 | -185,301.87 |
| 7125 | 6/27/2018 | Drinker Biddle & Reath LLP | Final Fee Application - Docket 1566 | -133,640.48 |
| 7126 | 6/28/2018 | St. Louis Record Center | Invoice 180360 - Customer 0208 | -321.94 |
|  |  |  | TOTAL | -13,433,825.80 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Not Applicable**