# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: } | | CASE NUMBER: 16-10446 |
| ABENGOA BIOENERGY BIOMASS OF } | | |
| KANSAS, LLC } | | |
| } | | JUDGE Robert E. Nugent |
| } | | |
| DEBTOR. } | | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM** 10/1/2018 **TO** 12/31/2018

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 1/30/2019

/s/ Michael A. VanNiel
Attorney for Liquidating Trustee

**Liquidating Trustee's Address**
**and Phone Number:**
ABBK Liquidating Trust
8586 Rosewood Lane
Mentor, OH 44060

Tel. 216/533-5313

**Attorney's Address**
**and Phone Number:**
Michael A. VanNiel
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Bar # OH 0073948 (admitted pro hac vice)
Phone: (216) 621-0200

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| Misc. Professional Liability: Carrier - Crum & Foster | 3/30/18 - 3/30/19 | $10,275   Annual | None |
| Excess Professional Liability; Carrier - Great Ameerican | 3/30/18 - 3/30/19 | $2,000   Annual | None |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

During the reporting period, the Plan and Liquidating Trust Agreement were substantially consummated through, without limitation, the occurrence of following: the agreement with Drivetrain and the District Court concerning certain matters pending in that court which have not gone forward, and the submission of pleadings in the Appellate Court in a second appeal by Drivetrain, LLC of the Mootness ruling by the District Court.

A final decree cannot be entered at this time because certain contested matters have not yet been finally resolved (*see* LBR 3022.1(b)(6)), specifically: there are several appeals of orders of the United States Bankruptcy Court for the District of Kansas that were filed by Drivetrain, LLC and that remain pending in the Tenth Circuit Court of Appeals. The ABBK Liquidating Trustee intends to promptly move for entry of a final decree after resolution of those open matters.

**Estimated Date of Filing the Application for Final Decree: _SEE DETAIL ABOVE_____**

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### Oct-18

| | |
|---|---|
| **Case Name:** | 16-10446 |
| **Debtor:** | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| **Date of Plan Confirmation:** | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | **Monthly** | **Post Confirmation Total** |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | | $ 2,315,793.10 | $ 19,319,176.04 |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 312.17 | $ 8,979.57 |
| 3. | **DISBURSEMENTS** | | | |
| | a. **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 37,523.30 | $ 176,736.55 |
| | (ii) | Federal Taxes | none | none |
| | (iii) | State Taxes | none | none |
| | (iv) | Other Taxes | none | none |
| | b. **All Other Operating Expenses:** | | $ none | $ none |
| | c. **Plan Payments:** | | | |
| | (i) | Administrative Claims | $ 222,258.50 | $ 2,561,513.40 |
| | (ii) | Priority Claims | 0.00 | 95,464.65 |
| | (iii) | Class One | 0.00 | 0.00 |
| | (iv) | Class Two | 1,588.00 | 14,439,705.54 |
| | (v) | Class Three | none | none |
| | (vi) | Class Four | none | none |
| | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | $ 261,369.80 | $ 17,273,420.14 |
| | | | 0.00 | 0.00 |
| 1. | **CASH (End of Period)** | | $ 2,054,735.47 | $ 2,054,735.47 |
| | | | | 0.00 |

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### Nov-18

| | |
|---|---|
| **Case Name:** | 16-10446 |
| **Debtor:** | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| **Date of Plan Confirmation:** | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Monthly | Post Confirmation Total |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | | $ 2,054,735.47 | $ 19,319,176.04 |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 244.25 | $ 8,979.57 |
| 3. | **DISBURSEMENTS** | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 0.00 | $ 176,736.55 |
| | (ii) | Federal Taxes | none | none |
| | (iii) | State Taxes | none | none |
| | (iv) | Other Taxes | none | none |
| b. | **All Other Operating Expenses:** | | $ none | $ none |
| c. | **Plan Payments:** | | | |
| | (i) | Administrative Claims | $ 69,571.56 | $ 2,631,084.96 |
| | (ii) | Priority Claims | 0.00 | 95,464.65 |
| | (iii) | Class One | 0.00 | 0.00 |
| | (iv) | Class Two | 0.00 | 14,439,705.54 |
| | (v) | Class Three | none | none |
| | (vi) | Class Four | none | none |
| | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | $ 69,571.56 | $ 17,342,991.70 |
| | | | 0.00 | 0.00 |
| 1. | **CASH (End of Period)** | | $ 1,985,408.16 | $ 1,985,163.91 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**  **ATTACHMENT NO. 2**

