# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: } | CASE NUMBER: 16-10446 | |
| ABENGOA BIOENERGY BIOMASS OF } | | |
| KANSAS, LLC } | | |
| } | JUDGE Robert E. Nugent | |
| } | | |
| DEBTOR. } | CHAPTER 11 | |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM**    1/1/2019    **TO**    3/31/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 4/10/2019            /s/ Michael A. VanNiel
                                                                                                   Attorney for Liquidating Trustee

| **Liquidating Trustee's Address** | **Attorney's Address** |
|---|---|
| **and Phone Number:** | **and Phone Number:** |
| ABBK Liquidating Trust | Michael A. VanNiel |
| 8586 Rosewood Lane | BAKER & HOSTETLER LLP |
| Mentor, OH 44060 | Key Tower |
| | 127 Public Square, Suite 2000 |
| Tel. 216/533-5313 | Cleveland, Ohio 44114-1214 |
| | Bar # OH 0073948 (admitted pro hac vice) |
| | Phone: (216) 621-0200 |

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Operating Reports must be filed by the last day of the month following the reporting period.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| **TYPE of POLICY   and   CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| Misc. Professional Liability: Carrier - Crum & Foster | 3/30/19 - 3/30/20 | $10,275  Annual | None |
| Excess Professional Liability; Carrier - Great Ameerican | 3/30/19 - 3/30/20 | $2,000  Annual | None |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

During the reporting period, the Plan and Liquidating Trust Agreement were substantially consummated through, without limitation, the occurrence of following: entry into an agreement with Drivetrain concerning certain matters pending in the District Court which have been stayed, which agreement was approved and implemented by an agreed order of the District Court, and the submission of pleadings in the Appellate Court in a second appeal by Drivetrain, LLC of the Mootness ruling by the District Court.

A final decree cannot be entered at this time because certain contested matters have not yet been finally resolved (see LBR 3022.1(b)(6)), specifically: there are several appeals of orders of the United States Bankruptcy Court for the District of Kansas that were filed by Drivetrain, LLC and that remain pending in the Tenth Circuit Court of Appeals. The ABBK Liquidating Trustee intends to promptly move for entry of a final decree after resolution of those open matters.

**Estimated Date of Filing the Application for Final Decree:** _SEE DETAIL ABOVE_____

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS
## Jan-19

| | |
|---|---|
| **Case Name:** | 16-10446 |
| **Debtor:** | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| **Date of Plan Confirmation:** | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | **Monthly** | **Post Confirmation Total** |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | | $ 2,055,022.43 | $ 19,319,176.04 |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 237.78 | $ 9,704.99 |
| 3. | **DISBURSEMENTS** | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 0.00 | $ 176,736.55 |
| | (ii) | Federal Taxes | none | none |
| | (iii) | State Taxes | none | none |
| | (iv) | Other Taxes | none | none |
| b. | **All Other Operating Expenses:** | | $ none | $ none |
| c. | **Plan Payments:** | | | |
| | (i) | Administrative Claims | $ 20,213.05 | $ 2,676,298.13 |
| | (ii) | Priority Claims | 0.00 | 95,464.65 |
| | (iii) | Class One | 0.00 | 0.00 |
| | (iv) | Class Two | 0.00 | 14,345,334.54 |
| | (v) | Class Three | none | none |
| | (vi) | Class Four | none | none |
| | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | $ 20,213.05 | $ 17,293,833.87 |
| | | | 0.00 | 0.00 |
| 1. | **CASH (End of Period)** | | $ 2,035,047.16 | $ 2,035,047.16 |
| | | | | 0.00 |

