**SO ORDERED.**

**SIGNED this 18th day of December, 2020.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC, | ) |
| | ) Case No. 16-10446 |
| Debtor. | ) |
| | ) Judge Dale L. Somers |
| | ) |

**FINAL DECREE CLOSING CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 350(A) AND BANKRUPTCY RULE 3022, AND SETTING DATE FOR THE TERMINATION OF THE TRUST AND DISCHARGE OF THE TRUSTEE**

Upon the motion (the "Motion")[1] of Mark D. Kozel, as Liquidating Trustee (the "Trustee") for the ABBK Liquidating Trust (the "ABBK Trust"), for entry of a final decree (this "Final Decree") closing the Case, setting a date for the termination of the ABBK Trust and discharge of the Trustee, and granting related relief, all as more fully set forth in the Motion; and it appearing that the relief requested is in the best interests of the Debtor's estates, its creditors, and other parties

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and having found that the Trustee has fulfilled, or made sufficient provision for the fulfillment, of all of his duties and obligations as Trustee; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Case is hereby closed.

3. The ABBK Trust shall automatically terminate and the Trustee shall automatically be discharged effective March 30, 2021 (the "Termination Date"); provided, however, that the Trustee shall have the authority to take such further actions after the Termination Date as he deems reasonably necessary to wind up the affairs of the ABBK Trust, including, without limitation, to comply with all tax reporting obligations of the ABBK Trust (such as the filing of any tax returns or other required documents or information with any taxing authority, and providing any required documents or information to beneficiaries of the ABBK Trust) and to close the bank account of the ABBK Trust, and the ABBK Trust shall be deemed to continue to exist after the Termination Date solely to the extent necessary for the Trustee to take such actions.

4. Entry of this Final Decree is without prejudice to the rights of the Debtor, the ABBK Trust, the Trustee, or any other party in interest to: (a) seek to reopen the Case for good cause shown in accordance with section 350(b) of the Bankruptcy Code; (b) to seek to extend the duration of the ABBK Trust beyond the Termination Date so long as such request to extend the duration of

the ABBK Trust is made before the occurrence of the Termination Date; or (c) to seek to reopen the ABBK Trust after the Termination Date if the Case is subsequently reopened pursuant to section 350(b) of the Bankruptcy Code.

5. This Court will retain jurisdiction to enforce or interpret its own orders pertaining to this Case.

6. For the purposes of calculating quarterly fees payable to the Office of the United States Trustee for the District of Kansas in accordance with 28 U.S.C. § 1930(a)(6), all disbursements made in the fourth quarter of 2020 will be included in the calculation, and the Trustee shall pay these amounts promptly.

7. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

###

Submitted by:

/s/ *Bruce J. Woner*
Bruce J. Woner, KS #10297
WONER, REEDER & GIRARD, P.A.
5611 SW Barrington Court South
P.O. Box 67689
Topeka, KS 66607-0689
Telephone: (785) 235-5330
Facsimile: (785) 235-1615
Email: woner@wrglaw.com

-and-

Approved by:

/s/ *Michael A. VanNiel*
Michael A. VanNiel (OH #0073948)
   (admitted *pro hac vice*)

Approved by:

/s/*Adam L. Fletcher*
Adam L. Fletcher (OH #0085201)
   (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Phone: (216) 621-0200
Facsimile: (216) 696-0740
mvanniel@bakerlaw.com
afletcher@bakerlaw.com

*Counsel for Mark D. Kozel, as Liquidating Trustee for the ABBK Liquidating Trust*