F I L E D
AT WICHITA, KS

AUG 1 7 2021

CLERK
U.S. Court of Bankruptcy
By_____ Deputy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

**ABENGOA BIOENERGY BIOMASS
OF KANSAS, LLC,**
                      **Debtor.**        Case No.16-10446-11

*Documents Destroyed*

## ACKNOWLEDGMENT OF WITHDRAWAL OF EXHIBITS

**PURSUANT** to D. Kan. Bk. Rule 9072.1(c) of the Rules of Practice for the United States Bankruptcy Court for the District of Kansas, receipt is hereby acknowledged of the withdrawal of the following from the Clerk of the following described exhibits.

**Debtor's Exhibits 1 -29**

introduced into evidence at the October 25, 2017, Confirmation/Evidentiary Hearing.

DATED:_____      _____
                                       **CHRISTINE SCHLOMANN**
                                       **Attorney for Debtor**

# EXHIBIT SHEET

DEBTOR(S): ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC

CASE NO: 16-10446

ADVERSARY CAPTION (if applicable): _____

ADVERSARY CASE NO: _____

TRIAL DATE: 10/25/2017

EXHIBIT(S) SUBMITTED BY:

Christine L. Schlomann          Attorney for: Abengoa Bioenergy Biomass of Kansas

**NOTE: Plaintiff(s) or Movant(s) shall mark Exhibits <u>numerically</u> and Defendant(s) shall mark Exhibits <u>alphabetically</u>.**

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| 1 | Debtor's Plan of Liquidation (Doc. 811) | | | | |
| 2 | Debtor's Disclosure Statement (Doc. 863) | | | | |
| 3 | Debtor's Supplement to Plan (Doc. 1108) | | | | |
| 4 | Debtor's Tabulation of Ballots (Doc. 1079) | | | | |
| 5 | Abeinsa - Delaware Plan of Reorganization and Liquidation | | | | |
| 6 | Abeinsa - Delaware Disclosure Statement | | | | |
| 7 | ABUS - Missouri Joint Plans of Liquidation | | | | |
| 8 | ABUS - Missouri Disclosure Statement | | | | |
| 9 | ABUS - Missouri Confirmation Brief in Support | | | | |
| 10 | Declaration of Sandra Porras Serrano ISO of Missouri Plan | | X | X | by stipulation |

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| 11 | Exhibits A - M to Declaration of Sandra Porras Serrano | | | | |
| 12 | Exhibits N - P to Declaration of Sandra Porras Serrano | | | | |
| 13 | Email from M. Feldman to C. Kramer dated 12/21/15 - DTRAIN-002599 | X | X | X | objection overruled |
| 14 | Gerson Santos-Leon Deposition Transcript | | | | |
| 15 | Sam Star Deposition Transcript | | | | |
| 16 | Proof of Claim 93-1 - Abengoa Bioenergy Engineering & Construction, LLC | | | | |
| 17 | Proof of Claim 94-2 - Abengoa Bioenergy Trading US, LLC | | | | |
| 18 | Proof of Claim 95-1 - Abengoa Bioenergy Company, LLC | | | | |
| 19 | Proof of Claim 96-1 - Abengoa Bioenergy Outsourcing, LLC | | | | |
| 20 | Contractor's Lien Statement, Abener Teyma Hugoton Gen. Partnership, 2/11/2016 | | | | |
| 21 | Intercompany advance to ABBK, dated 5/20/15, ABBK0001584-ABBK0001589 | | | | |
| 22 | Intercompany advances to ABBK and ABHK, dated 7/15, ABBK0001612-ABBK0001626 | X | X | X | |
| 23 | Intercompany advance to ABBK, dated July-Aug. 2015, ABBK0001690-ABBK0001696 | | | | |
| 24 | Intercompany advance to ABBK, dated 8/4/15, ABBK0001701-ABBK0001709 | X | X | X | |
| 25 | Intercompany advance to ABBK, dated 9/2/15, ABBK0001547-ABBK0001553 | | | | |
| 26 | Intercompany advance to ABBK, dated 10/7/15, ABBK0001442-ABBK0001447 | | | | |

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| 27 | Intercompany advance to ABBK, dated 10/22/15, ABBK0001567-ABBK0001583 | | | | |
| 28 | Intercompany advance to ABBK, dated 11/3/15, ABBK0001554-ABBK0001560 | | | | |
| 29 | Excerpt from Abengoa Bioenergy Check Register (Excerpt from DTRAIN-0000202.xls) | X | X | X | objection overruled |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

**ABENGOA BIOENERGY BIOMASS
OF KANSAS, LLC,**

                    **Debtor.**

Case No.16-10446-11

*Documents Destroyed*

## ACKNOWLEDGMENT OF WITHDRAWAL OF EXHIBITS

**PURSUANT** to D. Kan. Bk. Rule 9072.1(c) of the Rules of Practice for the United States Bankruptcy Court for the District of Kansas, receipt is hereby acknowledged of the withdrawal of the following from the Clerk of the following described exhibits.