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### Dec-18

| | |
|---|---|
| Case Name: | 16-10446 |
| Debtor: | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| Date of Plan Confirmation: | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 1,985,408.16 | $ 19,319,176.04 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 243.39 | $ 9,467.21 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 0.00 | $ 176,736.55 |
| (ii) | Federal Taxes | none | none |
| (iii) | State Taxes | none | none |
| (iv) | Other Taxes | none | none |
| b. | **All Other Operating Expenses:** | $ none | $ none |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 25,000.12 | $ 2,656,085.08 |
| (ii) | Priority Claims | 0.00 | 95,464.65 |
| (iii) | Class One | 0.00 | none |
| (iv) | Class Two* | -94,371.00 | 14,345,334.54 |
| (v) | Class Three | none | none |
| (vi) | Class Four | none | none |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ -69,370.88 | $ 17,273,620.82 |
| | | 0.00 | 0.00 |
| 1. | **CASH (End of Period)** | $ 2,055,022.43 | $ 2,055,022.43 |

\* reflects stale dated checks cancelled and funds returned to available cash

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**

| Bank Account Information | <u>Oct-18</u> Account #1 | <u>Nov-18</u> Account #1 | <u>Dec-18</u> Account #1 | |
|---|---|---|---|---|
| **Name of Bank:** | **KeyBank** | **KeyBank** | **KeyBank** | |
| **Account Number:** | **xxxxxxxx1654** | **xxxxxxxx1654** | **xxxxxxxx1654** | |
| **Purpose of Account (Operating/Payroll/Tax)** | **Main** | **Main** | **Main** | |
| **Type of Account (e.g. checking)** | **Checking** | **Checking** | **Checking** | |
| | | | | |
| 1. **Balance per Bank Statement** | 2,217,684.74 | 2,195,693.48 | 2,081,358.56 | |
| 2. **ADD**: Deposits not credited | | | | |
| 3. **SUBTRACT**: Outstanding Checks | 78,766.27 | 128,231.72 | 26,336.13 | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 2,138,918.47 | 2,067,461.76 | 2,055,022.43 | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**


KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885



**Business Banking Statement**
October 31, 2018
page 1 of 3



8065 1 AV 0.378 T25 P1 AUTO 92    T 573 00000 R EM T1    94628004

ABBK LIQUIDATING TRUST
MARK D KOZEL
32125 SOLON RD STE 200
SOLON OH  44139-3537

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyBank Business Interest Checking**
ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---:|
| Beginning balance 9-30-18 | $5,028,651.30 |
| 92 Subtractions | -2,811,278.73 |
| Interest paid | +312.17 |
| **Ending balance 10-31-18** | **$2,217,684.74** |