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### Feb-19

| | |
|---|---|
| **Case Name:** | 16-10446 |
| **Debtor:** | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| **Date of Plan Confirmation:** | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 2,035,047.16 | $ 19,319,176.04 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 207.40 | $ 9,912.39 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 181,611.55 |
| (ii) | Federal Taxes | none | none |
| (iii) | State Taxes | none | none |
| (iv) | Other Taxes | none | none |
| b. | **All Other Operating Expenses:** | $ none | $ none |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 70,077.45 | $ 2,746,375.58 |
| (ii) | Priority Claims | 0.00 | 95,464.65 |
| (iii) | Class One | 0.00 | 0.00 |
| (iv) | Class Two | 0.00 | 14,345,334.54 |
| (v) | Class Three | none | none |
| (vi) | Class Four | none | none |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 74,952.45 | $ 17,368,786.32 |
| | | 0.00 | 0.00 |
| 1. | **CASH (End of Period)** | $ 1,960,302.11 | $ 1,960,302.11 |

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### Mar-19

| Case Name: | 16-10446 |
|---|---|
| Debtor: | ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC |
| Date of Plan Confirmation: | 3/29/18 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 1,960,302.11 | $ 19,319,176.04 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 220.49 | $ 10,132.88 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 0.00 | $ 181,611.55 |
| (ii) | Federal Taxes | none | none |
| (iii) | State Taxes | none | none |
| (iv) | Other Taxes | none | none |
| b. | **All Other Operating Expenses:** | $ none | $ none |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 108,018.81 | $ 2,854,394.39 |
| (ii) | Priority Claims | 0.00 | 95,464.65 |
| (iii) | Class One | 0.00 | none |
| (iv) | Class Two* | 0.00 | 14,345,334.54 |
| (v) | Class Three | none | none |
| (vi) | Class Four | none | none |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 108,018.81 | $ 17,476,805.13 |
| | | 0.00 | 0.00 |
| 1. | **CASH (End of Period)** | $ 1,852,503.79 | $ 1,852,503.79 |

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**

| Bank Account Information | Jan-19 Account #1 | Feb-19 Account #1 | Mar-19 Account #1 | |
|---|---|---|---|---|
| **Name of Bank:** | **KeyBank** | **KeyBank** | **KeyBank** | |
| **Account Number:** | **xxxxxxxx1654** | **xxxxxxxx1654** | **xxxxxxxx1654** | |
| **Purpose of Account (Operating/Payroll/Tax)** | **Main** | **Main** | **Main** | |
| **Type of Account (e.g. checking)** | **Checking** | **Checking** | **Checking** | |
| 1.  **Balance per Bank Statement** | 2,064,586.34 | 1,986,638.24 | 1,894,729.30 | |
| 2.  **ADD**:  Deposits not credited | | | 0.00 | |
| 3.  **SUBTRACT**:  Outstanding Checks | 29,539.18 | 26,336.13 | 42,225.51 | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | 2,035,047.16 | 1,960,302.11 | 1,852,503.79 | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**






KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**January 31, 2019**
page 1 of 3

8375 1 AV 0.383 T29 P1 AUTO 2      T 573 00000 R EM T1   108155680
ABBK LIQUIDATING TRUST
MARK D KOZEL
8586 ROSEWOOD LN
MENTOR OH 44060-2236

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

### KeyNotes

*Change in policy for non-KeyBank clients cashing checks in branches.*

*To enhance client protection and in accordance with KeyBank's Deposit Account Agreement and Funds Availability Policy, effective February 11, 2019, KeyBank may be limiting check cashing services to non-clients based on the written amount of the check. If you have any questions regarding this policy change, please contact 1-800-KEY2YOU® (1-800-539-2968) or visit your local branch.*

**KeyBank Business Interest Checking**
ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---:|
| Beginning balance 12-31-18 | $2,081,358.56 |
| 2 Subtractions | -17,010.00 |
| Interest paid | +237.78 |
| **Ending balance 1-31-19** | **$2,064,586.34** |

### Subtractions

Paper Checks      * check missing from sequence

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 7258 | 1-18 | $12,180.00 | 7259 | 1-18 | 4,830.00 |

**Paper Checks Paid**     $17,010.00

### Interest earned

| | |
|---|---:|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 31 |

2401

Case 16-10446   Doc# 1613   Filed 04/10/19   Page 7 of 20

## Interest earned *(con't)*

| | |
|---|---:|
| Interest paid 1-31-19 | $237.78 |
| Interest earned this statement period | $237.77 |
| Interest paid year-to-date | $237.78 |
| Interest earned (2018) | $7,873.75 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---:|---:|---:|
| 1-31-19 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 1-31-19 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges this period** | | | **$0.00** |