**Official Committee of Unsecured Creditors Exhibits 201 - 225**

introduced into evidence at the October 25, 2017, Confirmation/Evidentiary Hearing.

DATED:_____    _____

                                            **Adam Fletcher
                                            Attorney for Creditor Committee**

# EXHIBIT SHEET

**CASE NAME:** In re Abengoa BioenergyBiomass of Kansas, LLC

**CASE NO:** 16-10446

**ADVERSARY NO:** _____

**EXHIBITS SUBMITTED BY:**

Adam L. Fletcher          Attorney for:   Official Committee of Unsecured Creditors

**TRIAL DATE:** 10/25/2016 through 10/26/2017

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| 201 | Ex. 4 at Dep. of Gerson Santos-Leon – Amended and Restated Operating Agreement of Abengoa Bioenergy Biomass of Kansas, LLC | | | | |
| 202 | Ex. 5 at Dep. of Gerson Santos-Leon – ABUS and Subsidiaries and Select U.S. Affiliates: Officers and Directors chart | | | | |
| 203 | Tr. of Dep. of Sam Star at 141:20-:142:11; 144:15-23 | | | | |
| 204 | Docket No. 14 in Case No. 41161 (Bankr. E.D. Mo.) | | X | X | |
| 205 | Docket No. 1022 in Case No. 16-41161 (Bankr. E.D. Mo.) | | | | |
| 206 | Docket No. 1307 in Case No. 16-41161 (Bankr. E.D. Mo.) | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 207 | Docket No. 10 in Case No. 16-10790 (Bankr. D. Del.) | | | | The Court will take Judicial Notice |
| 208 | Docket No. 990 in Case No. 16-10790 (Bankr. D. Del.) | | | | |
| 209 | DTRAIN-0000473 to DTRAIN-0000503 – General ledger entry and various backup thereto, including email from J. Legorreta to A. Hegel, et al. dated 1/6/2015 | | | | |
| 210 | DTRAIN-0000772 to DTRAIN-0000778 – General ledger entry and various backup thereto, including email chain from P. Martinez to D. Lahoya, et al. dated 8/3/2015 | | | | |
| 211 | DTRAIN-0001684 to DTRAIN-0001685 – email chain from D. Lahoya to P. Martinez, et al. dated 9/25/2015 | | | | |
| 212 | DTRAIN-0001771 to DTRAIN-0001774 – email chain from J. Legorreta to M. Tucker and D. Lahoya dated 10/2/2015 | | | | |
| 213 | DTRAIN-0001830 to DTRAIN0001831 – email chain from J. Legorreta to M. Tucker, et al. dated 10/27/2015 | | | | |
| 214 | DTRAIN-0001877 to DTRAIN-0001881 – email chain from D. Lahoya to R. Murray dated 1/11/2016 | | | | |
| 215 | DTRAIN-0002188 to DTRAIN-0002193 – email chain from D. Lahoya to S. Streckfuss, et al. dated 7/21/2015 | X | X | X | |
| 216 | DTRAIN-0002237 to DTRAIN-00022252 – Audited financial statements of Abengoa Bioenergy Biomass of Kansas, LLC for the years ended December 31, 2014 and 2013 | | | | |
| 217 | DTRAIN-0002253 to DTRAIN-0002276 – Audited financial statements of Abengoa Bioenergy Company, LLC for the years ended December 31, 2014 and 2013 | | | | |
| 218 | DTRAIN-0002599 to DTRAIN-0002602 – email chain from M. Feldman to C. Kramer and R. Murray dated 12/21/2015 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 219 | DTRAIN-0002670 to DTRAIN-0002671 – email chain from D. Lahoya to D. Basnett and R. Murray dated 1/13/2016 | | | | |
| 220 | DTRAIN-0002801 to DTRAIN-0002810 – Biomass Supply Agreement between Abengoa Bioenergy Biomass of Kansas, LLC and Abengoa Bioenergy Trading US, LLC dated 9/23/2011 | | | | |
| 221 | DTRAIN-0003536 to DTRAIN-0003545 – Amended and Restated Biomass Supply Agreement between Abengoa Bioenergy Biomass of Kansas, LLC and Abengoa Bioenergy Trading US, LLC dated 9/18/2013 | | | | |
| 222 | DTRAIN-0003546 to DTRAIN-0003569 – Construction Management Services Agreement between Abengoa Bioenergy Engineering & Construction, LLC and Abengoa Bioenergy Biomass of Kansas, LLC dated 9/23/2011 | | | | |
| 223 | DTRAIN-0003570 to DTRAIN0003585 – 2012 Inter-Company Services Agreement between Abengoa Bioenergy Outsourcing, LLC and Abengoa Bioenergy Biomass of Kansas, LLC dated 1/1/2012 | | | | |
| 224 | DTRAIN-0003586 to DTRAIN-0003601 – Amended and Restated 2013 Inter-Company Services Agreement between Abengoa Bioenergy Outsourcing, LLC and Abengoa Bioenergy Biomass of Kansas, LLC dated 9/13/2013 | | | | |
| 225 | DTRAIN-0003602 to DTRAIN-0003604 – email chain from R. Murray to S. Kotarba dated 4/7/2016 | | | | |