## Subtractions

*Paper Checks*        * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 7146 | 10-1 | $81,352.24 | 7171 | 10-1 | 424.46 | 7197 | 10-2 | 2,444.66 |
| 7147 | 10-3 | 45,098.66 | 7172 | 10-2 | 6,418.12 | 7198 | 10-15 | 2,931.18 |
| 7148 | 10-2 | 1,125.58 | 7173 | 10-2 | 19,598.26 | 7199 | 10-18 | 117.06 |
| 7149 | 10-9 | 480.95 | *7175 | 10-10 | 699.04 | 7200 | 10-2 | 397.75 |
| 7150 | 10-3 | 86,505.21 | 7176 | 10-9 | 5,606.83 | 7201 | 10-2 | 87,559.78 |
| 7151 | 10-9 | 510.11 | 7177 | 10-3 | 2,391.86 | 7202 | 10-2 | 2,752.36 |
| 7152 | 10-18 | 127,096.39 | 7178 | 10-2 | 23,156.30 | 7203 | 10-15 | 14,467.53 |
| 7153 | 10-15 | 115.58 | 7179 | 10-1 | 67,798.50 | 7204 | 10-1 | 12,296.79 |
| 7154 | 10-1 | 90.86 | 7180 | 10-2 | 152.26 | 7205 | 10-2 | 1,643.35 |
| 7155 | 10-12 | 3,241.67 | 7181 | 10-15 | 51.43 | *7207 | 10-3 | 9,912.45 |
| 7156 | 10-31 | 53,422.14 | 7182 | 10-1 | 5,989.81 | 7208 | 10-1 | 8,371.03 |
| 7157 | 10-4 | 180.09 | *7184 | 10-9 | 110.36 | 7209 | 10-9 | 157.58 |
| *7159 | 10-3 | 17,093.14 | 7185 | 10-5 | 995,282.03 | 7210 | 10-29 | 822.37 |
| 7160 | 10-1 | 777.24 | 7186 | 10-2 | 137,606.19 | 7211 | 10-2 | 85,393.56 |
| 7161 | 10-2 | 157.50 | 7187 | 10-11 | 58,593.74 | 7212 | 10-9 | 3,678.84 |
| 7162 | 10-3 | 1,204.55 | 7188 | 10-11 | 359.27 | 7213 | 10-10 | 38,423.79 |
| *7164 | 10-1 | 321.90 | 7189 | 10-10 | 630.21 | *7216 | 10-17 | 3,177.56 |
| 7165 | 10-2 | 1,100.14 | 7190 | 10-2 | 883.25 | 7217 | 10-11 | 22,723.53 |
| 7166 | 10-1 | 4,674.00 | 7191 | 10-15 | 1,494.81 | 7218 | 10-4 | 1,475.86 |
| *7168 | 10-11 | 201.03 | 7192 | 10-11 | 529.02 | 7219 | 10-9 | 180.82 |
| 7169 | 10-16 | 1,325.73 | *7195 | 10-1 | 16,381.83 | 7220 | 10-22 | 383.42 |
| 7170 | 10-1 | 7,751.80 | 7196 | 10-2 | 4,858.04 | 7221 | 10-1 | 162.99 |

3921    Case 16-10446    Doc# 1611    Filed 01/30/19    Page 7 of 19

## Subtractions
(con't)

Paper Checks     * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 7222 | 10-2 | 2,453.76 | 7232 | 10-12 | 9,035.03 | 7242 | 10-2 | 177.64 |
| 7223 | 10-9 | 4,273.57 | 7233 | 10-5 | 147.26 | 7243 | 10-24 | 18,701.62 |
| 7224 | 10-19 | 690.08 | 7234 | 10-9 | 11,327.78 | 7244 | 10-26 | 14,496.87 |
| 7225 | 10-2 | 90,023.44 | 7235 | 10-2 | 104,584.30 | 7245 | 10-9 | 103,988.04 |
| 7226 | 10-16 | 370.51 | 7236 | 10-9 | 687.31 | *7247 | 10-15 | 12,180.00 |
| 7227 | 10-2 | 183,285.52 | 7237 | 10-15 | 18,290.33 | 7248 | 10-16 | 4,830.00 |
| 7228 | 10-4 | 1,664.68 | 7238 | 10-12 | 11,674.53 | 7249 | 10-18 | 93,639.88 |
| 7229 | 10-3 | 54.27 | 7239 | 10-2 | 2,113.91 | *7252 | 10-29 | 37,523.30 |
| *7231 | 10-9 | 246.11 | *7241 | 10-2 | 2,502.60 | | | |

**Paper Checks Paid**     **$2,811,278.73**

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 31 |
| Interest paid 10-31-18 | $312.17 |
| Interest earned this statement period | $312.17 |
| Interest paid year-to-date | $7,386.11 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 10-31-18 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 10-31-18 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges this period** | | | **$0.00** |

878573.4-94628004-8065.1b
3921

# Reconciliation Report

## Reconciliation Summary

**BANK STATEMENT -- CLEARED TRANSACTIONS:**

| | | | |
|---|---|---|---|
| Previous Balance: | | | 5,028,651.30 |
| Checks and Payments | 92 | Items | -2,811,278.73 |
| Deposits and Other Credits | 7 | Items | 312.17 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 2,217,684.74 |