## Reconciliation Summary

**BANK STATEMENT -- CLEARED TRANSACTIONS:**

| | | | |
|---|---|---|---:|
| Previous Balance: | | | 2,081,358.56 |
| Checks and Payments | 2 | Items | -17,010.00 |
| Deposits and Other Credits | 1 | Item | 237.78 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 2,064,586.34 |

**YOUR RECORDS -- UNCLEARED TRANSACTIONS:**

| | | | |
|---|---|---|---:|
| Cleared Balance: | | | 2,064,586.34 |
| Checks and Payments | 8 | Items | -29,539.18 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 1/31/2019: | | | 2,035,047.16 |
| Checks and Payments | 2 | Items | -67,437.45 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 1,967,609.71 |

ABBK Trust  
2/11/2019

# Reconciliation Report

Page 2

## Uncleared Transaction Detail up to 1/31/2019

### Uncleared Checks and Payments

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| 9/25/2018 | 7163 | CB&I Environmental & Infrastructure | 2nd Interim Distribution - POC #75 | Trust Distributions:General Unsecured | | -3,001.70 |
| 9/25/2018 | 7167 | City of Hugoton | 2nd Interim Distribution - Claim F-39 | Trust Distributions:General Unsecured | | -897.80 |
| 9/25/2018 | 7183 | GE Oil & Gas Inc. | 2nd Interim Distribution - POC #82 | Trust Distributions:General Unsecured | | -8,087.29 |
| 9/25/2018 | 7193 | Ingersoll Rand Company | 2nd Interim Distribution - Claim F-73 | Trust Distributions:General Unsecured | | -5,383.05 |
| 9/25/2018 | 7194 | Integrated Solutions, Inc. | 2nd Interim Distribution - Claim F-74 | Trust Distributions:General Unsecured | | -792.58 |
| 9/25/2018 | 7214 | Pioneer Electric Cooperative, Inc. | 2nd Interim Distribution - Claim F-100 | Trust Distributions:General Unsecured | | -8,173.71 |
| 1/14/2019 | 7260 | Rebecca Prevost | Independent Contractor Payments - we... | Trust Expenses:Trust Independent Co... | | -2,990.00 |
| 1/25/2019 | 7261 | St. Louis Record Center | Invoice 190147 - 2/1/19 - 4/30/19 | Trust Expenses:Records Retention | | -213.05 |

Total Uncleared Checks and Payments        8 Items        -29,539.18

### Uncleared Deposits and Other Credits

Total Uncleared Deposits and Other Credits        0 Items        0.00

Total Uncleared Transactions        8 Items        -29,539.18



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Business Banking Statement
February 28, 2019
page 1 of 3



9788 1 AV 0.383 T30 P1 AUTO 6    T 573 00000 R EM T1  112211328

ABBK LIQUIDATING TRUST
MARK D KOZEL
8586 ROSEWOOD LN
MENTOR OH  44060-2236

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

### KeyBank Business Interest Checking
ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---|
| Beginning balance 1-31-19 | $2,064,586.34 |
| 6 Subtractions | -78,155.50 |
| Interest paid | +207.40 |
| **Ending balance 2-28-19** | **$1,986,638.24** |

### Subtractions

**Paper Checks**      * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 7260 | 2-1 | $2,990.00 | 7262 | 2-6 | 55,917.45 | 7264 | 2-14 | 2,640.00 |
| 7261 | 2-7 | 213.05 | 7263 | 2-5 | 11,520.00 | 7265 | 2-20 | 4,875.00 |

**Paper Checks Paid**   **$78,155.50**

### Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 28 |
| Interest paid 2-28-19 | $207.40 |
| Interest earned this statement period | $207.40 |
| Interest paid year-to-date | $445.18 |
| Interest earned (2018) | $7,873.75 |

### Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 2-28-19 | Paper Statement Fee | 1 | 3.00 | -$3.00 |