**NOTE:** **Plaintiffs or movants must use numerical symbols. Defendants or respondents must use alphabetical symbols. The Court requires three (3) complete sets of exhibits, three (3) days in advance of trial.**

F I L E D
AT WICHITA, KS
AUG 1 7 2021
CLERK
U.S. Court of Bankruptcy
By_____Deputy

Documents Destroyed

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

**ABENGOA BIOENERGY BIOMASS
OF KANSAS, LLC,**

Debtor.    Case No.16-10446-11

## ACKNOWLEDGMENT OF WITHDRAWAL OF EXHIBITS

**PURSUANT** to D. Kan. Bk. Rule 9072.1(c) of the Rules of Practice for the United States Bankruptcy Court for the District of Kansas, receipt is hereby acknowledged of the withdrawal of the following from the Clerk of the following described exhibits.

**Drivetrain, LLC 's Exhibits A - GG**

introduced into evidence at the October 25, 2017, Confirmation/Evidentiary Hearing.

DATED:_____    _____
**David Dunn
Attorney for Drivetrain, LLC**

# EXHIBIT SHEET

**CASE NAME:** In re Abengoa Bioenergy Biomass of Kansas, LLC

**CASE NO:** 16-10446 (Bankr. D. Kan.)

**EXHIBITS SUBMITTED BY:** David Dunn, Esq., Hogan Lovells US LLP

**ATTORNEY FOR:** Drivetrain, LLC, as the Missouri Liquidating Trustee

**TRIAL DATE:** October 25, 2017 through October 26, 2017

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| A-1 | Proof of Claim against Debtor filed by Abengoa Bioenergy Company, LLC (Claim No. 95-1) | X | X | X | |
| A-2 | Proof of Claim against Debtor filed by Abengoa Bioenergy Engineering & Construction, LLC (Claim No. 93-1) | X | X | X | |
| A-3 | Proof of Claim against Debtor filed by Abengoa Bioenergy Outsourcing, LLC (Claim No. 96-1) | X | X | X | |
| A-4 | Proof of Claim against Debtor filed by Abengoa Trading US, LLC (Claim No. 97-1) | X | X | X | |
| B. | Summaries to Prove Content (*see* FRE 1006) for Missouri Liquidating Trustees' Intercompany Claims, with Supporting Documentation | X | X | X | |
| C. | Mar. 8, 2017 e-mail from S. Porras to J. Abkemeier and R. Murray, Subject: "RV: Waterfall & Liquidation Analysis ABBK," DTRAIN-0004881 – DTRAIN-0004883 | | X | X | |
| D. | Five Annual Certificates by Debtor's Secretary Regarding Equity Contributions to ABBK | X | X | X | |
| E. | Amended and Restated Biomass Supply Agreement Between Debtor and Abengoa Trading US, LLC, dated Sept. 18, 2013, DTRAIN-0003536 – DTRAIN-0003545 | X | X | X | |
| F. | Construction Management Services Agreement between Abengoa Bioenergy Engineering & Construction, LLC and Debtor, dated Sept. 23, 2011, DTRAIN-0003546 – DTRAIN-0003569 | X | X | X | |
| G. | Amended and Restated 2013 Inter-Company Services Agreement between Abengoa Bioenergy Outsourcing, LLC and Debtor, dated Sept. 13, 2013, DTRAIN-0003586 – DTRAIN-0003601 | X | X | X | |