**YOUR RECORDS -- UNCLEARED TRANSACTIONS:**

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 2,217,684.74 |
| Checks and Payments | 14 | Items | -78,766.27 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 11/12/2018: | | | 2,138,918.47 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 2,138,918.47 |

# Reconciliation Report

## Uncleared Transaction Detail up to 11/12/2018

### Uncleared Checks and Payments

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| 5/18/2018 | 7038 | Deloitte & Touche, LLP | Interim Distribution -- Claim F-48 | Trust Distributions:General Unsecured | | -10,188.00 |
| 9/25/2018 | 7158 | Brenntag Mid-South, Inc. | 2nd Interim Distribution -- Claim F-31 | Trust Distributions:General Unsecured | | -1,102.17 |
| 9/25/2018 | 7163 | CB&I Environmental & Infrastructure | 2nd Interim Distribution -- POC #75 | Trust Distributions:General Unsecured | | -3,001.70 |
| 9/25/2018 | 7167 | City of Hugoton | 2nd Interim Distribution -- Claim F-39 | Trust Distributions:General Unsecured | | -897.80 |
| 9/25/2018 | 7174 | Deloitte & Touche, LLP | 2nd Interim Distribution -- Claim F-48 | Trust Distributions:General Unsecured | | -2,293.37 |
| 9/25/2018 | 7183 | GE Oil & Gas Inc. | 2nd Interim Distribution -- POC #82 | Trust Distributions:General Unsecured | | -8,087.29 |
| 9/25/2018 | 7193 | Ingersoll Rand Company | 2nd Interim Distribution -- Claim F-73 | Trust Distributions:General Unsecured | | -5,383.05 |
| 9/25/2018 | 7194 | Integrated Solutions, Inc. | 2nd Interim Distribution -- Claim F-74 | Trust Distributions:General Unsecured | | -792.58 |
| 9/25/2018 | 7206 | Mid States Supply | 2nd Interim Distribution -- Claim F-91 | Trust Distributions:General Unsecured | | -578.15 |
| 9/25/2018 | 7214 | Pioneer Electric Cooperative, Inc. | 2nd Interim Distribution -- Claim F-100 | Trust Distributions:General Unsecured | | -8,173.71 |
| 9/25/2018 | 7215 | Process Equipment & Controls, Inc. | 2nd Interim Distribution -- Claim F-101 | Trust Distributions:General Unsecured | | -357.59 |
| 9/25/2018 | 7230 | Terranol A/S | 2nd Interim Distribution -- POC #80 | Trust Distributions:General Unsecured | | -28,702.28 |
| 10/22/2018 | 7250 | BDO USA LLP | Invoice 001028199; Cust #0338101 | Trust Expenses:Trustee Fees-Expens... | | -7,620.58 |
| 10/22/2018 | 7251 | Process Equipment & Controls, Inc. | Interim Distribution -- Claim F-101 | Trust Distributions:General Unsecured | | -1,588.00 |

Total Uncleared Checks and Payments  14  Items   -78,766.27

### Uncleared Deposits and Other Credits

Total Uncleared Deposits and Other Credits  0  Items   0.00

Total Uncleared Transactions  14  Items   -78,766.27



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Business Banking Statement
November 30, 2018
page 1 of 3



14066 1 AV 0.378 T50 P2 AUTO 8    T 573 00000 R EM T1 98793820
ABBK LIQUIDATING TRUST
MARK D KOZEL
32125 SOLON RD STE 200
SOLON OH  44139-3535

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

Enroll in Online Banking today at Key.com.
Access your available accounts, transfer funds and view your transactions right from your PC.

**KeyBank Business Interest Checking**
ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---:|
| Beginning balance 10-31-18 | $2,217,684.74 |
| 8 Subtractions | -22,065.51 |
| Interest paid | +244.25 |
| Net fees and charges | -170.00 |
| **Ending balance 11-30-18** | **$2,195,693.48** |

## Subtractions

*Paper Checks*      * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 7158 | 11-6 | $1,102.17 | *7215 | 11-5 | 357.59 | *7253 | 11-15 | 8,360.00 |
| *7174 | 11-13 | 2,293.37 | *7250 | 11-1 | 7,620.58 | 7254 | 11-23 | 165.65 |
| *7206 | 11-16 | 578.15 | 7251 | 11-5 | 1,588.00 | | | |