2433    Case 16-10446    Doc# 1613    Filed 04/10/19    Page 11 of 20

**Fees and charges**
*(con't)*

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 2-28-19 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | **Fees and charges this period** | | | **$0.00** |

# Reconciliation Report

## Reconciliation Summary

**BANK STATEMENT -- CLEARED TRANSACTIONS:**

Previous Balance: 2,064,586.34

| | | | |
|---|---|---|---|
| Checks and Payments | 6 | Items | -78,155.50 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 1 | Item | 207.40 |

Ending Balance of Bank Statement: 1,986,638.24

**YOUR RECORDS -- UNCLEARED TRANSACTIONS:**

Cleared Balance: 1,986,638.24

| | | | |
|---|---|---|---|
| Checks and Payments | 6 | Items | -26,336.13 |
| Deposits and Other Credits | 0 | Items | 0.00 |

Register Balance as of 2/28/2019: 1,960,302.11

| | | | |
|---|---|---|---|
| Checks and Payments | 2 | Items | -79,854.43 |
| Deposits and Other Credits | 0 | Items | 0.00 |

Register Ending Balance: 1,880,447.68

# Reconciliation Report

## Uncleared Transaction Detail up to 2/28/2019

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| **Uncleared Checks and Payments** | | | | | | |
| 9/25/2018 | 7163 | CB&I Environmental & Infrastructure | 2nd Interim Distribution - POC #75 | Trust Distributions:General Unsecured | | -3,001.70 |
| 9/25/2018 | 7167 | City of Hugoton | 2nd Interim Distribution - Claim F-39 | Trust Distributions:General Unsecured | | -897.80 |
| 9/25/2018 | 7183 | GE Oil & Gas Inc. | 2nd Interim Distribution - POC #82 | Trust Distributions:General Unsecured | | -8,087.29 |
| 9/25/2018 | 7193 | Ingersoll Rand Company | 2nd Interim Distribution - Claim F-73 | Trust Distributions:General Unsecured | | -5,383.05 |
| 9/25/2018 | 7194 | Integrated Solutions, Inc. | 2nd Interim Distribution - Claim F-74 | Trust Distributions:General Unsecured | | -792.58 |
| 9/25/2018 | 7214 | Pioneer Electric Cooperative, Inc. | 2nd Interim Distribution - Claim F-100 | Trust Distributions:General Unsecured | | -8,173.71 |

Total Uncleared Checks and Payments    6 Items    -26,336.13

**Uncleared Deposits and Other Credits**

Total Uncleared Deposits and Other Credits    0 Items    0.00

Total Uncleared Transactions    6 Items    -26,336.13



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
March 31, 2019
page 1 of 4



8874 1 AV 0.383 T30 P1 AUTO 3    T  573 00000 R EM T1  117352843
ABBK LIQUIDATING TRUST
MARK D KOZEL
8586 ROSEWOOD LN
MENTOR OH  44060-2236

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### KeyNotes

*IMPORTANT NOTICE OF CHANGE TO YOUR BUSINESS SAVINGS AND/OR CHECKING ACCOUNT FEES AND DISCLOSURES*

*Effective March 15, 2019, we will be implementing enhancements to the way interest rates are determined that will be based on a number of factors as described below. Please note that if this impacts you, your rates will not be changed until April 1, 2019. Also described below are the requirements to receive Full Relationship interest rates. Therefore, the following paragraph which includes the new information and will replace the first paragraph in the Interest Rates & Payments section of the Business Savings Account Fees and Disclosures provided to you when you opened your applicable Business Gold Money Market Savings, Business Silver Money Market Savings, Business Platinum Money Market Savings, Business Saver, Business Major Saver or Small Business Checking Interest Checking Account, as amended.*