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| H. | E-mail from D. Avraham to N. Boyer (with other recipients in copy), dated Oct. 4, 2017, Subject: "RE: ABBK Discovery follow up" (attachment intentionally omitted) | X | X | X | |
| I. | Motion of Debtor for Entry of an Order Approving Key Employee Incentive Plan, filed Aug. 11, 2016, Doc. No. 358 | | | | |
| J. | Stipulated Order Approving Key Employee Incentive Plan, entered Oct. 13, 2016, Doc. No. 473 | | | | |
| K. | Class 2 Ballot to Accept or Reject the Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, Completed and Signed by G. Santos Leon on Jul. 6, 2017, filed Sept. 29, 2017, Doc. No. 1079-1 pp. 79-81 | X | X | X | |
| L. | Memorandum entitled "Potential Impact of ABBK, ABNT, ATH Bankruptcy filings" | | | | |
| M. | E-mail from D. Avraham to K. Burgan, dated Aug. 29, 2016, Subject: "Intercompany ABBK," with attachment | | | | |
| N. | Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, filed Apr. 14, 2017, Doc. No. 811 | X | X | X | |
| O. | First Amended Disclosure Statement for Debtor's Plan of Liquidation Dated as of Apr. 14, 2017 Pursuant to Chapter 11 of the Bankruptcy Code, filed May 21, 2017 | X | X | X | |
| P. | Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs, filed May. 20, 2016, Doc. No. 120 | X | X | X | |
| Q. | Memorandum to the Clerk regarding Amendments to the Debtor's Schedules, filed May 19, 2017, Doc. No. 859 | X | X | X | |
| R. | Proof of Claim against Abengoa Bioenergy of Nebraska, LLC filed by Debtor in Bankr. E.D. Mo., Case No. 16-41163 (Claim No. 967) | | | | |
| S. | Proof of Claim against Abengoa Bioenergy Outsourcing, LLC filed by Debtor in Bankr. E.D. Mo., Case No. 16-41171 (Claim No. 965) | | | | |
| T. | Proof of Claim against Abengoa Bioenergy Trading US, LLC filed by Debtor in Bankr. E.D. Mo., Case No. 16-41167 (Claim No. 966) | | | | |

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| U. | Proof of Claim against Abengoa Bioenergy US Holding, LLC filed by Debtor in Bankr. E.D. Mo., Case No. 16-41161 (Claim No. 964) | | | | |
| V. | Bio for Matthew Diaz, Senior Managing Director, FTI Consulting, Inc. | X | X | X | |
| W. | Abengoa Bioenergy Company, LLC's 2014 Audited Financial Statements, DTRAIN-0002253 – DTRAIN-0002276 | X | X | X | by stipulation |
| X. | Liquidation Analysis, with Notes | X | X | X | |
| Y. | Abengoa Bioenergy Biomass of Kansas, LLC's 2014 Audited Financial Statements, DTRAIN-0002783 – DTRAIN-0002798 | X | X | X | |
| Z. | Debtor's 2015 Year to "Date P&L" and "Detailed Results" (printout of Excel spreadsheet produced in native format), ABBK0002135 | | | | |
| AA. | Order Confirming Third Amended Joint Plans of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code, filed Jun. 8, 2017, in Bankr. E.D. Mo., Case No. 16-41161, Doc. No. 1443 | | | | |
| BB. | Order Confirming Debtors' Modified First Amended Plans of Reorganization and Liquidation, filed Dec. 15, 2016 in Bankr. D. Del., Case No. 16-10790, Doc. No. 1042 | X | | | |
| CC. | GUC Liquidating Trust Agreement (ABI/ABIL Bioenergy Debtors), dated Jun. 30, 2017 | X | X | X | |
| DD. | Amended and Restated Limited Liability Company Operating Agreement of Debtor, a Kansas Limited Liability Company, dated Apr. 1, 2015, ABBK0023332 – ABBK0023360 | X | X | X | |
| EE. | ABUS and Subsidiaries and Select U.S. Affiliates: Officers and Directors, dated Feb. 2, 2015 | | | | |
| FF. | Debtor's Standard Monthly Operating Report for June 2017, filed Jul. 13, 2017, Doc. No. 945 | X | X | X | |
| GG. | Claims against Debtor and against Abengoa Bioenergy New Technologies, LLC, by G. Santos Leon | X | X | X | |