**Paper Checks Paid** $22,065.51

## Stop payments

| Number | Check Date | Amount | Issued | Expires |
|---|---|---|---|---|
| 7038 | 5-18-18 | $10,188.00 | 11-6-18 | 5-6-19 |
| 7047 | 5-18-18 | $35,925.00 | 11-6-18 | 5-6-19 |
| 7057 | 5-18-18 | $3,521.00 | 11-6-18 | 5-6-19 |
| 7081 | 5-18-18 | $36,309.00 | 11-6-18 | 5-6-19 |
| 7098 | 5-18-18 | $6,840.00 | 11-6-18 | 5-6-19 |

*All stop payments expire on date shown, unless you notify us.*

## Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 30 |
| Interest paid 11-30-18 | $244.25 |
| Interest earned this statement period | $244.25 |
| Interest paid year-to-date | $7,630.36 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 11-6-18 | Stop Payment Charge | 1 | 34.00 | -$34.00 |
| 11-6-18 | Stop Payment Charge | 1 | 34.00 | -34.00 |
| 11-6-18 | Stop Payment Charge | 1 | 34.00 | -34.00 |
| 11-6-18 | Stop Payment Charge | 1 | 34.00 | -34.00 |
| 11-6-18 | Stop Payment Charge | 1 | 34.00 | -34.00 |
| 11-30-18 | Paper Statement Fee | 1 | 3.00 | -3.00 |
| 11-30-18 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges assessed this period** | | | **-$170.00** |

ABBK Trust  
12/10/2018

# Reconciliation Report

Page 1

## Reconciliation Summary

**BANK STATEMENT -- CLEARED TRANSACTIONS:**

Previous Balance: 2,217,684.74

| | | | |
|---|---|---|---|
| Checks and Payments | 8 | Items | -22,065.51 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Service Charge | 1 | Item | -170.00 |
| Interest Earned | 1 | Item | 244.25 |

Ending Balance of Bank Statement: 2,195,693.48

**YOUR RECORDS -- UNCLEARED TRANSACTIONS:**

Cleared Balance: 2,195,693.48

| | | | |
|---|---|---|---|
| Checks and Payments | 10 | Items | -128,231.72 |
| Deposits and Other Credits | 0 | Items | 0.00 |

Register Balance as of 12/10/2018: 2,067,461.76

| | | | |
|---|---|---|---|
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |

Register Ending Balance: 2,067,461.76

Case 16-10446    Doc# 1611    Filed 01/30/19    Page 13 of 19

## Uncleared Transaction Detail up to 12/10/2018

### Uncleared Checks and Payments

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| 5/18/2018 | 7038 | Deloitte & Touche, LLP | Interim Distribution - Claim F-48 | Trust Distributions:General Unsecured | | -10,188.00 |
| 9/25/2018 | 7163 | CB&I Environmental & Infrastructure | 2nd Interim Distribution - POC #75 | Trust Distributions:General Unsecured | | -3,001.70 |
| 9/25/2018 | 7167 | City of Hugoton | 2nd Interim Distribution - Claim F-39 | Trust Distributions:General Unsecured | | -897.80 |
| 9/25/2018 | 7183 | GE Oil & Gas Inc. | 2nd Interim Distribution - POC #82 | Trust Distributions:General Unsecured | | -8,087.29 |
| 9/25/2018 | 7193 | Ingersoll Rand Company | 2nd Interim Distribution - Claim F-73 | Trust Distributions:General Unsecured | | -5,383.05 |
| 9/25/2018 | 7194 | Integrated Solutions, Inc. | 2nd Interim Distribution - Claim F-74 | Trust Distributions:General Unsecured | | -792.58 |
| 9/25/2018 | 7214 | Pioneer Electric Cooperative, Inc. | 2nd Interim Distribution - Claim F-100 | Trust Distributions:General Unsecured | | -8,173.71 |
| 9/25/2018 | 7230 | Terranol A/S | 2nd Interim Distribution - POC #80 | Trust Distributions:General Unsecured | | -28,702.28 |
| 11/27/2018 | 7255 | Baker & Hostetler LLP | October 2018 Fees & Expenses | Trust Expenses:Trust Professional Fe... | | -60,875.91 |
| 12/5/2018 | 7256 | BDO USA LLP | Invoice 0010510111; Cust #0338101 | Trust Expenses:Trustee Fees-Expens... | | -2,129.40 |