*Interest Rates & Payments*
*All savings accounts pay interest at a variable rate and rates may vary based on the balance in your Account. Refer to the Interest Rate and Annual Percentage Yield (APY) chart for interest rate and APY information pertaining to your Account. We may change the interest rate and APY at our discretion and as often as daily. There are no limits on the amount that the interest rate or APY may change. The interest rate and APY for this Account may vary based on multiple factors including, but not limited to: your overall relationship with the bank as defined by other Accounts you have, the balances in all of your Accounts, Account location, Account usage and other bank services you use. At any time after Account opening or if applicable, when the Promotional Variable Interest Rate period expires, you may be eligible for a KeyBank Relationship interest rate. To receive a KeyBank Relationship interest rate on this Account, you must open and/or maintain a business checking account and you must have five client initiated deposits and five client initiated withdrawals per calendar month and have a business credit product (includes all Business Loans and Lines excluding Overdraft Lines of Credit and Cash Reserve Credit) and have a payment product (includes all Business Credit Cards, Merchant Services or Cash Management products excluding: Sweep Accounts and Zero Balance Accounts where funds are swept into Mutual Fund accounts or via an Automated Repurchase Agreement Sweep*

### KeyNotes   (con't)

program, and also excluding the Foreign Exchange services portion of International Services. Current Cash Management Products included are: Account Reconciliation, ACH Originating & Special Services, AP Automation, Check Imaging Services, Check Outsourcing, Consolidate Payables, Controlled Disbursement, Corporate Reloadable, Deposit Concentration, Digital Services, E-Bill & Collect, EDI Services, Electronic Lockbox, File Services, International Services, Key Capture, Key Image Cash Letter, Key Total Invoice, KeyPatient POS, KeyPay, Lockbox, Payment Management, Positive Pay, Pre-Encoded Deposits, Sweep accounts, Vault Services, Wire-Outgoing, Zero Balance Account.). Examples of client-initiated deposits include direct deposit, branch, ATM or mobile deposit or ACH credit and examples of client-initiated withdrawals include bill pay transactions, branch withdrawals, checks, debit card or ACH debit. Your Account will begin to earn interest at the KeyBank Relationship interest rate during the first full week of the month following the month you meet these requirements. If you were earning interest at a KeyBank Relationship interest rate, then fail to meet one of the requirements, your interest rate will revert to the current variable interest rate in effect at that time during the first full week of the following month. To find out what the current KeyBank Relationship interest rates and APYs are, contact your local branch.

If you have any questions about these enhancements, please contact your nearest KeyCenter or call 1-888-KEY4BIZ® (1-888-539-4249).

Please read and retain this important information with all of your Account opening Agreements and Disclosures. A complete copy of the revised Business Savings Account Fees and Disclosures is available at any local KeyBank branch.

---

**KeyBank Business Interest Checking**
ABBK LIQUIDATING TRUST
MARK D KOZEL

| | |
|---|---|
| Beginning balance 2-28-19 | $1,986,638.24 |
| 3 Subtractions | -92,129.43 |
| Interest paid | +220.49 |
| **Ending balance 3-31-19** | **$1,894,729.30** |

### Subtractions

Paper Checks           * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 7266 | 3-18 | $5,080.00 | 7267 | 3-7 | 74,774.43 | 7268 | 3-29 | 12,275.00 |

**Paper Checks Paid**  $92,129.43

### Interest earned

| | |
|---|---|
| Annual percentage yield (APY) earned | 0.14% |
| Number of days this statement period | 31 |
| Interest paid 3-29-19 | $220.49 |

Case 16-10446   Doc# 1613   Filed 04/10/19   Page 16 of 20
2632




## Interest earned (con't)

|  |  |
|---|---|
| Interest earned this statement period | $220.48 |
| Interest paid year-to-date | $665.67 |
| Interest earned (2018) | $7,873.75 |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 3-29-19 | Paper Statement Fee | 1 | 3.00 | -$3.00 |
| 3-29-19 | Service Charge Waive To Relationship Pricing | 1 | 3.00 | +3.00 |
| | Fees and charges this period | | | $0.00 |

ABBK Trust
4/8/2019

# Reconciliation Report

## Reconciliation Summary

Page 1

**BANK STATEMENT -- CLEARED TRANSACTIONS:**

Previous Balance: 1,894,508.81

| | | | |
|---|---|---|---|
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 1 | Item | 220.49 |