Total Uncleared Checks and Payments     10 Items     -128,231.72

### Uncleared Deposits and Other Credits

Total Uncleared Deposits and Other Credits     0 Items     0.00

Total Uncleared Transactions     10 Items     -128,231.72



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885



```
13960  1 AV 0.378  T56 P2  AUTO  4     T  573 00000 R EM T1   103376637
ABBK LIQUIDATING TRUST
MARK D KOZEL
32125 SOLON RD STE 200
SOLON OH  44139-3535
```

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

**KeyNotes**

*Important information about the KeyBank Rewards Program Terms and Conditions.*

*You are receiving this information about the KeyBank Rewards Program Terms and Conditions because you have a Checking Account eligible to be enrolled in the KeyBank Relationship Rewards Program or may currently be enrolled. Effective November 9, 2018, clients are no longer able to enroll new or existing checking accounts into the KeyBank Relationship Rewards program. Additionally, the KeyBank Rewards Program Terms and Conditions will become a separate agreement and will no longer be included in the Disclosure Statement and Terms and Conditions for Electronic Funds Transfer Transactions or in the Agreement for Small Business Debit Card and Electronic Funds Transfer Services.*

*We want to be sure you have the right banking solutions for your needs. If you have any questions about this information, please do not hesitate to call the number that appears on this statement, visit your local KeyBank branch or contact your Relationship Manager.*

*Please read and retain this information with your current KeyBank Rewards Program Terms and Conditions and your account opening Agreements and Disclosures.*

*Change in policy for non-KeyBank clients cashing checks in branches.*

*To enhance client protection and in accordance with KeyBank's Deposit Account Agreement and Funds Availability Policy, effective February 11, 2019, KeyBank may be limiting check cashing services to non-clients based on the written amount of the check. If you have any questions regarding this policy change, please contact 1-800-KEY2YOU® (1-800-539-2968) or visit your local branch.*

---

**KeyBank Business Interest Checking**

ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---:|
| Beginning balance 11-30-18 | $2,195,693.48 |
| 4 Subtractions | -114,578.31 |
| Interest paid | +243.39 |
| **Ending balance 12-31-18** | **$2,081,358.56** |

## Subtractions

*Paper Checks*     * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 7230 | 12-17 | $28,702.28 | 7256 | 12-10 | 2,129.40 | 7257 | 12-31 | 22,870.72 |
| *7255 | 12-3 | 60,875.91 | | | | | | |

**Paper Checks Paid**     **$114,578.31**

## Interest earned

| | |
|---|---:|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 31 |
| Interest paid 12-31-18 | $243.39 |
| Interest earned this statement period | $243.38 |
| Interest paid year-to-date | $7,873.75 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 12-31-18 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 12-31-18 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges this period** | | | **$0.00** |

ABBK Trust
1/15/2019

# Reconciliation Report

## Reconciliation Summary

**BANK STATEMENT -- CLEARED TRANSACTIONS:**

Previous Balance: 2,195,693.48

| | | |
|---|---|---|
| Checks and Payments | 4 Items | -114,578.31 |
| Deposits and Other Credits | 0 Items | 0.00 |
| Service Charge | 0 Items | 0.00 |
| Interest Earned | 1 Item | 243.39 |

Ending Balance of Bank Statement: 2,081,358.56

**YOUR RECORDS -- UNCLEARED TRANSACTIONS:**

Cleared Balance: 2,081,358.56

| | | |
|---|---|---|
| Checks and Payments | 10 Items | -56,524.13 |
| Deposits and Other Credits | 0 Items | 0.00 |

Register Balance as of 1/15/2019: 2,024,834.43

| | | |
|---|---|---|
| Checks and Payments | 0 Items | 0.00 |
| Deposits and Other Credits | 0 Items | 0.00 |