Ending Balance of Bank Statement: 1,894,729.30

**YOUR RECORDS -- UNCLEARED TRANSACTIONS:**

Cleared Balance: 1,894,729.30

| | | | |
|---|---|---|---|
| Checks and Payments | 7 | Items | -42,225.51 |
| Deposits and Other Credits | 0 | Items | 0.00 |

Register Balance as of 3/31/2019: 1,852,503.79

| | | | |
|---|---|---|---|
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |

Register Ending Balance: 1,852,503.79

ABBK Trust
4/8/2019

# Reconciliation Report

Page 2

## Uncleared Transaction Detail up to 3/31/2019

| Date | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| **Uncleared Checks and Payments** | | | | | | |
| 9/25/2018 | 7163 | CB&I Environmental & Infrastructure | 2nd Interim Distribution - POC #75 | Trust Distributions:General Unsecured | | -3,001.70 |
| 9/25/2018 | 7167 | City of Hugoton | 2nd Interim Distribution - Claim F-39 | Trust Distributions:General Unsecured | | -897.80 |
| 9/25/2018 | 7183 | GE Oil & Gas Inc. | 2nd Interim Distribution - POC #82 | Trust Distributions:General Unsecured | | -8,087.29 |
| 9/25/2018 | 7193 | Ingersoll Rand Company | 2nd Interim Distribution - Claim F-73 | Trust Distributions:General Unsecured | | -5,383.05 |
| 9/25/2018 | 7194 | Integrated Solutions, Inc. | 2nd Interim Distribution - Claim F-74 | Trust Distributions:General Unsecured | | -792.58 |
| 9/25/2018 | 7214 | Pioneer Electric Cooperative, Inc. | 2nd Interim Distribution - Claim F-100 | Trust Distributions:General Unsecured | | -8,173.71 |
| 3/31/2019 | 7269 | Baker & Hostetler LLP | February 2019 - Invoice 50610281 | Trust Expenses:Trust Professional Fe... | | -15,889.38 |

Total Uncleared Checks and Payments  7 Items  -42,225.51

**Uncleared Deposits and Other Credits**

Total Uncleared Deposits and Other Credits  0 Items  0.00

Total Uncleared Transactions  7 Items  -42,225.51

**MONTHLY OPERATING REPORT - POST CONFIRMATION**     **ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| | |
|---|---|
| **Name of Bank** | KeyBank |
| **Account Number** | xxxxxxxx1654 |
| **Purpose of Account (Operating/Payroll/Personal)** | Main |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 7258 | 1/14/2019 | Gerson Santos Leon | Independent Contractor Retainer - 1/1/18 - 3/31/19 | -12,180.00 |
| 7259 | 1/14/2019 | Joseph Abkemeier | Independent Contractor Retainer - 1/1/19 - 3/31/19 | -4,830.00 |
| 7260 | 1/14/2019 | Rebecca Prevost | Independent Contractor Payments - weeks of 9/9 through 12/23 | -2,990.00 |
| 7261 | 1/25/2019 | St. Louis Record Center | Invoice 190147 - 2/1/19 - 4/30/19 | -213.05 |
| 7262 | 2/1/2019 | Baker & Hostetler LLP | December 2018 - Invoice 50588385 | -55,917.45 |
| 7263 | 2/1/2019 | Kozel & Associates | Trustee Services - January 2019 | -11,520.00 |
| 7264 | 2/11/2019 | BDO USA LLP | Trustee Services - Invoice 001076685 - December 2018 | -2,640.00 |
| 7265 | 2/12/2019 | U.S. Trustee Payment Center | Account #8361610446 - 4th Quarter 2018 | -4,875.00 |
| 7266 | 3/1/2019 | Kozel & Associates | Trustee Services - February 2019 | -5,080.00 |
| 7267 | 3/5/2019 | Baker & Hostetler LLP | January 2019; Invoice 50599609 | -74,774.43 |
| 7268 | 3/25/2019 | Britton Gallagher & Associates Inc. | Insurance premiums | -12,275.00 |
| 7269 | 3/31/2019 | Baker & Hostetler LLP | February 2019 - Invoice 50610281 | -15,889.38 |
| | | | **TOTAL** | 203,184.31 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Not Applicable**