Register Ending Balance: 2,024,834.43

Case 16-10446    Doc# 1611    Filed 01/30/19    Page 17 of 19

# Reconciliation Report
## Uncleared Transaction Detail up to 1/15/2019

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| **Uncleared Checks and Payments** | | | | | | |
| 5/18/2018 | 7038 | Deloitte & Touche, LLP | Interim Distribution - Claim F-48 | Trust Distributions:General Unsecured | | -10,188.00 |
| 9/25/2018 | 7163 | CB&I Environmental & Infrastructure | 2nd Interim Distribution - POC #75 | Trust Distributions:General Unsecured | | -3,001.70 |
| 9/25/2018 | 7167 | City of Hugoton | 2nd Interim Distribution - Claim F-39 | Trust Distributions:General Unsecured | | -897.80 |
| 9/25/2018 | 7183 | GE Oil & Gas Inc. | 2nd Interim Distribution - POC #82 | Trust Distributions:General Unsecured | | -8,087.29 |
| 9/25/2018 | 7193 | Ingersoll Rand Company | 2nd Interim Distribution - Claim F-73 | Trust Distributions:General Unsecured | | -5,383.05 |
| 9/25/2018 | 7194 | Integrated Solutions, Inc. | 2nd Interim Distribution - Claim F-74 | Trust Distributions:General Unsecured | | -792.58 |
| 9/25/2018 | 7214 | Pioneer Electric Cooperative, Inc. | 2nd Interim Distribution - Claim F-100 | Trust Distributions:General Unsecured | | -8,173.71 |
| 1/14/2019 | 7258 | Gerson Santos Leon | Retainer - 1/1/18 - 3/31/19 | Trust Expenses:Trust Independent Co... | | -12,180.00 |
| 1/14/2019 | 7259 | Joseph Abkemeier | Retainer - 1/1/19 - 3/31/19 | Trust Expenses:Trust Independent Co... | | -4,830.00 |
| 1/14/2019 | 7260 | Rebecca Prevost | Independent Contractor Payments - we... | Trust Expenses:Trust Independent Co... | | -2,990.00 |

Total Uncleared Checks and Payments    10  Items        -56,524.13

Uncleared Deposits and Other Credits

Total Uncleared Deposits and Other Credits    0  Items        0.00

Total Uncleared Transactions    10  Items        -56,524.13

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | KeyBank |
|---|---|
| Account Number | xxxxxxxx1654 |
| Purpose of Account (Operating/Payroll/Personal) | Main |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 7245 | 10/2/2018 | Baker & Hostetler LLP | Invoice #50546240 9/26/18 | -103,988.04 |
| 7246 | 10/11/2018 | ***SPOILED IN PRINTING*** | | 0 |
| 7247 | 10/11/2018 | Gerson Santos Leon | Retainer - 10/1/18 - 12/31/18 | -12,180.00 |
| 7248 | 10/11/2018 | Joseph Abkemeier | Retainer - 10/1/18 - 12/31/18 | -4,830.00 |
| 7249 | 10/15/2018 | Baker & Hostetler LLP | Invoice #50551188 - September 2018 | -93,639.88 |
| 7250 | 10/22/2018 | BDO USA LLP | Invoice 001028199; Cust #0338101 | -7,620.58 |
| 7251 | 10/22/2018 | Process Equipment & Controls, Inc. | Interim Distribution - Claim F-101 | -1,588.00 |
| 7252 | 10/22/2018 | U.S. Trustee Payment Center | Account #8361610446 - 3rd Quarter 2018 | -37,523.30 |
| 7253 | 11/12/2018 | BDO USA LLP | Invoice #001041569; Cust # 0338101 | -8,360.00 |
| 7254 | 11/15/2018 | Paychex of New York LLC | 2018 W-2's, year-end process - Abengoa Bioenergy Biomass-Kansas | -165.65 |
| | 11/16/2018 | Service Charge | | -170 |
| 7255 | 11/27/2018 | Baker & Hostetler LLP | October 2018 Fees & Expenses | -60,875.91 |
| 7256 | 12/5/2018 | BDO USA LLP | Invoice 001051011; Cust #0338101 | -2,129.40 |
| 7257 | 12/20/2018 | Baker & Hostetler LLP | November 2018 - Invoice 50574907 | -22,870.72 |
| | | | TOTAL | 355,941.48 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Not Applicable**